**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CORDELL WILLIAMS, | ) | |
| | ) | Case No. 23-cv-14905 |
| Plaintiff, | ) | |
| | ) | Honorable Lindsay C. Jenkins |
| v. | ) | |
| | ) | Mag. Judge Young B. Kim |
| JAMES O'BRIEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT INDEX TO DEFENDANTS' RULE 56.1**
**STATEMENT OF UNDISPUTED FACTS**

| Exhibit No. | Description |
|---|---|
| 1 | Deposition transcript of C. Williams, 04/23/2025 |
| 2 | Trial Testimony of A. Pratt (Sotos-Williams 11381-11400) |
| 3 | Trial Testimony of M. Rose (Sotos-Williams 11110-11118) |
| 4 | Trial Testimony of S. Sanders (Sotos-Williams 11403-11429) |
| 5 | Trial Testimony of J. O'Brien (Sotos-Williams 11520-11574) |
| 6 | Trial Testimony of R. Mangan (Sotos-Williams 11449-11456) |
| 7 | Deposition Transcript of D. Evans, 4/4/2025 |
| 8 | Trial Testimony of D. Dwyer (Sotos-Williams 11456-11472) |
| 9 | Trial Testimony of ASA Vaci (Sotos-Williams 11609-11691) |
| 10 | Declaration of Y. Ali-Kelly and attachment, 3/13/2026 |
| 11 | Compiled Police Reports |
| 12 | Criminal Trial Record of Proceedings (Sotos-Williams 11150-11802) |
| 13 | Deposition Transcript of B. Williams, 4/25/2025 |
| 14 | Court Reported Statement of C. Williams, 5/27/1994 (Sotos-Williams 88-97) |
| 15 | Booking photo for C. Williams (Sotos-Williams 233) |
| 16 | Plaintiff's Response to Defendant James O'Brien's First Set of Interrogatories to Plaintiff, 7/29/2024 |
| 17 | Complaint for Preliminary Examination (W8-W9) |
| 18 | *Filed Under Seal* |

| | |
|---|---|
| 19 | Motion to Suppress Statements, 10/25/1994 (Sotos-Williams 11015-11017) |
| 20 | Impound Order, 5/13/1996 (Officers_Williams 603-606) |
| 21 | Affidavit of Evans, 8/13/2017 (W453-W454) |
| 22 | Working Group Procedures and Guidelines |
| 23 | Deposition Transcript of M. Hawilo, 10/22/2025 |
| 24 | Deposition Transcript of R. Lanier, 10/29/2025 |
| 25 | Deposition Transcript of V. Southerland, 10/24/2025 |
| 26 | Deposition Transcript of M. Kadish, 10/30/2025 |
| 27 | *Filed Under Seal* |
| 28 | *Filed Under Seal* |
| 29 | *Filed Under Seal* |
| 30 | Defendants' Supplemental Rule 26(a)(2) disclosures, 12/29/2025 |
| 31 | *Filed Under Seal* |
| 32 | *Filed Under Seal* |
| 33 | *Filed Under Seal* |
| 34 | *Filed Under Seal* |
| 35 | *Filed Under Seal* |
| 36 | Supplemental Claims to Successive PC Petition, 7/18/2022 (W341-W357) |
| 37 | Petition for Post-Conviction Relief, 7/8/2020 (CCSAO 10-36) |
| 38 | Order, 10/17/2022 (W377) |
| 39 | Hearing Transcript, 10/17/2022 |
| 40 | Email from S. Becker, 10/17/2022 (W571-W573) |
| 41 | Petition for Certificate of Innocence, 8/6/2023 (W379-W398) |
| 42 | Criminal Disposition Sheet |
| 43 | Order, 1/24/2024 (W429) |
| 44 | *Filed Under Seal* |