# Exhibit 2

## Trial Testimony of A. Pratt
## (Witness to shooting)

introduce yourself to the ladies and gentlemen of the jury.
A My name is Alexander Pratt.
Q And could you spell your last name for the Court Reporter.
A P R A T T.
Q Mr. Pratt, are you currently living in the City of Chicago?
A Yes, I am.
Q And how long have you been living in the city?
A All my life.
Q How old of a gentleman are you?
A 38.
Q And are you married, sir?
A Yes, I am.
Q And do you have any children?
A Yes, I do.
Q How many do you have?
A Two boys.
Q And are you currently employed, sir?
A Yes, I am.
Q Where are you employed?
A A&R Security.
Q What is your occupation?
A Electronic technician alarm installer.

Q How long have you done that line of work, sir?
A 15 years or better.
Q Sir, I want to take you back to the evening of May 26th of 1994 at approximately 11:30 at night. Do you recall where you were?
A Yes, I do.
Q Could you tell us where you were.
A I had just left a lounge shooting pool.
Q Did you stop off somewhere?
A Yes.
Q Where is it that you stopped off, sir?
A The Honey Sub submarine shop.
Q Where is that located?
A 74th and Halsted.
Q And were you alone or were you with anybody?
A I was by myself.
Q Can you tell us -- could you describe for us briefly the Honey Sub shop.
A It's a sandwich shop, neighborhood type sandwich shop. No counters. It has a kind of a walk up type counter where you do your ordering, bullet proof glass and the windows are all glass windows.
Q All right. When you walked in, was there anyone else in the store at that time?

A Yes, there were.
Q And how many people would you say that were in there?
A There were two youths.
Q Did those two youths eventually leave while you were placing your order?
A Yes, they did.
Q And what was the next thing that you did after you walked in?
A After I walked in, I placed my order.
Q Do you recall what you ordered?
A Yes, I do.
Q What did you order?
A Double cheeseburger and an extra order of fries.
Q Okay. And after you placed your order, did you observe anyone else walking into the store?
A Yes, I did.
Q And can you tell us what you observed.
A This was after the first two youths had left and then the two victims, they entered -- entered into the restaurant.
Q And could you tell whether or not they knew each other? Were they friends apparently to you?
A Yes, they were acquainted with one another.
Q Okay. They came in together?
A Yes.

Q Can you tell us a little bit about the lighting conditions in the store.
A Fluorescent lighting. It was fairly well lit.
Q After they came in, had you already placed your order?
A Yes.
Q And where did you go while you were waiting for your order?
A I had walked out to -- once I placed my order I walked out to my vehicle and just walked out of there to get some air. Then I walked back in the restaurant.
Q And when you walked back in the restaurant, did you see where the two boys were?
A Yes.
Q And can you tell us where they were.
A One of the fellows was at the counter and the other one was standing in the window.
Q All right. When you say standing in the window, was his back to the counter or was his front -- was he facing out or was he facing in?
A The gentleman at the window?
Q Yes.
A His back was facing the counter.
Q All right. So he was looking out the window apparently?
A Correct.

Q The person that was at the counter, could you tell whether or not he had anything in his hand? Did you see anything?

A He had some money.

Q All right. And was he looking up or what direction was he looking?

A Kind of looking up at the menu or look over at the -- the employee working in the restaurant.

Q All right. And where is the menu in relation to the window?

A It's up above.

Q And as you were standing there, what was the next thing that happened?

A I got my order -- well, my order was ready. I kind of looked in my bag just to be sure that the order was correct. I started heading out the door. At that time a gentleman came in with a weapon drawn.

Q Okay. When you say a weapon drawn, can you describe the weapon to the ladies and gentlemen of the jury.

A 45 automatic, kind of -- not a polish but a brush type of a material.

Q All right. And was it drawn as soon as he walked in?

A Yes, it was.

Q And how was it drawn? Could you demonstrate how he was



SOTOS-WILLIAMS 11385

holding it.

A It was extended.

MS. MORASK: Indicating for the record the witness has extended his right arm.

THE COURT: The record will so reflect.

MS. MORASK: Thank you.

Q Now, could you also describe the man to us who walked in.

A With the weapon, is this --

Q Yes.

A Kind of between the fair skin, dark skin, approximately five ten, five eleven, 160, 175 pounds, dark colored pants, black pants, red sweater with a hood drawn, had a baseball cap with some white -- some type of white ornament on the bill of the cap.

Q When he walked in -- into the shop with the weapon drawn, did he have to walk by you?

A Yes.

Q And after he walked by you, what did you see him do, sir?

A As he walked by, I kind of turned and was observing him at the same time. He walked up to the gentleman that was at the counter and just pulled the trigger, shot him in the back of the head.

Q How close was this person who pulled the trigger to the first victim as he shot him in the back of the head?
A I would say that the -- the weapon was almost at the back of his head.
Q Did this person with the trigger say anything at all up until that point?
A Nothing.
Q What was the next thing that you saw?
A I was almost at the door, the entrance of the doorway. He turned and fired a shot at the gentleman that was standing in the window.
Q And after he fired the shot at the gentleman who was standing in the window, what happened to that person?
A He fell.
Q And -- had the first victim also fallen?
A The first victim also fell, was on the ground.
Q How far were you from the man with the gun when he fired the second shot?
A I had gotten outside of the doorway at that point.
Q But you could -- but you could still see in?
A Correct.
Q Was there anything blocking your view whatsoever?
A Nothing.
Q What was the next thing that happened?

A He turned back to the first victim and shot him, shot at him while he was on the ground.

Q Okay. And what did you see him do after he again shot the first victim?

A Then he turned and shot the second victim while he was on the ground.

Q Did he move over to where the second victim was?

A Kind of turned and just shot down.

Q And how many times did he shoot the second victim again?

A Twice.

Q And now tell us again where are you standing at this point.

A At that point I was probably in the middle of the street.

Q Okay. In front of the subway shop?

A Correct.

Q Could you see clearly inside?

A Yes.

Q What was the next thing that happened?

A I broke and ran southbound on Halsted towards the railroad tracks and I got maybe two stores down, make 50 feet or so. I turned around and I could see the gentleman -- the shooter getting into a vehicle just north of 74th and Halsted.

Q All right. And you said you were approximately 50 feet

away at this point.
A Correct.
Q Now, this vehicle, where was it in relation to the curb?
A It had -- it was kind of in the middle of the street.
Q It had already pulled away from the curb?
A Right.
Q Was there any other vehicles out on the street that were -- that grabbed your attention at that point?
A An off -- looked like an unmarked police car.
Q All right. Now, before we talk about the unmarked police car, what did you see the Defendant do -- I am sorry, Mr. Evans do in relation to that car that was in the middle of the street?
A Once I turned, I could see -- see him trying to get into the back of this vehicle on the driver's side.
Q Now, was the engine of that car off or on?
A It was on.
Q All right. And did you see anything unusual about any of the doors?
A Driver's -- rear driver's door was open.
Q All right. Did it appear to you as if the Defendant -- I am sorry, as if Mr. Evans knew where he was running to?
A Yes, he did.
Q All right. And when you say he tried to get in, what



SOTOS-WILLIAMS 11389

happened?

A Seemed like he kind of lost the grab -- grasp of the door or trying to get in the car as he was moving and he seemed to be getting up from off of the ground.

Q All right. And as the shooter got up from off the ground, did he eventually make it into the car?

A Yes, he did.

Q Once he got into the car did the car door close?

A I can't say if it closed or not but I saw the car pull off.

Q All right. And in what direction did the car pull off?

A Northbound on Halsted.

Q And how fast would you estimate, if you can, sir, how fast car the pulled off once the shooter had gotten into the car?

A It was pretty rapid.

Q Did you hear anything unusual when the car pulled off?

A Well, at that same time I did hear some tires squealing.

Q Okay. Now, could you describe this car for us.

A Four door kind of a midsize car, midsize type of car. At the time I thought it was kind of darker in color.

Q Now, after that car sped off, what was the next thing that you saw?

A Well, at the same time as that vehicle was taking off,

the unmarked police car did a 180 degree turn in the middle of the street right there at 74th and Halsted.

Q And what did that police car do after it did the turn?

A He started to pursue that vehicle at the same time I started to go back to my vehicle.

Q After you went back to your vehicle, where did you go?

A I headed northbound on Halsted to about 72nd and Halsted and I didn't see the vehicle anymore.

Q And then what did you do, sir?

A I went down to 71st and Halsted, the Amoco Gas Station where I made a call to the police department.

Q Okay. And did you return to the scene?

A Yes, I did.

Q And once you returned to the scene, did you go back inside the subway shop?

A I made another call from -- from the pay phone to 911 and then went back into the restaurant again.

Q And when you went back into the restaurant, did you observe anything about either of the victims at that point?

A The first victim was lying on the floor. He still had the money in his hand that I observed him with earlier. The second victim that was in the window, he was laying on the floor kind of like in trauma or shock.

Q You could -- could you tell he was still alive?

A Yes.
Q Did the police eventually arrive?
A Yes, they did.
Q And did you talk to the police?
A Yes, I did.
Q Now, I want to move you ahead a few months to August 15th of 1994. Did you receive a phone call from some police officers on that day?
A Yes, I did.
Q All right. And did you go anywhere in response to that phone call?
A Yes, I did.
Q Where did you go, sir?
A 51st and Wentworth.
Q And what was your purpose in going to 51st and Wentworth?
A To view -- view a lineup.
Q All right. And when you arrived there, did you meet with some police officers?
A Yes, I did.
Q Would that be O'Brien -- Detective O'Brien?
A Yes.
Q And did you then view a lineup?
A Yes, I did.

Q And can you describe for us how many people were in this lineup?
A Five -- five individuals.
Q Okay. And did each person in the lineup -- were they asked to do something in relation to you?
A Yes, they did.
Q What did they do?
A They were each asked to walk, take maybe three steps forward and then turn around.
Q Okay. And you were in a separate room?
A Yes, behind a one way mirror.
Q Did you make any identification at that time?
A Yes, I did.
Q And do you recall the number of the person that you identified?
A Number four.
Q And who did you identify him as being, sir?
A The shooter of the incident.
Q All right. Now, I'm going to show you a series of photos which I am going to mark and show to counsel first. First I'm going to show you People's Exhibit Number 1 for identification. What is that a photo of, sir?
A The individuals that were in the lineup.
Q All right. And does it also -- does it show the person

that you identified as the shooter?

A Yes, it does.

Q And what position is he in this lineup?

A Number above him is -- or Number 6 which is the fourth person.

Q Okay. Could you just put an X over his head of the person that you identified on August 15th as the shooter. Thank you, sir. Indicating for the record he's marked an X over the fourth person.

Now, People's Exhibit Number 2, can you tell us what this is a picture of.

A That's the picture of the restaurant.

Q Okay. That shows the Honey Sub shop?

A Correct.

Q And if you look into the window, you can see the counter, is that correct?

A Yes, you can.

Q So in other words the counter is directly across from the window as you walk in.

A Yes.

Q All right. People's Exhibit Number 3, what does that show?

A That's another view of the Honey Sub restaurant.

Q Does it also show a northbound view of Halsted?

A Yes, it does.
Q All right. And would the area where the car was waiting be shown in this photo?
A Yes, it does.
Q All right. Could you place an X where -- approximately where the area where the car was waiting for the shooter in that photo?
A Okay.
Q Indicating that the witness has placed a X off to the left of the photo. And that was you said how far north of the corner of 74th and Halsted?
A Maybe half of a store.
Q All right. People's Exhibit Number 4 for identification, what does that show?
A That's the first victim.
Q All right. And does it show the menu above the board as well as the victim lying on the left on the bottom?
A Yes, it does.
Q Does it also show the three dollar bills clasped in his hand?
A Yes, it does.
Q What's People's Exhibit Number 5 show, sir?
A That's a view of the restaurant with victim one and the location where victim two was at.

Q All right. And how can you tell the location where victim two was at?

A That was the point where he was standing when he was shot.

Q All right. And is there a large area of blood there as well as his jacket that he was wearing?

A Yes, it is.

Q And People's Exhibit Number 6 for identification, is this a close up view of the first victim?

A Yes, it is.

Q All right. And finally People's Exhibit Number 7 for identification, is this a close up view of the blood and the surrounding area where the second victim was?

A Yes, it is.

Q And do all these photos, People's Exhibits 2 through 7 truly and accurately depict the scene as it appeared on that night?

A Yes, it does.

Q And does People's Exhibit Number 1 truly and accurately show the lineup that you viewed on August 15th?

A Yes, it is

MS. MORASK: May I have a moment, Judge?

THE COURT: Um-hm.

(Brief pause)

MS. MORASK: Thank you, Mr. Pratt. I have nothing further, Judge.

THE COURT: All right. Mr. Weiner.

CROSS EXAMINATION

BY MR. WEINER:

Q Good afternoon, Mr. Pratt.

A Good afternoon.

Q Mr. Pratt, were you inside or outside the submarine shop when the person with the gun came in?

A I was inside.

Q At that time did you see the car?

A No, I didn't.

Q At that time did you know whether the car's engine was running or not?

A No.

Q At that time did you know whether the car's lights were on or not?

A No.

Q At the time did you know where the car was parked?

A No.

Q Now, how long of a time transpired between the time that the shooter shot the first shot until he went and finally shot that last shot?

A Matter of three seconds, four seconds.

Q Okay. He shot the first guy in the head, correct?
A Correct.
Q Goes and shoots the second guy who is seated, right?
A Correct. He wasn't -- he was standing.
Q Standing, excuse me. Goes back and shoots the first guy again?
A Yes, he does.
Q How many times?
A One.
Q And then he goes back and shoots the second guy.
A Yes, he does.
Q Does he stop on his way out?
A I really couldn't tell because I was already out of the restaurant and I was running in the southbound direction.
Q Okay. Now, when you saw the shooter try to get into that car and you saw that that man slipped, was the car moving?
A It looked like it was moving.
Q And how many times did the man slip, the shooter?
A I observed maybe one time, once.
Q When was the first time that your attention was drawn to the car?
A Once I turned as I was running down -- southbound on Halsted once I turned and I could see the shooter running in that direction to the vehicle.

Q Were the lights of the car on then?
A I really didn't pay attention to it then.
Q So you first noticed the car after you heard and saw all those shots, am I correct?
A That was afterward, right.
Q You had been in there, first victim shot, second victim shot, first victim shot again, second victim shot again. How many shots did you hear?
A Five.
Q Do you know when the driver of that car started that car?
A No.
Q All you know is that the car was started when you saw the shooter running to the car, is that right?
A Yes.
Q Did you see the driver of that car?
A No, I didn't.
Q Did you see how he was dressed that night, the driver of that car?
A No --
MS. MORASK: Objection.
THE COURT: Overruled.
MS. MORASK: He just said he didn't see him.
THE COURT: Overruled.

A No, I didn't.

MR. WEINER: Q Did you see this man in the submarine shop that night?

A No.

Q Did you see this man in the automobile that night?

A No.

MR. WEINER: I have no other questions of the witness.

MS. GROHS: None.

THE COURT: No cross examination?

MS. GROHS: No, sir.

THE COURT: Thank you. State, redirect.

MS. MORASK: I have nothing further.

THE COURT: Thank you, sir. You can step down. Could I have a -- attorneys up here just for a moment.

(Whereupon, a discussion was had off the record in court outside the hearing of the jury.)

THE COURT: Ladies and gentlemen, at this time we're going to break for lunch. We'll see you after lunch. All right. Have a good lunch.

(Whereupon the following proceedings were had in court outside the presence of the jury.)

THE COURT: All right. Why don't everybody be seated. How long is your opening statement going to be? Mr. Harper, sit down please. All right. Barry, we're going to have opening