# Exhibit 3

## Trial Testimony of M. Rose (Arresting Officer)

your Honor.

THE COURT: Thank you.

(Witness excused)

MR. SMITH: Would you ask Detective Rose to step out?

(WHEREUPON, the witness was duly sworn).

MICHAEL ROSE,

called as a witness on behalf of the People of the State of Illinois herein, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY

MR. SMITH:

Q Detective, would you please state your full name, spell your last name, star number and your unit of assignment?

A Detective Michael Rose, R-o-s-e. My star number is 20698. I'm a detective assigned to Area One Violent Crimes.

Q How long have you been a Chicago police officer, Detective?

A Thirteen years.

Q How long as a detective?


SOTOS-WILLIAMS 11110

A Almost four years.

Q Now, calling your attention to May 26th of 1994, were you working on that day?

A Yes, sir.

Q What shift would that have been?

A The midnight.

Q And did you become involved in the investigation of the shooting of two young men at a submarine shop on 7403 South Halsted?

A Yes, sir.

Q And at that time, did you become aware that there was a suspect in custody?

A Yes, sir.

Q And do you recall that person's name?

A Cordell Williams.

Q Did you subsequently meet with that person?

A Yes, sir.

Q About what time was that, Detective?

A About 7:15 in the morning.

Q And do you see that person in court?

MR. WEINER: I will stipulate that he can identify the Defendant.

MR. SMITH: We will accept that, your Honor.

THE COURT: That Stipulation will be allowed


SOTOS-WILLIAMS 11111

and moved into evidence.

BY MR. SMITH:

Q Now, at that time, when you met with him, where was he at?

A In Area One, in Interview Room No. 2.

Q And who else was present when you met with him?

A Just myself.

Q Once again detective, what time was this?

A About 7:15 in the morning.

THE COURT: That would be May 26th.

BY MR. SMITH:

Q That would be May 26th, Detective?

A Same date, yes, sir.

Q At that time, what did you say to the Defendant?

A I identified myself. I gave him his Miranda Rights out of the F.O.P. book.

Q And did he indicate that he understood?

A Yes, sir.

MR. SMITH: May I have a moment?

THE COURT: Sure.

MR. SMITH: Judge, there would be a Stipulation at this time that if Detective Rose were allowed, he

would read what is commonly referred to as Miranda Rights from the F.O.P. book; and that he would testify that he read those rights.

MR. WEINER: I will stip that that would be his testimony, Judge.

THE COURT: That Stipulation will also be allowed and moved into evidence.

BY MR. SMITH:

Q Did the Defendant, Mr. Williams here, indicate that he understood?

A Yes, sir.

Q And did you have conversation with him at that time?

A Yes, I did.

Q And about how long was this conversation?

A Fifteen or twenty minutes.

Q At that time, what did you do?

A I left the room and I met with Detectives Armada and Dwyer.

Q Did you have any further conversations with the Defendant regarding the events of the early morning hours of May 26, 1994?

A That's the only time I interviewed Mr. Williams relative to this matter.

Q At any time did he indicate that he did not understand the Miranda Rights that you had given him?

A No, sir.

Q Did he ever ask for a lawyer?

A No, sir.

Q Did you ever tell him that you would provide him with an attorney only after he gave a statement?

A No, sir.

Q Did he ever ask to see his father?

A He never asked me that, no.

Q In fact, isn't it true at this time that he was nineteen years of age?

A Yes, sir.

Q Did he ever -- was he ever refused access to the bathroom?

A No, sir.

Q Did he complain about being hit in his forehead several times with an open hand?

A No, sir.

Q Did you ever see any behavior like that?

A No, sir.

Q Now, were you working with a partner that morning?

A I was assigned to work with Defendant James

Jones.

Q And was Detective Jones present at this interview room?

A No, sir.

Q Where was he at?

A He had gone home for the day.

Q And can you describe -- briefly describe Detective Jones?

A Detectives Jones is a male Black, about 37 or 38 years old, a little over six foot tall, about two hundred pounds.

Q In your presence, was there anybody else using any type of psychological abuse on the Defendant?

A No, sir.

Q Or physical abuse at that?

A No, sir.

Q Did he ever complain about either of those things?

A No, sir.

Q Did anybody, Detective, in your presence, place a phone book over his abdomen and punch him or hit him?

A No, sir.


SOTOS-WILLIAMS 11115

Q Did he ever complain about anything like that?

A No, sir.

Q I have nothing further, your Honor.

CROSS EXAMINATION

BY

MR. WEINER:

Q Good afternoon, Detective Rose.

A Sir.

Q Detective, you saw the Defendant for a total of fifteen or twenty minutes on the morning of May 26th?

A That was during the interview. I walked him down to the lockup, a little bit after eight o'clock, and I assisted Dennis Dwyer, Detective Dwyer walk him back up again about 8:35, 8:30 in the morning.

Q Now, first of all, what interview room did you see him in?

A Interview Room No. 2.

Q Will you describe what was inside that interview room, what type of furniture?

A There is a been -- a long bench. There is a hook that can handcuff somebody to if you want to. I brought a chair in there with me when I interviewed

him, but there was no chair in there before I went in there.

Q Did you leave the chair in there?

A I brought it out with me when I left.

Q When you were in there for the fifteen or twenty minutes, did the Defendant mention his father?

A Not to me, sir.

Q When you were in there for the fifteen or twenty minutes, did the Defendant mention a lawyer?

A No, sir.

Q When you were in there for the fifteen or twenty minutes, did the Defendant ask to use the washroom?

A No.

Q Did he ever use the washroom in your presence?

A No, sir.

Q Did he ever have anything to eat in your presence?

A No, sir.

Q Did he ask to have something to eat or drink?

A No, sir.

MR. WEINER: I have no other questions for Detective Rose.

THE COURT: Thank you.

State?

MR. SMITH: I have nothing further, your Honor?

(Witness excused)

THE COURT: Who is your next witness?

MR. SMITH: That would be Detective Gehrke.

(WHEREUPON, the witness was duly sworn).

THE COURT: Proceed, State.

MR. SMITH: Thank you.

CLIFT GEHRKE,

called as a witness on behalf of the People of the State of Illinois herein, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY

MR. SMITH:

Q Detective, would you please state your full name, spell your lat name and your star number?

A Defendant Clift Gehrke, G-e-h-r-k-e, Star 20385.

Q And you are currently assigned to what, Detective?

A Area One, Violent Crimes.


SOTOS-WILLIAMS 11118