# Exhibit 4

## Trial Testimony of S. Sander (Witness at scene, off duty officer)

THE COURT: Will you please bring the jury out.

THE SHERIFF: All rise for the jury.

(Whereupon the following proceedings were had in court in the presence of the jury.)

THE COURT: Will everybody please be seated. State, call your next witness.

MR. SMITH: People call Stan Sanders.

THE COURT: Officer, step around the Court Reporter, step up to the stand and remain standing please. Raise your right hand.

DETECTIVE STAN SANDERS,

called as a witness on behalf of the People, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. SMITH:

THE COURT: Have a seat. Could you keep your voice up. Thank you very much. Proceed, State.

MR. SMITH: Q Sir, would you please state your full name and spell your last name.

A My name is Detective Stanley Sanders, S A N D E R S.

Q And, Detective, how long have you been with the Chicago Police Department?

A 18 years.

Q How long have you been a detective?

A Since March.

Q It will be March of '95?
A Yes, sir.
Q Now, do you recall, Detective, where you were assigned on May 26th of 1994?
A Yes, sir. I was assigned to the 12th District. That's at Racine and Monroe.
Q And what area does the -- are the boundaries basically for the 12th District?
A The boundaries are from Madison north to 22nd Street south, from Halsted to Western.
Q Now, calling your attention to the 25th of May of '94, did you work on that day?
A Yes, sir, I did.
Q And was that in the 12th District?
A Yes, sir.
Q Calling your attention to approximately 12:15 a.m., early morning hours of the 26th of May, 1994, do you recall where you were at -- at about that time?
A Yes, sir, I do.
Q And where is that at?
A That would be south on Halsted, about 7400 south.
Q And were you in a car at that time?
A Yes, sir. I was in my personal vehicle.
Q Was anyone else with you?

A No, sir.
Q Did anything unusual happen at that time?
A Yes, sir, it did.
Q And would you please tell the ladies and gentlemen of the jury what happened.
A While I was waiting at the light at 7400 south on Halsted, I heard several gunshots.
Q And what was the next thing that you did?
A Well, the light changed and I proceeded through the light. And I observed a black male running from a submarine shop at 7403 South Halsted.
Q And which direction did this individual run?
A He ran out of the submarine shop and he started to run in the street north on Halsted.
Q Did you see anyone coming from that sub shop prior to that individual?
A Yes, sir. I observed an older individual run out before and start to run south on Halsted.
Q Now, where were you at when this second individual came out and started to run northbound?
A I was directly in front of the submarine shop at 7403 South Halsted.
Q And you're headed in what direction?
A I'm headed south.

Q So that would be across the street from you basically?

A Right across the street, yes, sir.

Q What did you do at that time?

A After I observed him run out of the submarine shop and start to run north on Halsted, I made a u-turn in the middle of the street and started to follow him.

Q And can you please tell us where he was at when you made that u-turn.

A He had crossed 74th Street and started to run north.

Q Was he on the sidewalk or where was he located?

A No. He had ran off the sidewalk and he was running down the street along the side of the parked cars.

Q And which side of the street would that be -- be on?

A That would be on the east side of the street running north.

Q Now, when he came out, this individual came out of the sub shop, the younger one, did you notice anything unusual when he came out of that sub shop?

A Yes. He appeared to be fumbling with something underneath his sweatshirt.

Q After you turned your car around, what was the next thing that you did?

A After I turned my car around and I crossed the intersection at 74th Street going north, I was directly behind

him. And this individual stumbled and fell to the ground.

Q What did you do at that time, Officer?

A I drew my service revolver and told him, "Police, stop. Police, stop."

Q Did you get out of the car first?

A Yes, sir, I did.

Q Was that after he stumbled?

A That was after he stumbled, yes, sir.

Q What did he do at this point?

A He got up and he continued to fumble whatever he had underneath his sweatshirt and appeared to be running towards a vehicle that was parked on the east side of the street on Halsted.

Q Well, backing up a second, when you said, "Stop police," did he look at you?

A Yes, sir, he did. He turned around and looked at me and continued to run.

Q Now, when was the first time you noticed a vehicle?

A This individual then stumbled again and -- and about the second time that he stumbled I observed a vehicle pulling out of a parked -- a parking spot on Halsted.

Q All right. And would you tell us where this -- this vehicle was located.

A That vehicle would probably have to be at about 7347 on

Halsted.

Q Was it in the middle of the street or was it on -- alongside the curb?

A It was parked alongside of the curb.

Q And when you first -- when your attention was first drawn to that vehicle, what was it doing?

A It was starting to gradually pull out of the parking spot.

Q All right. When you say gradually, was it pulling out fast or was it -- can you approximate how fast it was pulling --

A Just a couple miles an hour. Just a normal, you know, pulling out from the curb.

Q Could you tell if it had its headlights on at that time?

A No, sir. It had no -- no lights.

Q Now, what was the next thing you noticed about this individual as he was running in that direction?

A Well, I -- I noticed that the individual was still fumbling with something underneath his sweatshirt. And as the car pulled out of the parking spot, I noticed that the back door of this vehicle came open.

Q Which back door?

A That would be the back door on the driver's side.

Q Was this a four door vehicle?

A Yes, sir, it was.

Q And when you noticed that -- well, when this back door opened, had -- had this individual, the one that you were chasing, was he the one that opened it?
A No, sir.
Q After that back door opened, what did this individual that you were chasing do?
A That individual started to reach for the door and I observed some hand from the back seat reach for him.
Q And what happened when you saw that hand come out and reach for him?
A He was close enough to the car to gain entry into the vehicle.
Q What happened after he got into the car?
A After he got into the car, I immediately ran back to my car and started to follow this vehicle north on Halsted.
Q All right. After he got into the car, Detective, was the door shut?
A Yes, sir.
Q And what did you do at that point?
A Well, after the door shut, that's when I got back to my vehicle and started to follow that car north on Halsted.
Q As you were following the car north on Halsted, did it have its lights on at that time?
A No, sir.

Q About how far did you follow it on Halsted?
A To 7300 south, about a block.
Q What happened at 73rd and Halsted?
A At about 73rd and Halsted, the vehicle's lights came on.
Q And did it turn at all at that time?
A Yes. And at that particular time the vehicle made a left turn off Halsted onto 73rd Street going west.
Q Did you follow it?
A Yes, I did.
Q About how far behind this -- this vehicle were you?
A About half a block.
Q And about what speed were you -- would you estimate the other vehicle would be going at this time?
A Well, when we got to 73rd Street and -- and started going west, I would imagine we were doing about 60 to 70 miles an hour.
Q How far did you chase this vehicle westbound on 73rd Street?
A From Halsted to Carpenter Street.
Q And once you got to Carpenter did the vehicle turn at that time?
A Yes, sir, it did.
Q And which way?
A That vehicle turned -- made another left turn, started

going south on Carpenter Street.

Q Did you follow that?

A Yes, sir, I did.

Q And when you got on Carpenter Street, would you please tell the ladies and gentlemen how far you followed this vehicle.

A I followed the vehicle to 7500 south on Carpenter. And that's about the time -- I mean they were really barreling down. He went straight through the stop sign at 75th Street without even touching the brake pedal.

Q How could you tell that?

A Because I saw no brakelights.

Q Did he still have headlights on at the time when he hit 75th Street and Carpenter?

A Yes. He still had the lights on then.

Q About how fast do you think you were going at that time coming down Carpenter?

A I probably was doing about 60 miles an hour.

Q After the car went through 75th, did you stop at that stop sign or slow?

A Yes, sir, I did.

Q And did you go through the stop sign?

A Yes, I did.

Q All right. Could you please tell the ladies and gentlemen where the vehicle went at that time.

A Well, I had to slow my vehicle down to get through the stop sign at 75th Street. About the time that vehicle got to the middle of the block, the lights went off and I lost that vehicle at about that time.

Q Now, what were the road conditions like that night or the weather if you recall?

A Well, that night it had -- it was a little drizzling rain earlier so that night the streets were -- were wet or damp.

Q And after you lost this vehicle that you were chasing, did you go back to the sub shop where you had heard the shots come from?

A Yes, sir, I did.

Q And when you arrived there, did you go -- actually go into the sub shop?

A Yes, sir, I did.

Q Were any other police officers on the scene at that time?

A They were just starting to arrive at about that time.

Q And did you go inside and see any of the victims that had been shot?

A Yes, sir, I did.

Q And were they alive at that time?

A There was one victim that appeared to be near the front window, he appeared to be breathing just a little bit.

Q Did you note anything about the other victim?
A The other victim that was near the counter, he had money in his hand.
Q And did he appear to have been dead at that time?
A Yes, sir.
Q Now, did you remain on the scene basically when a lot of the emergency personnel arrived and other detectives and Crime Lab personnel?
A Yes, sir, I did.
Q While you were chasing this car, did you get any information regarding it?
A Yes, sir, I did.
Q And what information did you get?
A I got a license plate number from this vehicle.
Q And do you recall that license plate number?
A I believe it's BN 9244.
Q And did you give that to your fellow officers when you got back to the sub shop at 74th and -- 7403 Halsted?
A Yes, sir, I did.
Q While you were there at the scene, did you learn that the police -- other officers had located that -- that car with that license plate number, BN 9244?
A Yes, sir.
Q And did you go over to the location where they had found

it?

A Yes, sir.

Q Would that be at 7622 South Carpenter?

A Yes, sir.

Q And was that the same vehicle that you identified as being the same vehicle you had been chasing earlier?

A Yes, sir.

Q Now, after this obviously, Detective, you spoke to violent crime detectives from area one?

A That's correct, sir.

Q And did you subsequently view a lineup on August 15th of 1994?

A Yes, sir.

Q And did you recognize anyone in that lineup?

A Yes, sir, I did.

Q And who did you recognize?

A I recognized that person as being the person that I had saw running out of the submarine shop and the person had ran north on Halsted to a waiting vehicle at about 7347.

Q And you picked him out of that lineup obviously, is that correct?

A That's correct.

MR. SMITH: Judge, I'd ask that the detective be allowed to come down and view People's Exhibit Number 8.

MR. WEINER: Judge, I have no objection. I'm wondering if -- if I may stand around.

THE COURT: Oh, sure.

MR. WEINER: Thank you very much.

THE COURT: Do you want to put it on an easel, Mr. Smith?

MR. SMITH: Yes, that's fine.

THE COURT: Why don't you do that and then I'll have the detective step down.

MR. SMITH: Where would the best spot be?

THE COURT: It's your evidence.

MR. SMITH: Right in the middle.

THE COURT: Mr. Weiner, do you want to step on this side?

MR. WEINER: I don't want to block the jury's view.

THE COURT: Step up, Detective.

THE WITNESS: Thanks.

MR. SMITH: Q I'll ask you to identify what's marked as People's Exhibit Number 8 for identification.

A Yes, sir.

Q Would that assist you in explaining your testimony to the jury?

A Yes, sir.

Q Is this the area around 7403 South Halsted?

A Yes, sir, it is.

Q And does this diagram truly and accurately represent

that area?

A Yes, sir, it does.

Q Now, without marking would you please show the ladies and gentlemen of the jury where you were parked at when you first began to hear the -- the shots.

A When I first heard the first shot, I was stopped at the light right here just north of 74th Street on Halsted.

Q And you were heading southbound, is that correct?

A Yes, sir. I would have been going southbound.

Q And where is it that you made a u-turn?

A After I heard several shots, the light changed and I proceeded through this intersection. This is 74th Street. And at about right here directly across from this Honey Sub this is where I observed that individual run out of this submarine shop. After he ran out of the submarine shop, he ran across the sidewalk and started running north down Halsted in the street. This is where I made my u-turn, right here directly in front of the sub shop.

Q Now, as you followed this individual -- did you subsequently learn his name to be David Evans?

A Yes, sir, I did.

Q Is this after you identified him in the lineup?

A That's correct, sir.

Q Okay. As you followed David Evans, you mentioned that

you noticed a vehicle parked at the curb.
A That's correct, sir.
Q All right. Would you please draw a square where you saw -- square or rectangle where you saw that vehicle parked.
A Yes, sir. This vehicle would have been parked at the curb.
MR. SMITH: Indicating for the record, your Honor, a red square just north of 74th Street.
Q And could you please, Detective, show us the path that David Evans took from the front -- the first time you saw him coming out of the Honey Sub until he arrived at the vehicle.
A Yes, sir. While I was stopped right here directly in front of the sub shop, I observed the Defendant, David Evans run out of -- of the sub shop into the street crossing 74th Street and running north across 74th Street.
Q And did he eventually get up to the vehicle?
A Yes, after stumbling twice. About that time the vehicle pulled away from the curb.
Q After he got in the vehicle, what happened at that point?
A After he got into the vehicle, I immediately ran back to my vehicle. My vehicle would have been about right here, right where he stumbled and fell because after he stumbled and fell, that's when I exited my vehicle and -- and told him, "Police,

stop. Police, stop." He was on the ground. And he continued to fumble with whatever he had underneath his sweatshirt and continued to make good his escape into the vehicle.

Q Now, can you describe the speed or the rate of speed of which that car that you were -- that the Defendant Evans jumped into left that scene.

A I mean after -- after David Evans got into this vehicle, this -- this car just really shot out. It just peeled off.

Q And is that when you ran back and got into your car?

A Yes, sir, it is.

Q I have nothing further. You can take your seat, Detective.

A Thank you.

MR. WEINER: Can you leave the diagram up?

THE COURT: I don't know if he's done.

MR. SMITH: I'm not done though.

THE COURT: You'll leave it in a convenient spot.

MR. SMITH: I'll put it back.

MR. WEINER: Thank you.

MR. SMITH: May I approach the witness, your Honor?

THE COURT: Certainly.

MR. SMITH: Q Detective, I'll show you what's been previously marked as People's Exhibit Number 2 for identification, ask you if you recognize what's shown in that

photograph.

A Yes, sir, I do.

Q And what -- would you tell the ladies and gentlemen of the jury what that's a photograph of.

A This particular photograph is a photograph of the submarine shop located at 7403 south on Halsted.

Q And does that truly and accurately show how it appeared on May 26th of '94?

A Yes, sir, it does.

Q Now, I'll show you what will be marked as People's Exhibit Number 9, 10 and 11. And would you please tell the ladies and gentlemen what People's Exhibit Number 9 is.

A This particular photograph is a photograph of the vehicle that was parked at approximately 7347 on Halsted Street, the one in I which --

THE COURT: Detective, there's an appropriate time that those be published. Don't be showing them to the jury.

THE WITNESS: Thank you, your Honor.

MR. SMITH: Judge, if I may, I apologize.

THE COURT: No, no. We're -- nobody is associating blame. Just a correction.

MR. SMITH: Q With regards to People's Exhibit Number 9, is that the vehicle that you saw pulling off from the 7300 block that David Evans jumped in?



SOTOS-WILLIAMS 11419

A That's correct, sir.

Q Okay. And I'll ask you to look at People's Exhibit Number 10.

MR. WEINER: Did he say 7300 block?

THE COURT: I am sorry. I didn't hear. What was the question?

(Question and answer read)

MR. SMITH: Q Now, I'll show you what's marked as People's Exhibit Number 10 and People's Exhibit Number 11. And do you recognize what that's photographs of.

A Yes, sir, I do.

Q And what is that photographs of.

A This is also -- both photos are also photographs of the vehicle that was at the 7300 block of South Halsted.

Q And is the license plate visible from those photographs?

A Yes, at the time, rear license plate on the rear of this car.

Q And do those photos, 9, 10 and 11 truly and accurately show how that car appeared approximately 1:30 in the morning on May 26th of '94?

A Yes, sir, it does.

Q Now, finally I'll show you what's marked as People's Exhibit Number 12 for identification, Detective. Do you recognize what that is?

A Yes, sir.

Q And what do you recognize that to be?

A This particular photograph is a photograph of the four individuals, the one David Evans who is in the right of this particular photograph that I saw enter that vehicle.

Q And would you please put an S over that individual's head that you identified.

A Yes.

MR. SMITH: Thank you. Indicating for the record, your Honor, an S above the head of the individual fifth from the left.

Q He's the last one in that row, is that correct?

A Yes, sir.

MR. SMITH: May I have a moment, your Honor?

THE COURT: Sure.

(Brief pause)

MR. SMITH: Q Detective, can you tell us what the distance is from Halsted to Carpenter Street?

A That distance is about three and-a-half blocks.

MR. SMITH: Thank you. I have nothing further.

CROSS EXAMINATION

BY MR. WEINER:

Q Good afternoon, Detective.

A Good afternoon.

Q Congratulations on your new detective.
A Thank you.
Q Detective, you first went back to the sub shop and talked to the reporting officers, the blue and whites that came to investigate the scene, is that true?
A That's correct.
Q And at that time, sir, did you ever tell the officers -- do you remember their names by the way?
A One officer I believe was Harrell. I don't remember the names of the rest.
Q Okay. Would I refresh you if I told you the other officer's name was was Balentine?
A Yes, sir.
Q Did you ever tell either of those officers that you got out of your car and announced your office to the man who was running?
A Yes, sir, I did.
Q Okay. And later that day you actually went back down to talk to homicide detectives, is that true, later on that morning?
A Yes, sir.
Q That would be Detective Armata and Detective Dwyer, isn't that right?
A I believe those were the names of the detectives.

Q And did you tell them that you got out of your car and in fact announced your office?

A Yes, sir.

Q Pulled your service revolver?

A Yes, sir, I did.

Q Did you tell them that when you first saw the car that the car was pulling away and that Mr. Evans fell twice trying to enter the car?

A Would you repeat it.

Q Of course I will, sir.

Did you tell the two detectives who you talked to -- by the way where did you talk to those detectives at?

A That would have been out of area -- area one and --

Q Would you tell the ladies and gentlemen of the jury where area one is.

A Area one is detective division located at 5100 south on Wentworth.

Q You got there sometime that morning, is that correct?

A That's correct.

Q And you were interviewed, is that right?

A That's correct.

Q As a witness, true?

A Correct.

Q And where in fact did you sit when you were interviewed

as a witness at area one, if you remember?

A Well, their office is located on the second floor of that particular building.

Q And you talked to them for about how long and told them about what happened?

A Basically we were there all morning.

Q Okay. And you say you told them that you got out of your car and announced your office and you pulled your service revolver with regard to Mr. Evans, is that true?

A Yes, sir, at some particular point of the interview.

Q And did you tell them that Mr. Evans stumbled before the car moved?

A Yes, sir.

Q Isn't it a fact, sir, that on that morning, on the morning of May the 26th of 1994 that that -- at area one at 51st and Wentworth up on the second floor at the detective's office you said that the car was pulling away and Mr. Evans fell twice trying to enter the vehicle as it was pulling away? Did you tell them that?

A Yes, sir, I believe so.

Q So is it your testimony here today that he fell twice before the car pulled away and then fell twice after the car was pulling away?

A He fell twice before the car pulled away.

Q All right. Now, maybe you didn't get my question because I want to be very, very sure of your answer.

A Yes, sir.

Q Did you tell Detective Armata and Detective Dwyer, the two homicide detectives that as the vehicle was pulling away that Mr. Evans fell twice trying to enter the vehicle? In other words that the -- the vehicle was moving when Mr. Evans --

MR. SMITH: Objection to the form of the question, your Honor.

THE COURT: Officer -- Detective, do you understand the question?

THE WITNESS: I believe I understand what he is trying to get at.

THE COURT: Okay. Why don't you answer it. Thank you.

A What was happening is the Defendant fell twice. The vehicle pulled away from the curb. He -- he fell twice before the vehicle pulled away.

MR. WEINER: Q So you're saying the vehicle was stopped when he fell twice.

A Yes.

Q And my question to you, sir, is this: Didn't you tell Detective Armata and Detective Dwyer that Mr. Evans fell twice while the vehicle was moving trying to get into the car?

A I believe I told them that he fell twice before the

vehicle pulled away.

Q Okay. Now, my next question to you, sir, is this: The vehicle when you first saw it, it was in a parking space on Halsted, wasn't it, sir?

A Yes, sir, it was.

Q It was not in the middle of the street on Halsted, was it, sir?

A When I first saw it?

Q Yes, sir.

A No.

Q And in fact when you first saw the vehicle the vehicle's lights were out, isn't that true?

A That's correct.

Q And when you first saw the vehicle, the vehicle was pulling away from the parking spot, isn't that true?

A I saw the vehicle parked at the curb.

Q Okay. And then after that you saw the vehicle pull away from the parking spot, isn't that true?

A That's right.

Q And the vehicle turned its lights on, isn't that true?

A No, sir.

Q Did the vehicle turn its lights on after it pulled away?

A Yes, sir.

Q When was that, sir?

A At approximately 73rd Street.
Q How far did you chase it before it turned its lights on?
A That would be from the corner of seven -- from the corner block south of 7300 to the north part of the street of 7300.
Q Which is less than a block, is that right?
A Less than a block, sir.
Q And it's when the vehicle turns its lights on that you could see the license plate on the rear of the car, isn't that true, sir?
A Repeat the question again, sir.
Q I would be happy to.
It's when the vehicle turned its lights on that you could see the license plate on the back of the car, isn't that true, sir?
A That's correct.
Q So in fact the driver of that vehicle by turning his lights on allowed you to take the notation of the license plate number which you gave the officers in the sub shop, isn't that true?
MR. SMITH: Objection.
THE COURT: Overruled. The detective can answer.
A No. I didn't write -- I didn't write a plate down. I just memorized the plate.

MR. WEINER: Q Well, then my question is in fact the driver of that vehicle by turning his lights on allowed you to memorize the plate number, isn't that true?

MR. SMITH: Objection as to what the driver did and why the driver would turn the lights on.

THE COURT: I will allow the detective to answer. Go ahead, Detective.

A I could probably have seen the plates without him turning the lights on.

MR. WEINER: Q But you just testified that the first time you saw the plates was when his lights were on, isn't that true?

A Yes, sir.

Q Okay. I'm really not here to argue with you.

A Yeah. I understand.

Q Okay. Now, sir, if somebody were to say -- to come up and testify that when David Evans got into the car the car was a half a store from the submarine shop and in the middle of the street, would that in fact refresh your recollection of where the car actually was?

MR. SMITH: Objection.

THE COURT: I'll let him answer that one narrow question. You can answer that, Detective.

A He has to repeat that again.

THE COURT: Sure. Go ahead.

MR. WEINER: Q Let me ask you this: How far was the car from the submarine shop when you saw it parked on Halsted?

A Oh, that would have been from seven -- 7403 to 7347. I would imagine that would be 50 or 60 feet.

Q How many stores are in between the sub shop and the -- where you saw the car parked at the time you saw the car at the curb?

A How many stores --

Q Are between the sub shop and where the car was parked.

A Well, there would be the shop that would be on the corner. I believe that's 7401. And there might have been two to three shops on the north side of Halsted.

Q It was across the intersection where you saw it parked, is that right, sir?

A Yes, sir.

MR. WEINER: Judge, I am not going to be needing to use the diagram so I'm going to conclude my examination of Officer Sanders at this time. Thank you very much.

MS. GROHS: May I adopt? And I have no other questions.

THE COURT: Certainly. The record will reflect that. Redirect, State.

MR. SMITH: We have no further questions, Judge.

THE COURT: Thank you, Detective. You can step down.

THE WITNESS: Thank you, your Honor.