# Exhibit 10

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| CORDELL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>JAMES O'BRIEN, THE PERSONAL REPRESENTATIVE OF THE ESTATE OF THE ESTATE OF WILLIAM FOLEY, and THE CITY OF CHICAGO, a municipality,<br><br>Defendants. | ) | No. 23 CV 14905<br><br>Hon. Lindsay C. Jenkins<br>Magistrate Judge Young B. Kim |

DECLARATION OF YASMINE ALI-KELLEY

Yasmine Ali-Kelley, under penalty of perjury, states the following:

1. I have personal knowledge of the facts set forth herein, and if sworn as a witness I can competently testify to the following matters.

2. I am currently employed as Manager of Police Payrolls for the Department of Public Safety, City of Chicago, Illinois, and have been so employed for 25 years.

3. During my employment, I have become familiar with the records documenting time and attendance for sworn officers, including those records made for that purpose for the year 1994.

4. In 1994, the Chicago Police Department employed Timekeepers whose duties included the recording and maintenance of time and attendance records for sworn officers which was documented on a form entitled "Sworn Time & Attendance Record" as shown in Exhibit A.

5. In 1994, it was the practice of the individuals preparing the Sworn Time & Attendance Records to document the time and attendance for sworn officers daily as necessary for time and benefit tracking and payroll purposes.

6. The Sworn Time & Attendance Record documents time, among other payroll items, as follows:

- Each year is comprised of 26 Periods (1A through 13B)
- The first and seventh date of each period is pre-typed on the Sworn Time & Attendance Form
- Regular work days are documented as a slash (/) across the day
- "DO" reflects a regular day off (pre-determined weekend)
- Vacation days are documented as "V" or an encircled "V"
- Overtime hours are documented with the number of hours on the date earned.

7. I have reviewed the 1994 Sworn Time & Attendance Records for William R. Foley, Star # 20450, attached as Exhibit A, which documents his time and attendance for 1994.

8. In 1994, the first period of the year, 1A, began on January 6, 1994, which is pre-printed on the form. *See*, Exhibit A (bates-stamped Sotos-Williams 19588).

9. Exhibit A also documents Periods 4Athrough 7A reflecting time and attendance for March 31-July 6, 1994. May 26, 1994 is the first day of Period 6A and that date is pre-printed on the form. Based on the encircled "V" documented in Exhibit A for May 26, 1994, William R. Foley, Star # 20450, took a vacation day on May 26, 1994, and was not on duty. Similarly, based on the encircled "V" documented in Exhibit A for May 27, 1994, William R. Foley, Star # 20450, took a vacation day on May 27, 1994, and was not on duty.

10. The time and attendance notations documented in the 1994 Sworn Time & Attendance Record for William R. Foley, Star # 20450, attached as Exhibit A, were made by a Timekeeper employed of the Chicago Police Department with knowledge of the facts appearing on it or from information transmitted by a person with knowledge of the facts appearing on it, and were made at or near the time of the events appearing on it.

11. In 1994, it was the regular practice of the Chicago Police Department to make the Sworn Time & Attendance Record attached as Exhibit A, and that record is kept in the ordinary course of the Chicago Police Department's business.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on March 13, 2026.

Yasmine Ali-Kelley

Yasmine Ali-Kelley

# Exhibit A

# 1994 SWORN TIME & ATTENDANCE RECORD

FOLEY WILLIAM R
[redacted] # 20450 [redacted]
ADDRESS
9165 UNIT 610 SSN [redacted]
CSD 14DEC70 SEN 14DEC70

| SENIORITY DATE | STAR NO | BFD GRANTED | PERSONAL DAYS GRANTED | ACC FURLO VAC TIME |
|---|---|---|---|---|
| | | 6 | 4 | 25 |

| OD SF | V | SU DA | AR-SN ML | P BFD | OUT OF GRADE D2 D3 | FLSA ACTUAL TIME | FLSA OVERTIME | COMP TIME HOURS FLSA | COMP TIME HOURS OTHER |
|---|---|---|---|---|---|---|---|---|---|

**PERIOD 13B** — STATUS: 1 JAN DO; ACTUAL OVERTIME; COMP TIME: H; PAY HOURS: 0. Balance forward (other): 33.84

**PERIOD 1A** (6 JAN – 16 JAN)

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Status | 6 JAN | DO | DO | | | | DO | 13 JAN DO | CU | | 16 JAN | | | |
| Actual Overt. | | | | | | | | | | | 5.0 | | | |
| Comp Time | | | | | | | | | (8) | | 7.50 | 8 | | |
| Pay Hours | 9.0 | 12.0 | | 6.0 | 7.50 | 12.0 | 10.50 | 9.0 | | | 9.0 | (4) | 9.0 | 9.0 |

FLSA: 1: 64; 2: 5; 3: 69; 7; 8: x .5; 9; 13: 93. Comp: 1 Total earned: 15.50; 2 FLSA earned: 0; 5 Earned: 15.50

**PERIOD 1B** (20 JAN – 1 FEB)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Status | 20 JAN DO | DO | | CU | | | 27 JAN | DO | DO | DO | | 1 FEB | |
| Actual Overt. | | | | | | | | | | | | | |
| Comp Time | | | | .8 | | | | | | | | | |
| Pay Hours | 12.0 | 12.75 | | 9.0 | | | | 12.0 | | 9.0 | 6.75 | 3.0 | |

V: 25; P BFD: 4, 6. FLSA: 4: 64; 5: 0; 6: 133; 10; 11: x 1.5; 12; 14: 64.50; 15: 0; 16: 157.50. Comp: 3 Used; 4 Balance: 0; 6 Used: 16; 7 Balance: 33.34

**PERIOD 2A** (3 FEB – 16 FEB)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Status | 3 FEB | CU | DO | DO | DO | | | 10 FEB 5 CU | | CU | DO | DO | 16 FEB (P) |
| Actual Overt. | | | | | | | | | | | | | |
| Comp Time | | (8) | | | | | | (3) | 8 | (8) | | | |
| Pay Hours | | | | 8.25 | 6.75 | | 9.0 | | (4) | | 10.50 | | 9.0 |

FLSA: 1: 37; 2: 0; 3: 37; 7; 8: x .5; 9; 13: 43.50. Comp: 1 Total earned: 37.75; 2 FLSA earned: 0; 5 Earned: 37.75

**PERIOD 2B** (17 FEB – 1 MAR)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Status | 17 FEB BFD | CU | | | | DO | 15.75 | 24 FEB | | DO | | 6 CU | 1 MAR DO |
| Actual Overt. | | | | | | 14.50 | | | | | | | |
| Comp Time | | (8) | | | 8 | 21.75 | | | | | | (2) | |
| Pay Hours | | | | | (4) | | 12.0 | 9.0 | 12.0 | | | 5.25 | 10.50 |

V: 25; P BFD: 3, 5. FLSA: 4: 62; 5: 14.50; 6: 103.50; 10; 11: x 1.5; 12; 14: 48.75; 15: 0; 16: 92.25. Comp: 3 Used; 4 Balance: 0; 6 Used: 29; 7 Balance: 42.09

**PERIOD 3A** (3 MAR – 16 MAR)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Status | 3 MAR DO | SP | SP | SP | | | 4 CU | 10 MAR DO | DO | | CU | 4 CU | (P) | 16 MAR CU |
| Actual Overt. | | | | | | 20 | | | | | | | |
| Comp Time | | | | | 8 | 30 | (4) | | | | (8) | (4) | (8) |
| Pay Hours | | | | | (4) | | 2.88 | 14.25 | 11.25 | | | 9.0 | |

FLSA: 1: 24; 2: 2; 3: 24; 7; 8: x .5; 9; 13: 42.38. Comp: 1 Total earned: 17; 2 FLSA earned: 0; 5 Earned: 17

**PERIOD 3B** (17 MAR – 24 MAR)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Status | 17 MAR CU | DO | DO | DO | (V) | (V) | (BFD) | 24 MAR CU | CU | DO | DO | DO | |
| Actual Overt. | | | | | | | | | | | | | 4.0 |
| Comp Time | (8) | | | | | | | (8) | (8) | | | | 6.0 |
| Pay Hours | | | | | | | | | | | | | |

OD SF: 3; V: 23; P BFD: 2, 4. FLSA: 4: 16; 5: 4; 6: 46; 10; 11: x 1.5; 12; 14: 0; 15: 0; 16: 42.38. Comp: 3 Used; 4 Balance: 0; 6 Used: 48; 7 Balance: 11.09

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER ENTERED IN 23-CV-14905

SOTOS-WILLIAMS 19588

# 1994 SWORN TIME & ATTENDANCE RECORD

ADDRESS

# [redacted] SOCIAL SECURITY NO. [redacted] SENIORITY DATE | STAR NO. [redacted]

9165 UNIT 610 SSN [redacted]
CSD 14DEC70 SEN 14DEC70

| Period | Row | Daily entries | OD SF | V | SU DA | AN-SN ML | P BFD | OUT OF GRADE D2 / D3 | F.L.S.A. ACTUAL TIME | | PAID OVERTIME | COMP. TIME HOURS F.L.S.A. | COMP. TIME HOURS OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4A | | 31 MAR, 1 APR, 4 Cu, DO, DO, SP, 7 APR SP, (P), Cu | 3 | 23 (BALANCE FORWARD) | | | 2 / 4 | | 1: 52 | 7: | 13: | BALANCE FORWARD 0 | BALANCE FORWARD 11.09 |
| | ACTUAL OVERT. | 5.0 | | | | | | | 2: 5 | 8: x .5 | | 1. TOTAL EARNED 15.50 | 5. EARNED |
| | COMP TIME | 8.60, (4), (8) | | | | | | | 3: 57 | 9: | 38.25 | 2. F.L.S.A. EARNED 0 | 15.50 |
| | PAY HOURS | 0.50, (4), 12.0, 9.0, 6.75 | | | | | | | | | | | |
| 4B | | 14 APR V, DO, 16 APR DO, DO, V, V, V, 21 APR V, V, DO, DO, DO, V, V | | | | | | | 4: 0 | 10: | 14: 85.14 | 3. USED | 6. USED 12 |
| | ACTUAL OVERT. | | | | | | 1 | | 5: 0 | 11: x 1.5 | 15: 0 | 4. BALANCE | 7. BALANCE |
| | COMP TIME | | | | | | | | | | | | |
| | PAY HOURS | 12.38, 10.13, 12.75, 3.0, 11.25, 12.0, 11.25, 12.38 | 5 | 15 | | | 4 | | 6: 57 | 12: | 16: 123.39 | 0 | 14.59 |
| 5A | | 28 APR, (V), 1 MAY Cu, 5 MAY, DO, DO, DO, 5 Cu, 7 Cu | | | | | | | 1: 68 | 7: | 13: | 1. TOTAL EARNED 27 | 5. EARNED |
| | ACTUAL OVERT. | 10.50, 5.50, 2.0 | | | | | | | 2: 18 | 8: x .5 | | 2. F.L.S.A. EARNED | |
| | COMP TIME | 15.75, 8.25, (8), (3), 3.0, (1) | | | | | | | 3: 86 | 9: | 55.50 | 0 | 27 |
| | PAY HOURS | 9.0, 9.0, 10.50, 9.0, 9.0, 9.0 | | | | | | | | | | | |
| 5B | | 12 MAY, Cu, DO, DO, 16 MAY DO, 4 Cu, 19 MAY, 4 Cu, (V), DO | | | | | | | 4: 56 | 10: | 14: 55.88 | 3. USED | 6. USED 28 |
| | ACTUAL OVERT. | | | | | | 1 | | 5: 0 | 11: x 1.5 | 15: 0 | 4. BALANCE | 7. BALANCE |
| | COMP TIME | (8), (4), (4) | | | | | | | | | | | |
| | PAY HOURS | 9.0, 12.0, 9.0, 9.0, 8.13, 8.25 | 5 | 13 | | | 4 | | 6: 142 | 12: | 16: 111.38 | 0 | 13.59 |
| 6A | | 26 MAY (V), (V), DO, DO, DO, 4 JUN Cu, 2 JUN, Cu, V DO, DO, Cu | | | | | | | 1: 44 | 7: | 13: | 1. TOTAL EARNED 18.50 | 5. EARNED |
| | ACTUAL OVERT. | 4.0, 3.0 | | | | | | | 2: 7 | 8: x .5 | | 2. F.L.S.A. EARNED | |
| | COMP TIME | 8, 6.0, (4), (8), 4.50, (8) | | | | | | | 3: 51 | 9: | 19.13 | 0 | 18.50 |
| | PAY HOURS | 3.38, 6.0, 4.13, 3.0 | | | | | | | | | | | |
| 6B | | 9 JUN, (P), DO, DO, 16 JUN Cu, Cu, DO | | | | | | | 4: 69 | 10: | 14: 101.27 | 3. USED | 6. USED 31 |
| | ACTUAL OVERT. | | | | | | 0 | | 5: 0 | 11: x 1.5 | 15: 0 | 4. BALANCE | 7. BALANCE |
| | COMP TIME | (3), (8) | | | | | | | | | | | |
| | PAY HOURS | 9.0, 7.88, 9.0, 13.50, 16.13, 9.0, 9.75, 4.13, 13.88, 9.0 | 5 | 11 | | | 4 | | 6: 120 | 12: | 16: 120.40 | 0 | 1.09 |
| 7A | | 23 JUN DO, Cu, Cu, 4 Cu, DO, 1 JUL DO, Cu, DA | | | | | | | 1: 59 | 7: | 13: | 1. TOTAL EARNED 38.26 | 5. EARNED |
| | ACTUAL OVERT. | 6.0, (8), 1.50, 3.75, 5.75, 8.0 | | | | | | | 2: 25 | 8: | | 2. F.L.S.A. EARNED | |
| | COMP TIME | 9.0, (1), 3.0, 5.63, (4), 8, 12.0, (8) | | | | | | | 3: 84 | 9: | 9.0 | 0 | 38.26 |
| | PAY HOURS | 9.0 | | | | | | | | | | | |

CPD-11.602-A

CONFIDENTIAL -
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 23-CV-14905

FOLEY WILLIAM R [redacted] # 20450 [redacted]

9165 UNIT 610 SSN [redacted]

CSD 14DEC70 SEN 14DEC70

| NAME | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERIOD 7B | Cu | DO | DO | DO | Cu | / | / | 14 JUL Cu | (V) | 16 JUL DO | / | / | / | (2D) |
| ACTUAL OVERT | | | | | | | | | | | | | | |
| COMP TIME | (-4) | | | | (8) | | | (-4) | | | | | | |
| PAY HOURS | | | | | | 9.0 | 8.63 | 9.0 | | | | 11.25 | 9.0 | |
| PERIOD 8A | 21 JUL √ | DO | DO | DO | √ | √ | √ | 28 JUL √ | √ | DO | DO | 1 AUG DO | √ | √ |
| ACTUAL OVERT | | | | | | 7.0 | 7.0 | | | | | | | |
| COMP | | | | | | 10.50 | 10.50 | | | | | | | |
| HOURS | | | | | | | | | | | | 10.50 | | |
| PERIOD 8B | 4 AUG / | / | / | Cu | / | / | DO | 11 AUG DO | Cu | Cu | Cu | (V) | 16 AUG / | / |
| ACTUAL OVERT | | | | | | | 9.50 | | | | | | | |
| COMP TIME | | | | (8) | | | 14.25 | | (4) | (8) | (8) | | | |
| PAY HOURS | | | | | 9.0 | 6.0 | 12.0 | 12.0 | 9.0 | | | | | 7.50 |
| PERIOD 9A | 18 AUG DO | DO | / | Cu | / | / | / | 25 AUG Cu | DO | DO | DO | Cu | / | / |
| ACTUAL OVERT | 3.0 | | | | | | | | | | | | | 5.0 |
| COMP TIME | 3.0 | | | (8) | | | | (4) | | | | | (8) | 7.50 |
| PAY HOURS | | 13.50 | | | 3.0 | 9.13 | 7.50 | 5.13 | | | | | 9.0 | |
| PERIOD 9B | 1 SEP / | Cu | DO | DO | DO | √ | / | 8 SEP Cu | Cu | / | Cu | DO | DO | / |
| ACTUAL OVERT | 3.0 | | | | | | | 6.0 | | | | | | 6.50 |
| | 4.50 | (8) | | | 8 | | | 9.0 (3) | (8) | | (8) | | | 9.75 |
| PAY HOURS | 5.63 | | | | | 9.0 | | | | | | 12.0 | 13.50 | 10.50 |
| PERIOD 10A | 15 SEP / | 16 SEP Cu | / | / | / | DO | DO | 22 SEP SP | SP | SP | SP | / | Cu | DO |
| ACTUAL OVERT | 5.50 | | | 5.50 | | 9.0 | | | | | | | | |
| COMP TIME | 8.25 | (8) | | 8.25 | | 10.50 | | | | | | | (-2) | |
| PAY HOURS | | | | | | | 11.25 | 9.0 | | | | 7.50 | 7.88 | 9.75 |
| PERIOD 10B | 29 SEP / | / | 1 OCT DO | Cu | / | / | / | 6 OCT DO | DO | / | Cu | / | / | / |
| ACTUAL OVERT | | | | | 3.50 | | | | | | | | | |
| COMP TIME | | | | (8) | 5.25 | | | | | | (8) | 8 | | |
| PAY HOURS | 8.13 | | | | 9.0 | | 10.50 | 15.0 | 3.0 | | | (4) | 8.13 | 12.0 |

| PERIOD | IOD SF | V | SJ DA | AN-SN ML | P BFD | OUT OF GRADE D2 | D3 | F.L.S.A. ACTUAL TIME | | F.A.D. OVERTIME | COMP TIME HOURS F.L.S.A. | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7B | 5 | 10 | | | 0 / 3 | | | 4: 48; 5: 0; 6: 133 | 10; 11 x 1.5; 12 | 14: 46.88; 15: 0; 16: 55.88 | BALANCE FORWARD; 3 USED; 4 BALANCE 0 | BALANCE FORWARD; 6 USED 37; 7 BALANCE 2.35 |
| 8A | | | | | | | | 1: 0; 2: 14; 3: 14 | 7; 8 x .5; 9 | 13: 10.50 | 1 TOTAL EARNED 35.25; 2 F.L.S.A. EARNED 0 | 5 EARNED 35.25 |
| 8B | 5 | 1 | | | 0 / 3 | | | 4: 60; 5: 9.50; 6: 83.50 | 10; 11 x 1.5; 12 | 14: 55.50; 15: 0; 16: 66.0 | 3 USED; 4 BALANCE 0 | 6 USED 28; 7 BALANCE 9.60 |
| 9A | | | | | | | | 1: 52; 2: 7; 3: 59 | 7; 8 x .5; 9 | 13: 45.76 | 1 TOTAL EARNED 41.75; 2 F.L.S.A. EARNED 0 | 5 EARNED 41.75 |
| 9B | 5 | 0 | | | 0 / 3 | | | 4: 37; 5: 15.50; 6: 111.50 | 10; 11 x 1.5; 12 | 14: 50.63; 15: 0; 16: 96.39 | 3 USED; 4 BALANCE 0 | 6 USED 47; 7 BALANCE 4.35 |
| 10A | | | | | | | | 1: 50; 2: 18; 3: 68 | 7; 8 x .5; 9 | 13: 45.38 | 1 TOTAL EARNED 40.25; 2 F.L.S.A. EARNED 0 | 5 EARNED 40.25 |
| 10B | 8 | 0 | | | 0 / 3 | | | 4: 64; 5: 3.50; 6: 135.50 | 10; 11 x 1.5; 12 | 14: 66.76; 15: 0; 16: 112.14 | 3 USED; 4 BALANCE 0 | 6 USED 26; 7 BALANCE 18.60 |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER ENTERED IN 23-CV-14905

1994 SWORN TIME & ATTENDANCE RECORD [redacted]

FOLEY WILLIAM R # 20450 [redacted]

ADDRESS 9165 UNIT 610 SSN [redacted]

CSC 14DEC70 SEN 14DEC70

[redacted]

SOCIAL SECURITY NO | SENIORITY DATE | STAR NO | BFD GRANTED | PERSONAL DAYS GRANTED | ACC. FURLO VAC TIME

| Period | Row | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11A | Day | 13 OCT / | DO | DO | 16 OCT DO | / | / | / | 20 OCT / | CU | DO | DO | DO | / | / |
| | Actual Overt | 6.0 | 9.0 | | | | | | | | | | | | |
| | Comp Time | 9.0 | 10.50 | | | | | | | (-8) | | | | | |
| | Pay Hours | | | | | 9.0 | 7.50 | 8.25 | | | | | | | 9.0 |
| 11B | Day | 27 OCT / | / | / | CU | DO | 1 NOV / | (BFD) | 3 NOV DO | CU | CU | DO | CU | DO | SP |
| | Actual Overt | | | | | | 6.5 | | | | | | | | |
| | Comp Time | | | | (8) | | 9.75 | | | (-8) | (-8) | | (-8) | | |
| | Pay Hours | 9.0 | 8.25 | | | 12.75 | 9.0 | | | | | | | | |
| 12A | Day | SP | SP | SP | SP | / | / | 10 NOV DO | 17 NOV DO | / | 5 CU | 4 D | / | / | CU |
| | Actual Overt | | | | | | | | | | | | | 4.50 | 6.0 |
| | Comp Time | | | | | | | | | | (-3) | | | 6.75 | 9.0 (8) |
| | Pay Hours | | | | | | 9.0 | 12.0 | 12.0 | | | | | | |
| 12B | Day | 24 NOV DO | DO | / | CU | / | / | / | 1 DEC 4 CU | DO | DO | DO | 6 CU | / | / |
| | Actual Overt | | | | | | | | | | | | | | |
| | Comp Time | | 8 | | (8) | | | | (-4) | | | | (-2) | | |
| | Pay Hours | | | | | | 9.0 | 8.63 | 9.0 | 9.0 | | | 9.0 | 9.0 | 9.0 |
| 13A | Day | 8 DEC / | CU | DO | DO | DO | / | / | / | 16 DEC CU | CU | (BD) | DO | DO | / |
| | Actual Overt | 5.50 | 5.75 (8) | | | 6.0 | | | 5.0 | 6.50 | | | | | |
| | Comp Time | 8.25 | 8.63 | | | 9.0 | | | 7.50 | 9.75 | (-8) | (-8) | | | |
| | Pay Hours | | | | | | | | | | 6.0 | | 10.50 | 10.50 | 9.0 |
| 13B | Day | 22 DEC / | / | CU | / | DO | DO | / | 29 DEC / | 4 CU | CU | 1 JAN / | CU | / | CU |
| | Actual Overt | | | | | | | | | | | | | | |
| | Comp Time | | | (8) | 8 | | | | | | (4) | (-8) | 8 | (8) | (-8) |
| | Pay Hours | 8.13 | | | (4) | | | | 8.25 | 7.50 | 7.13 | | 4 | | 9.0 |

| Period | IOD SP | V | SU DA | AN-SN ML | P BFD | Out of Grade D2 / D3 | F.L.S.A. Actual Time | x .5 / x 1.5 | Paid Overtime | Comp. Time Hours F.L.S.A. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11A | 8 | Balance Forward 0 | | | 0 3 | | 1: 56; 2: 13; 3: 69 | 8: x .5 | 13: ; 33.75 | Balance Forward; 1 Total Earned 29.25; 2 F.L.S.A. Earned 0 | Balance Forward 18.60; 5 Earned 29.25 |
| 11B | 9 | 0 | | | 0; 2 | | 4: 32; 5: 6.50; 6: 107.50 | 11: x 1.5 | 14: 39.0; 15: 0; 16: 72.75 | 3 Used; 4 Balance 0 | 6 Used 40; 7 Balance 7.85 |
| 12A | | | | | | | 1: 45; 2: 10.50; 3: 55.50 | 8: x .5 | 13: ; 33.0 | 1 Total Earned 23.75; 2 F.L.S.A. Earned 0 | 5 Earned 23.75 |
| 12B | 13 | 0 | | | 0; 1 | | 4: 58; 5: 0; 6: 113.50 | 11: x 1.5 | 14: 62.63; 15: 0; 16: 95.63 | 3 Used; 4 Balance 0 | 6 Used 25; 7 Balance 6.60 |
| 13A | | | | | | | 1: 40; 2: 28.75; 3: 68.75 | 8: x .5 | 13: ; 36.0 | 1 Total Earned 59.13; 2 F.L.S.A. Earned 0 | 5 Earned 59.13 |
| 13B | 13 | 0 | | | 0; 0 | | 4: 44; 5: 0; 6: 112.75 | 11: x 1.5 | 14: 40.51; 15: 0; 16: 76.51 | 3 Used; 4 Balance 0 | 6 Used 60; 7 Balance 5.73 |

CPD-11 603-A

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER ENTERED IN 23-CV-14905

SOTOS-WILLIAMS 19591