# Exhibit 11

CHICAGO POLICE
**ARREST REPORT**
CPD-11.420 (REV 6/92)

| Field | Entry |
|---|---|
| I.R. No | 964540 / 1004716 |
| 1. Name (Last - First - Middle) | WILLIAMS [illegible] Richard |
| 2. Sex | M |
| 3. Race | 1 |
| 4. Age | 19 |
| 5. Date of Birth | [redacted] |
| 7. Alias or Nickname | |
| 8. Dist.-Res. | 006 |
| 9. Height | 6-0 |
| 10. Weight | 160 |
| 11. Hair | Blk |
| 12. Hairstyle | Short |
| 13. Eyes | Brn |
| 14. Complexion | Med |
| 16. Residence Address | 7622 S. Carpenter |
| 16A. City - State / Zip Code | Chciago, Ill. 60620 |
| Home Telephone | 994-6451 |
| 17. Disting. Marks, Scars, Disabilities, etc. | N/V |
| 18. Social Security No. | [redacted] |
| 20. State/Place of Birth | Ill |
| 21. Drivers License No. | W452-1167-4218 |
| 22. RD No | Y-227 658 |
| 23. Occupation | Laborer |
| 24. Business Name - Address | Board of Education, 63rd & Western |
| Business Telephone | Unknown |
| 25. Address of Arrest | 7622 S. Carpenter |
| 26. No. Arrested | 1 |
| 27. Location Code | 004 |
| 28. Beat of Arrest | 611 |
| 29. Date of Arrest / Time | 26May94 0130 |
| 30. Arrestee Transported To Unit / By Beat / Time | 1VC 731 0200 |
| 31. Resisted Arrest | No |
| 35. Vehicle of Arrestee | 90 Ford Tempo 4dr, Gray, BN 9244 |
| Disposition of Vehicle | Towed to Pound #1 |
| 36. Person in Investigative Unit Notified / Unit / Time | Area Arrest 610 DNA |
| 37. Does Arrestee Have Dependent Children at Home | X No |
| 38. Name of A.S.A./Fel. Rev. | Vari |
| Charges Approved / Time | X Yes 0400 |
| 39. Victim/Complainant Name | COCHRAN Myron |
| Sex / Race / Age | M 1 18 |
| Home Address | 732 W. 54th Place |
| Telephone No. | 268-2212 |
| Victim Injured / Describe Injuries | X Fatal Gunshots |
| Victim Hospitalized / Hospital Name | Medical Examiner's Office |

| | 40. References (CH. - PAR.) | 41. Offenses | 42. Dispositions |
|---|---|---|---|
| 1 | 38-9-1a | Murder 1st | |
| 2 | 38-9-1A1 | 1st Degree Murder | |
| 3 | | | |
| 4 | | | |

43 NARRATIVE (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following:)

Above arrested for the fatal shooting of Victim Myron Cochran and the critical shooting of Billy Johnson which occurred at 7403 S. Halsted.

The arrestee was the driver of the vehicle that the shooter entered and which was found bearing the license plate number recorded.

Victim Billy Johnson is currently at the County hospital in critical condition with gunshots to the head and chest.

JOHNSON EXPIRED 26 MAY 94

Additional Arresting Officers: Det. J. Jones #20113 Beat #5122
Det. M. Rose #20698 Beat #5122
P.O. Kane #10544 Beat #731
P.O. Mangan #4688 Beat #731

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

| Field | Entry |
|---|---|
| First Arresting/Appearing Officer's Signature | Ron Armata |
| Star No. / Unit | 20202 / 610 |
| 44. First Arresting/Appearing Officer - Print Name | Det. Ron Armata |
| Beat No. / Furlo / D.O. Grp / Misc. Ord / Rpt Key | 5139 / 13 / 1 / A |
| 45. Second Arresting Officer - Print Name - Star No. | Det. Dennis Dwyer #20211 |
| 46. Vehicle Assigned | 3 X Other |
| 47. Initial Approval of Probable Cause | [signature] |
| 49. Approval of Charges | [signature] 0500 |
| 50. Arrestee Searched By / Star/Empl. No. / Unit | Moore 302 453 002 |
| 51. Date Received Lockup / Time | 26 May 94 0805 |
| 52. Pers. Property Received | PB |
| 53. Telephone No. Called / Time | 9946451 1000 |
| 54. Booking Officer | Harrison |
| 55. Time Fingerprinted | 0805 |
| 57. Time Fed | 1630 |
| 58. Placed in Cell No. | FC-2 |

COURT INFORMATION

| Field | Entry |
|---|---|
| 59. Arr. Off. Desired Court Date / Branch-Call | 27 May 94 / 66 |
| 60. Court Sgt. to Handle | No |
| 61. Initial Court Date / Branch-Call | 27 MAY 94 / 66 |
| 62. Final Crt. Date / Branch-Call | |
| 63. Bonded - Date / Time | |
| 64. Bond Receipt No. | |
| 65. Court Docket No. | |
| 66. Final Judge's Name | |

9645401

CB 9645401

SOTOS-WILLIAMS 01

## MOVING OF ARRESTEE OUT OF & INTO ARREST/DETENTION FACILITY

| | DATE | TIME | TURNED OVER TO/ RECEIVED FROM | STAR/ EMPL NO | REASON | LOCKUP KEEPER/ OTHER DEPT. MEMBER | STAR/ EMPL NO |
|---|---|---|---|---|---|---|---|
| OUT | 26MAY94 | 0840 | Dwyer | 2021 | INTERVIEW | | |
| IN | 27MAY94 | 0420 | O'Brien | 20166 | Charged | | |
| OUT | | | | | | | |
| IN | | | | | | | |

## RECORD OF INTERVIEWS IN LOCKUP

| DATE | TIME | INTERVIEWER | STAR NO | REASON | LOCKUP KEEPER/ OTHER DEPT. MEMBER | STAR/ EMPL NO |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

## RECORD OF VISITORS TO ARRESTEE

| DATE | TIME IN | TIME OUT | VISITOR'S NAME - ADDRESS - TELEPHONE | RELATIONSHIP | W. C.'S APPROVAL (SIGNATURE) |
|---|---|---|---|---|---|
| | | | | | |

**RECEIVING SCREENING RECORD FOR ARRESTEE TO BE HELD IN LOCKUP**

REFER TO GUIDELINES FOR DISPOSITION OF ARRESTEE, CPD-11 523
**NOTE: ALL "YES" ANSWERS REQUIRE ACTION**

DATE: 26 MAY 94 TIME: 0825

ARRESTEE'S NAME: Williams Cordell
CB NO.: 9645401
LOCKUP KEEPER'S NAME (PRINT): E Huey
STAR NO.: 12432

| LOCKUP KEEPER'S VISUAL CHECK | YES | NO |
|---|---|---|
| 1. DOES ARRESTEE HAVE OBVIOUS PAIN OR INJURY? | ☐ | ☑ |
| 2. IS THERE OBVIOUS SIGN OF INFECTION? | ☐ | ☑ |
| 3. APPEARS TO BE UNDER THE INFLUENCE OF ALCOHOL/DRUGS | ☐ | ☑ |
| 4. ARE THERE VISIBLE SIGNS OF ALCOHOL AND/OR DRUG WITHDRAWAL? | ☐ | ☑ |
| 5. DOES ARRESTEE APPEAR TO BE DESPONDENT? | ☐ | ☑ |
| 6. DOES ARRESTEE APPEAR TO BE IRRATIONAL? | ☐ | ☑ |
| 7. IS ARRESTEE CARRYING MEDICATION? | ☐ | ☑ |

| LOCKUP KEEPER'S-ARRESTEE QUESTIONNAIRE | YES | NO | REFUSED |
|---|---|---|---|
| 8. ARE YOU PRESENTLY TAKING ANY MEDICATION? (For what ............) | ☐ | ☑ | ☐ |
| 9. (IF FEMALE) ARE YOU PREGNANT? | ☐ | ☐ | ☐ |
| 10. IS THIS THE FIRST TIME YOU HAVE EVER BEEN ARRESTED? | ☐ | ☑ | ☐ |
| 11. HAVE YOU EVER TRIED TO KILL YOURSELF OR DONE SERIOUS HARM TO YOURSELF? | ☐ | ☑ | ☐ |
| 12 A. DO YOU HAVE ANY SERIOUS MEDICAL OR MENTAL PROBLEMS? (IF YES, specify problem under REMARKS) | ☐ | ☑ | ☐ |
| 12 B. ARE YOU RECEIVING ANY TREATMENT? (If YES, specify under REMARKS) | ☐ | ☑ | ☐ |

| PERSON TO BE NOTIFIED IN CASE OF EMERGENCY - NAME | ADDRESS | TELEPHONE | RELATIONSHIP |
|---|---|---|---|
| | | | |

REMARKS: Impair Eye Sight

**SPECIAL DISPOSITION**
**COMPLETE ONLY FOR ARRESTEES REFERRED OUT OR TO BE MONITORED**

| REFERRED TO (Specify) | PLACED IN ONE-PERSON CELL NO (for communicable disease cases) | PLACED IN TWO OR MORE PERSON CELL NO. UNDER SPECIAL/CLOSE OBSERVATION (potential suicides) |
|---|---|---|
| **NOTE: LOCKUP KEEPER MUST SIGN IN ALL INSTANCES** | LOCKUP KEEPER'S SIGNATURE | |

**RELEASE OF ARRESTEE FROM CUSTODY**

FOR THE FOLLOWING REASON(S), I HAVE DETERMINED THERE IS NOT SUFFICIENT CAUSE TO FURTHER DETAIN/CHARGE THE ARRESTEE:

| SIGNATURE - ARR. OFF./DETECTIVE | STAR NO. | UNIT | APPROVED - W/C. DETENTION FAC. | STAR NO. | DATE-TIME RELEASED FROM CUSTODY |
|---|---|---|---|---|---|
| | | | | | |

SOTOS-WILLIAMS 02

Identify and describe property ... Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name (if known), nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: 26-MAY-94 0020

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE (XX 1 VERIFIED / 2 CORRECTED) | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/First Degree Murder | 0110 | 7403 S. Halsted | 732 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| COCHRAN, Myron | XX 1 YES / 2 NO | | 1 YES / XX 2 NO | 5118 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Honey Sub Restaurant | 293 | two | four |

11. VERIFIED / UPDATE TO — 12. OBJECT/WEAPON CODE NOS. — 13. FIREARM FEATURES CODE NO. — 14. POINT/ENTRY CODE NO. — 15. POINT/EXIT CODE NO. — 16. BURGLAR ALARM CODE NOS. — 17. SAFE BURGLARY METHOD CODE NO. — 18. IF RESIDENCE WHERE WERE OCCUP CODE NO.

19. PROPERTY — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

VERIFIED / UPDATE TO: 1 MONEY T $ R; 2 JEWELRY T $ R; 3 FURS T $ R; 4 CLOTHING T $ R; 7 OFFICE EQUIPMENT T $ R; 8 TV, RADIO, STEREO T $ R; 9 HOUSEHOLD GOODS T $ R; 0 CONSUM. GOODS T $ R; (-) FIREARMS T $ R; & NARC./DANGEROUS DRUGS T $ R; 5 OTHER T $ R; 6 NONE T R

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | JOHNSON, Billy | 0110 | 841 W 53rd St | M/1/19 | 624 -85-27 | | | 24 |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | HARPER, Londell | 8822 S. Ashland (2nd.) | M/1/17 | 602 | | BRO | BLK | MEDIU |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | | C.B. NO. | I.R. NO., Y.D. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|---|
| OFF 1 | 9647402 | 1075637 | 24 | OFF. 2 | | | | 01 | 610 |

33. OFF'S. VEHICLE — USED / STOLEN — YEAR — MAKE — BODY STYLE — COLOR — V.I.N. — STATE LICENSE NO. — STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. XX 1 DNA / 2 VERIFIED / 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | DNA | 400 | XX FIELD / 3 SUMMARY | 610 | 0 PROGRESS / 1 SUSPENDED / 2 UNFOUNDED |

STATUS CONT'D.: 3 CLRD. CLOSED / XX 4 CLRD. OPEN / 5 EXC. CLRD. CLOSED / 6 EXC. CLRD. OPEN / 7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED: XX ARREST & PROSEC. / 2 DIRECTED TO JUV. CRT. / 3 COMPL. RFUSD. TO PROSECUTE / 4 COMMUNITY ADJUSTMENT / 5 OTHER EXCEPT. — XX ADULT / JUV.

55. FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. RCK 20106

80. NARRATIVE

Crime Analysis Unit Code: GNS

THIS CASE PREVIOUSLY CLEARED/OPEN AND REMAINS CLEARED/OPEN

ARREST OF OFFENDER

VICTIMS: COCHRAN, Myron L. M/1/18 DOB [redacted]

732 W. 54th St. tx. 268-2212

Gang Affiliation: none

JOHNSON, Billy L. M/1/19 DOB [redacted]

841 W. 53rd St. tx. 624-8527

Gang Affiliation: none

CONTINUED ON PAGE TWO:

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 14-JAN-95 | 1300 | Sgt Edward Griffin | 1791 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Robert Lenihan | 20593 | Bernard Ryan | 20867 | Sgt Edward Griffin |
| SIGNATURE: Robert Lenihan | | SIGNATURE: B Ryan | | 95. DATE APPROVED (DAY–MO.–YR.): 14 Jan 95 — TIME: 1300 |

CPD-11.411-B (Rev. 8/80) — *MUST BE COMPLETED IN ALL CASES

Y 227 658

Detective Division
Area-One Violent Crimes

RD# Y 227 658
14 January 1995

| | |
|---|---|
| IN CUSTODY: | HARPER, Londell M/1/17<br>DOB 07 SEP 76<br>8822 S. Ashland (2) tx. none<br>SS# 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<br>CB# 9647 402 IR# 1075637<br>gang affiliation: Blackstone |
| ARRESTING OFFICERS: | Det. Bernard Ryan #20867 610<br>Det. Robert Lenihan #20593 610<br>G/S. David Jarmusz # 9230 156<br>G/S. Robert Schaefer #13518 156 |
| DATE/TIME & LOCATION OF ARREST: | 29 May 1994, 1700 hrs., at Area One, 5101 S. Wentworth |
| CHARGES/COURT BRANCH & DATE: | CH38 Sec9-1a / two counts First Degree Murder<br><br>BR 66 |
| NOTIFICATIONS: | Felony Review with ASA Biesty responding to Area One |
| PERSONNEL ASSIGNED: | G/S. D. Jarmusz # 9230 156<br>G/S. R. Schaefer #13518 156<br>Det. G. Carroll #20346 610<br>Det. J. O'Brien #20466 610<br>Det. B. Ryan #20867 610<br>Det. R. Lenihan #20593 610 |
| STATEMENTS: | **Londell HARPER,** court reported statement given to ASA Biesty |

INVESTIGATION: R/Ds received information from Dets. O'Brien and Carroll that one of the subjects wanted for questioning in the murders of Myron Cochran and Billy Johnson was Londell Harper. R/Ds ascertained that Harper resided with his mother at 8822 S. Ashland, second floor. Londell Harper's mother was contacted by R/Ds and informed that her son, Londell Harper, was wanted for questioning in this incident. R/Ds later received a call from Harper's mother who stated that both she and her son (Londell Harper) were at 63nd and Wood and that Harper would come in for an interview if R/Ds picked him up. R/Ds proceeded to 63rd and Wood where R/Ds met with Londell Harper. Both Londell Harper and his mother accompanied R/Ds to Area One.

Detective Division
Area-One Violent Crimes

RD# Y 227 658
14 January 1995

**Londell HARPER**..................At Area One Londell Harper was advised of his Miranda rights which he acknowledged and waived. Harper gave the following account of events in summary. Harper stated that on the evening of 25 May 94, Harper was on the east side with some east side Blackstones and some Latin Kings (vicinity of 83rd and Houston) and that Cordell (Williams), Day-Day (David Evans), and Andre (Ruddock) were also there. Harper stated that he observed Day-Day and Andre at the trunk of a car and that Harper observed Cordell put a gun into the trunk of the car which Harper described as being "big and black". Harper stated that he asked Cordell for a ride home. Harper stated that he then left in the vehicle with Cordell driving. Harper stated that he was in the front passenger seat and that Day-Day was seated in the left rear passenger seat while Andre was seated in the right rear passenger seat behind Harper.

Harper stated that on the way home either Day-Day or Andre stated **"Let's go shoot some bricks!"** Harper stated that a brick is a term for "G.D.s" who are rival gang members to the Blackstones. Harper stated that Cordell drove north on Halsted from 83rd St. looking for G.D. gang members. As they were driving, Harper stated that "Pudgy" (Andre) said that he saw some "bricks" in the sandwich shop and said, "Stop the car!" Harper stated that Cordell pulled north across 74th St and parked the car in front of a liquor store.

Harper stated that Day-Day said, "Give me the God damned gun!" Harper stated that Cordell and Day-Day got out of the car and Cordell opened the trunk of the car. Harper stated that Cordell the got back into the vehicle and that he/Harper and Pudgy (Andre) remained in the vehicle. Harper stated that he saw Day-Day go back toward the sub shop. Harper stated that he heard three gun shots and that seconds later Day-Day got back into the car. Harper stated that Day-Day said, **"I shot one!"**

Harper stated that Cordell then pulled off northbound on Halsted and turned west on 73rd St. Harper stated that he observed a vehicle which had been southbound on Halsted make a U turn and follow them. Harper stated that Cordell exclaimed, "They're getting behind us!" Harper stated that the vehicle followed them to approximately Sangamon.

Detective Division
Area-One Violent Crimes

RD# Y 227 658
14 January 1995

Harper stated that Cordell then drove to 74th and Aberdeen and dropped off Day-Day and Andre before driving Harper to 87th and Ashland where Cordell dropped off Harper.

Harper added that he had been shot before (by either GDs or by BDs) and that Day-Day had also been shot by the GDs. Harper stated that Day-Day's house had been shot at recently by the GDs.

R/Ds contacted felony review with ASA Biesty responding to Area One. ASA Biesty reviewed reports and subsequently interviewed Londell Harper after first advising Harper of his rights per Miranda which Harper waived. Londell Harper gave substantially the same account of events as previously related. Londell agreed to give court reported statement to ASA Biesty with Det. Lenihan present. This statement was subsequently reviewed, corrected and signed by Londell Harper.

ASA Biesty approved charging Londell Harper with two counts of first degree murder.

This case previously cleared/open and remains cleared/open.

Detective Robert Lenihan #20593
Detective Bernard Ryan #20867
Area One Detective Division

Identify and describe all property or possible evidence recovered at end of the Narrative in column form. Show exactly where found, when, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: DAY 26 MO. May YR. 94 — 0020

| Field | Value |
|---|---|
| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | Homicide/murder, 1st Degree |
| I-UCR OFF. CODE | 0110 |
| 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | 7403 S. Halsted (XX 1 VERIFIED ☐ 2 CORRECTED) |
| 3. BEAT OF OCCUR. | 732 |
| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | Cochran, Myron |
| CORRECT | XX YES ☐ 2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. |
| 6. FIRE RELATED | ☐ 1 YES XX 2 NO |
| 7. BEAT ASSIGNED | 5121 |
| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | Restaurant (Honey Sub Shop) |
| LOCATION CODE | 293 |
| 9. NO. OF VICTIMS | 2 |
| 10. NO. OF OFFENDERS | 4 |

11. CIRCUMSTANCES ☐ VERIFIED ☐ UPDATE TO — 12. OBJECT/WEAPON — 13. FIREARM FEATURES — 14. POINT/ENTRY — 15. POINT/EXIT — 16. BURGLAR ALARM — 17. SAFE BURGLARY METHOD — 18. IF RESIDENCE WHERE WERE OCCUP.

19. PROPERTY ☐ VERIFIED ☐ UPDATE TO — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN: R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.
1 MONEY, 2 JEWELRY, 3 FURS, 4 CLOTHING, 7 OFFICE EQUIPMENT, 8 TV, RADIO, STEREO, 9 HOUSEHOLD GOODS, 0 CONSUM. GOODS, (-) FIREARMS, & NARC./DANGEROUS DRUGS, 5 OTHER, 6 NONE

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|---|
| OFF. 1 | 9807568 | 1062447 | | OFF. 2 | | | | 1 | 610 |

33. OFF'S. VEHICLE ☐ USED ☐ STOLEN — YEAR — MAKE — BODY STYLE — COLOR — V.I.N. — STATE LICENSE NO. — STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE.

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) — REV. CODE: ~~400~~ — 51. METHOD CODE: 400 — 52. METHOD ASSIGNED: XX FIELD ☐ 3 SUMMARY — UNIT NO. 610 — 53. STATUS: ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED

STATUS CONT'D. ☐ 3 CLRD. CLOSED XX 4 CLRD. OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLRD. OPEN ☐ 7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED: XX 1 ARREST & PROSEC. ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT. — XX ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 2105 55

80. NARRATIVE

THIS IS AN ADDITIONAL REPORT ON A PREVIOSLY CLEARED/OPEN HOMICIDE:

THE TEXT OF THIS REPORT BEGINS ON PAGE 2

CAU CODE: (GNS)

35. R.D. NO. ~~Y-227658~~ Y-227678

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. / TIME | 92. SUPERVISOR APPROVING (PRINT NAME) / STAR NO. |
|---|---|---|
| | 21 Sep 94 / 2300 | Sgt Bonke / 2108 |

| 93. REPORTING OFFICER (PRINT NAME) / STAR NO. | 94. REPORTING OFFICER (PRINT NAME) / STAR NO. | SIGNATURE |
|---|---|---|
| Det. James O'Brien / 20466 | Det. Gerard Carroll / 20346 | Sgt Bonke |

| SIGNATURE | SIGNATURE | 95. DATE APPROVED (DAY–MO.–YR.) / TIME |
|---|---|---|
| Det. James O'Brien | Det. Gerard Carroll | 2 Sep 94 / 2300 |

CPD-11.411-B (Rev. 8/85) *MUST BE COMPLETED IN ALL CASES

DETECTIVE DIVISION, AREA 1 HOMICIDE/MURDER — 2 — Y-227678 ~~Y-227658~~ 18 AUG 94

| | |
|---|---|
| **VICTIMS:** | Cochran, Myron L. M/B/18<br>DOB [redacted]<br>732 W. 54th St.<br>Ph# 268-2212<br>GANG AFFILIATION: NONE |
| | Johnson, Billy L. M/B/19<br>DOB [redacted]<br>841 W. 53rd St.<br>Ph# 624-8527<br>GANG AFFILIATION: NONE |
| **IN CUSTODY:** | Evans, David E. M/B/18 AKA Day-Day<br>DOB [redacted]<br>7306 S. May, Chicago<br>IR# 1062447 CB# 9807-568<br>GANG AFFILIATION: BLACKSTONES |
| **WANTED FOR QUESTIONING:** | Ruddock, Andre M/B/17 AKA Pudgy<br>DOB [redacted]<br>7506 S. Carpenter, house<br>5'10" 150 Blk Brn Drk<br>GANG AFFILIATION: BLACKSTONES. |
| **ARRESTING OFFICERS:** | **CHICAGO P.D.**<br>Bt. 5121, Det. O'Brien #20466<br>Det. Carroll #20346<br>Bt. 5112, Det. Boudreau #20435<br>Det. Halloran #20453<br>Bt. 5126, Det. Graf #20480 |
| | **AURORA P.D.**<br>Sgt. Ziman #421<br>P.O. Donka #147<br>P.O. Convey #242<br>P.O. Wallers#255<br>P.O. Johnston #250<br>P.O. O'Brien #268 |
| **DATE, TIME, LOCATION OF ARREST:** | 15 Aug 94, 0130 hours at 1125 Tollview Apt #2, Aurora Il. |
| **WARRANT:** | WARRANT: CY 10839<br>DOCKET: 94128181<br>BOND: NONE<br>COURT: BR. 66<br>JUDGE: KELLEY<br>LEADS: W94M1356 |

| | |
|---|---|
| | NCIC: W813551854 |
| **CHARGES, CT. BRANCH AND DATE:** | 2 Counts of 1st Degree Murder<br>720 ILCS 5/9-1a1<br>Br. 66 on 16 Aug 94. |
| **WEAPON:** | .45 caliber handgun, not recovered. |
| **MANNER/MOTIVE:** | Execution style shooting of 2 innocent victims/Offender mistook victim's for rival gang members. |
| **NOTIFICATIONS:** | ASA Dietz and Biesty of Felony Review. |
| **PERSONNEL ASSIGNED:** | See ARRESTING OFFICERS category, this report. |
| **WITNESSES:** | Pratt, Alexander Butler Jr. M/B/37<br>DOB [redacted]<br>7341 S. Green, Chicago Ph# 873-1128<br>SS# [redacted]<br>**EYE**<br><br>P.O. Stanley Sanders #8603 of the 012th District Tactical Unit<br>Ph# 746-8308<br>**CIRC**<br><br>Jones, Robert M. M/B/25<br>DOB [redacted]<br>1125 Tollview Rd, Apt 2<br>Aurora, Il Ph# 708-851-0609<br>**3rd Party**<br><br>Robinson, Ples Bernard M/B/20<br>DOB [redacted]<br>265 Creekside, Bolingbrook, Il.<br>Ph# 708-378-5139<br>**3rd Party** |
| **STATEMENTS:** | Oral statements were taken from 3rd party witnesses Robinson and Jones. Both Robinson and Jones both then testified before the |

Cook County Grand Jury on 15 Aug 94.

**INVESTIGATION:** R/D's were contacted by P.O. Thibault of the 007th District who informed the R/D's that she had received information from a confidential informant concerning the whereabouts of David Evans who was wanted for this homicide.

R/D's met with P.O. Thibault and were informed by her that she had received information from a confidential informant who stated that David Evans was hiding out at a location in Aurora Il. P.O. Thibault further related that the C.I. stated that Evans was staying in a apartment complex behind a McDonalds Restaurant on Farnsworth Ave., in Aurora. The C.I. further related that Evans was staying with a subject known as Womack, and that Womack drove a green Grand Cherokee sport utility vehicle.

Armed with this information, the R/D's went to Aurora Il in an effort to locate the wanted offender. The R/D's traveled on I 88 to Aurora, and exited at the Farnsworth Ave exit. R/D's then traveled south on Farnsworth into Aurora, at which time the R/D's observed a McDonalds Restaurant on Farnsworth. R/D's observed that their was in fact a large apartment complex located behind the McDonalds. R/D's entered the complex on Tollview Rd and were able to locate a green Grand Cherokee parked outside of apartment 2 at 1125 Tollview. R/D's then left the area and called for officers from the Aurora Police Dept. to meet with the R/D's.

The R/D's were met by Sgt. Ziman, and officers Donka, Convey, Wallers and Johnston of the Aurora P.D. gang unit. The Aurora officers were informed by the R/D's of the above facts concerning the wanted offender. R/D's along with the Aurora officers then returned to the McDonalds parking lot. R/D's along with the Aurora officers then exited their respective vehicle's, and began approaching the suspect apartment on foot. While approaching the location, the green Grand Cherokee was seen pulling away from the front of the location. Aurora P.D. officers Wallers and O'Brien, along with Det's Boudreau and Halloran returned to their vehicle's and went after the Grand Cherokee, which they were able to curb a few blocks away on Farnsworth Ave. Upon being stopped the vehicle was found to contain a M/B driver, and a F/B passenger. The M/B, now known as Robert Jones, and the F/B, now known as Charity Lee Russell, both stated that Day-Day, (David Evans), was in fact inside the apartment on Tollview. An amount of suspect Crack Cocaine, and suspect Marijuana, was also recovered from the vehicle.

R/D's along with the remaining Aurora officers then converged on the apartment. R/D O'Brien was able to look into the apartment through the front door and observed the wanted offender, David Evans seated on a couch. R/D's then knocked on the door, and announced their office. At this time offender Evans was seen running from the sofa. R/D's then forced in the front door of the apartment, and proceeded in after the wanted subject. Evans was found in the kitchen area of the apartment, where he was taken into custody without incident. A further search of the apartment to clear it for the safety of the R/D's and Aurora P.D. officers revealed 2 handguns in a closet just off the living room where Evans had been seated on the sofa. R/D's also found a second subject inside the apartment. This subject identified himself as Ples Bernard Robinson. The two handguns recovered are described as follows; Intretec, Tec 22, 22 caliber semi-auto handgun, serial #048878. The second gun is described as a Savage Model 1917, .32 caliber semi-auto handgun, serial #254017. Both subjects, along with the two handguns were then transported into the Aurora P.D.

Upon arrival at the Aurora P.D., the R/D's interviewed both Ples Robinson, and Robert Jones, along with Charity Russell, who was taken into custody for Possession of a Controlled Substance. During these brief interviews, both Robinson and Jones stated that David Evans had made admissions to them about the shooting. At this time, the R/D's requested Jones and Robinson to accompany the R/D's back to Area 1, to which they agreed. David Evans was transported to Area 1 by officers of the Aurora P.D. in Aurora's prisoner van.

Upon arrival at Area 1, Robert Jones was interviewed, and gives the following statement, which is in summary;

**ROBERT JONES**...................stated that his nickname is Womack, and that around the week of Jun 19th, he was in the area of 73rd and May, and that he met Day-Day at this location. Jones stated that Day-Day asked him if he could stay at his house in Aurora for awhile, because he had shot someone. Jones stated that on the way to Aurora, he asked Day-Day what had happened, and Day-Day stated that some folks had shot at him and his friends at 73rd and May. Day-Day went on to tell Jones that he and Cordell went on a retaliation mission. Day-Day stated that they were driving around with Cordell looking for some Folks to shoot. Day-Day further stated that they saw 2 guys in the food store at 74th and Halsted that they thought were Folks. Jones stated that Day-Day said he went into the restaurant, and that he shot the Folks 3 or 4 times, inside the store. Jones stated that the man who was cooking came out from behind the counter and saw

him, and that he then fled back to the car. Jones stated that when they drove off the police got behind them, and chased them at a high rate of speed. Jones stated that Day-Day told him that he got away, but that Cordell got caught up. Jones further related that Day-Day told him that he used a semi-automatic gun, and he further stated to Jones that "he tore their' ass up".

R/D's then interviewed Ples Bernard Robinson, who gives the following statement, which is also in summary;

**PLES BERNARD ROBINSON**..........states that he has been staying with Womack, Robert Jones for about 2 months. Robinson states that Day-Day came out to the house about a month ago, and that he had heard that Day-Day had shot a couple of folks, meaning Gangster Disciples. Robinson stated that the Blackstones and the G.D.'s are at war. Robinson stated that Day-Day told him that he had walked up on some Folks in a restaurant, and that he had walked up and shot them. Robinson stated that Day-Day told him that the victim's went down on the floor, and that one of the victim's curled up, and that he shot him in the chest. Robinson states that Day-Day told him the other victim put his arms over his head. Robinson stated that Day-Day told him that he shot one of the victim's twice, and the other victim three times. Robinson stated that Day-Day told him that after he did the shooting he fled back to a friends car, and that the police were right there, and chased them.

It should be noted that throughout the interviews, both Jones and Robinson referred to David Evans by his street name of Day-Day.

At the conclusion of the interviews with Jones and Robinson, the R/D's contacted Felony Review, and ASA Kathy Dietz responded into Area 1. Upon her arrival, ASA Dietz was advised of the facts and the status of the investigation. ASA Dietz then interviewed Robert Jones, and Ples Bernard Robinson, both of whom give the same statements as reported above.

At the conclusion of the interviews, ASA Dietz made this a continuing investigation so that line-ups could be conducted on the third watch. ASA Dietz further advised that witnesses Robinson and Jones be brought down to the Grand Jury to testify. A hold was placed on the offender Evans, and Robinson and Jones were transported by the R/D's to Br. 66, where they both testified before the Cook County Grand Jury in regards to this investigation.

Upon returning to work on the third watch on 15 Aug 94, the R/D's contacted witnesses Alexander Pratt, and Chicago Police Officer Stanley Sanders for the purpose of conducting line-ups with the offender, David Evans. After arrangements were made for the line-ups, the R/D's interviewed David Evans. Evans was first advised of his constitutional rights as provided by Miranda, which stating that he understood. Evans then made the following statement, which is in summary;

**DAVID EVANS**....................denied any involvement in the shooting, stating that on the night of the shooting he was at a friends house at 69th and Crandon. When asked what his friends name was so that the R/D's could verify his alibi, Evans stated that he did not remember his friends name. R/D's then asked Evans his whereabouts on several other days around the time of the shooting, and Evans could not recall where he was on any other evening, except that of the evening of the shooting.

At 2000 hours a line-up was viewed by P.O. Sanders, who positively identified David Evans as the person he observed fleeing from the Sandwich Shop, and as the same person whom he chased into a waiting vehicle, as reported in the previous reports.

R/D's then contacted Felony Review, and ASA Biesty responded into Area 1. ASA Biesty then interviewed P.O. Sanders, who gives the same account of the incident as reported in the previous reports.

At 2330 hours a line-up was viewed by the eye witness, Alexander Pratt. Upon viewing the line-up, Pratt positively identified David Evans as the offender who shot and killed Billy Johnson and Myron Cochran.

ASA Biesty then interviewed Alexander Pratt, who gave the same account of the incident as reported in previous reports.

R/D's, along with ASA Biesty then again interviewed the offender, David Evans. Evans was again advised of his rights by ASA Biesty, which he again stated that he understood. At this time Evans makes the following statement, which is in summary;

**DAVID EVANS**.....................during this interview Evans now stated that on the night of the shooting he was at a friend by the name of John Browns house. Evans first stated that Brown lived in an apartment building near 63rd and California. Later on during the interview Evans stated that Brown lived around 62nd or 63rd and Richmond. Evans could not provide the R/D's or the ASA with any additional information on Brown, or an exact address. Evans was also unable to provide the R/D's or the ASA with an approximate location of Browns residence or a description of said residence.

At the conclusion of the interviews, ASA Biesty approved two counts of 1st degree Murder against the offender, David Evans. At this time the R/D's request that this investigation continue to be classified as Cleared/Open.

**REPORT OF**......................Det. James O'Brien #20466
Det. Gerard Carroll #20346

Identify and describe all property or possible evidence recovered ... Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, C.B. or I.R. number, if known, and state "In Custody".

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: DAY MO. YR. 26 May 94 0020

| Field | Entry |
|---|---|
| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | Homicide - Murder |
| I-UCR OFF. CODE | 0110 |
| 2. ADDRESS OF ORIG. INCIDENT/OFFENSE (X VERIFIED / 2 CORRECTED) | 7403 So. Halsted |
| 3. BEAT OF OCCUR. | 732 |
| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | Cochran, Myron |
| CORRECT | X 1 YES / 2 NO |
| IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | |
| 6. FIRE RELATED | 1 YES / X 2 NO |
| 7. BEAT ASSIGNED | 5121 |
| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | Honey Sub Shop |
| LOCATION CODE | 293 |
| 9. NO. OF VICTIMS | 2 |
| 10. NO. OF OFFENDERS | 4 |
| 11. CIRCUMSTANCES | X VERIFIED |

12. OBJECT/WEAPON 13. FIREARM FEATURES 14. POINT/ENTRY 15. POINT/EXIT 16. BURGLAR ALARM 17. SAFE BURGLARY METHOD 18. IF RESIDENCE WHERE WERE OCCUP

19. PROPERTY: X VERIFIED — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

1 MONEY 2 JEWELRY 3 FURS 4 CLOTHING 7 OFFICE EQUIPMENT 8 TV, RADIO, STEREO 9 HOUSEHOLD GOODS 0 CONSUM. GOODS (-) FIREARMS & NARC./DANGEROUS DRUGS 5 OTHER 6 NONE

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

31. C.B. NO. / I.R. NO., Y.D. NO. OR J.D.A. NO. / OFFENDER REL. CODE / OFF. 1 / OFF. 2 / 32. NO. ARRESTED / ARREST UNIT NO.

33. OFF'S. VEHICLE: USED / STOLEN — YEAR, MAKE, BODY STYLE, COLOR, V.I.N., STATE LICENSE NO., STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. — 1 DNA / 2 VERIFIED / 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA): dna
REV. CODE
51. METHOD CODE
52. METHOD ASSIGNED: X 1 FIELD / 3 SUMMARY
UNIT NO.: 610
53. STATUS: X 0 PROGRESS / 1 SUSPENDED / 2 UNFOUNDED

STATUS CONT'D.: 3 CLRD. CLOSED / 4 CLRD. OPEN / 5 EXC. CLRD. CLOSED / 6 EXC. CLRD. OPEN / 7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED: 1 ARREST & PROSEC. / 2 DIRECTED TO JUV. CRT. / 3 COMPL. REFUSD. TO PROSECUTE / 4 COMMUNITY ADJUSTMENT / 5 OTHER EXCEPT. / X ADULT / JUV.

55. FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 2/035

80. NARRATIVE

Line Up Supplemental Report....

Additional Victim: JOHNSON, BILLY L. M-1-18yrs

TEXT BEGINS ON PAGE 2....

35. R.D. NO. Y-227658

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT)

91. DATE THIS REPORT SUBMITTED – DAY MO. YR.: 16 Aug 94 TIME: 0200

92. SUPERVISOR APPROVING (PRINT NAME): Laboras STAR NO.: 1139

93. REPORTING OFFICER (PRINT NAME): Det. G. Carroll STAR NO.: 20346

94. REPORTING OFFICER (PRINT NAME): Det. J. O'Brien STAR NO.: 20466

SIGNATURE: G. Carroll SIGNATURE: J. O'Brien SIGNATURE: [signature]

95. DATE APPROVED (DAY–MO.–YR.): 16 Aug 94 TIME: 2115

CPD-11.411-B (Rev. 8/85) *MUST BE COMPLETED IN ALL CASES

| | |
|---|---|
| Date/Time/Location of Line Up: | 15 Aug. 94 @ 2000hrs / Area 1 Detectives<br>51st & Wentworth |
| Photos Taken By: | P.O. A. Zawila # 4212 Unit 610 |
| Persons Conducting Line Up: | Det. James O'Brien #20466<br>Det. K. Boudreau #20435<br>Det. J. Halloran #20453<br>Det. G. Carroll #20346 |
| Persons Viewing Line Up: | Sanders, Stanley |
| Persons Participating in Line Up: | 1. Fallen, Donald M-1-26yrs<br>2. Lamb, MIchael M-1-24yrs<br>3. Cotton, Kenneth M-1-22yrs<br>4. Lumpkin, Frizell M-1-30yrs<br>5. Evans, David M-1-18yrs |
| Person (s) Identified in Line Up; | **#5 David EVANS...** |

History & Investigation:

In continuance of this investigation, a line up was held with witness SANDERS viewing. Mr. Sanders, without hesitation, positively identified #5 David EVANS as the individual he observed running from the Sandwich Shop as the facts are recorded under this RD # - previously reported.

All participants were seated, SANDERS immediately upon viewing the seated participants identified EVANS. No participant was required to stand, show profiles, speak certain words/phrases or don certain clothing.
Evans was allowed to select his position in the line up.

Report of: Det. G. Carroll #20346
Det. J. O'Brien #20466
Det. K. Boudreau #20435
Det. J. Halloran #20453

Identify and describe ... property ... Inventory numbers). If property taken was scribed for Operation ... fication, indicate I.D. number at end of Narrative. Offender's appr... description, if possible, should include ... if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, C.B. or I.R. number, if known, and state "In Custody".

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: 26 May 94 — 0020

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: Homicide - Murder
I-UCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT/OFFENSE: [X] 1 VERIFIED [ ] 2 CORRECTED — 7403 South Halsted
3. BEAT OF OCCUR.: 732

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: Cochran, Myron
CORRECT [X] 1 YES [ ] 2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED [ ] 1 YES [X] 2 NO
7. BEAT ASSIGNED: 5121

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Honey Sub Shop
LOCATION CODE: 293
9. NO. OF VICTIMS: 2
10. NO. OF OFFENDERS: 4

CIRCUMSTANCES: 11. [X] VERIFIED [ ] UPDATE TO — 12. OBJECT/WEAPON — 13. FIREARM FEATURES — 14. POINT/ENTRY — 15. POINT/EXIT — 16. BURGLAR ALARM — 17. SAFE BURGLARY METHOD — 18. IF RESIDENCE WHERE WERE OCCUP

19. PROPERTY: [X] VERIFIED [ ] UPDATE TO — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.
1 MONEY; 2 JEWELRY; 3 FURS; 4 CLOTHING; 7 OFFICE EQUIPMENT; 8 TV, RADIO, STEREO; 9 HOUSEHOLD GOODS; 0 CONSUM. GOODS; (-) FIREARMS; & NARC./DANGEROUS DRUGS; 5 OTHER; 6 NONE

| VICTIMS UPDATE ONLY | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

31. C.B. NO. — I.R. NO., Y.D. NO. OR J.D.A. NO. — OFFENDER REL. CODE — C.B. NO. — I.R. NO., Y.D. NO. OR J.D.A. NO. — OFFENDER REL. CODE — 32. NO. ARRESTED — ARREST. UNIT NO.
OFF 1 — OFF. 2

33. OFF'S. VEHICLE [ ] USED [ ] STOLEN — YEAR — MAKE — BODY STYLE — COLOR — V.I.N. — STATE LICENSE NO. — STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. [ ] 1 DNA [ ] 2 VERIFIED [ ] 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA): dna — REV. CODE — 51. METHOD CODE — 52. METHOD ASSIGNED [X] 1 FIELD [ ] 3 SUMMARY — UNIT NO. 610 — 53. STATUS [X] 0 PROGRESS [ ] 1 SUSPENDED [ ] 2 UNFOUNDED

STATUS CONT'D. [ ] 3 CLRD. CLOSED [ ] 4 CLRD. OPEN [ ] 5 EXC. CLRD. CLOSED [ ] 6 EXC. CLRD. OPEN [ ] 7 CLSD. NON-CRIM.
54. IF CASE CLEARED, HOW CLEARED [ ] 1 ARREST & PROSEC. [ ] 2 DIRECTED TO JUV. CRT. [ ] 3 COMPL. RFUSD. TO PROSECUTE [ ] 4 COMMUNITY ADJUSTMENT [ ] 5 OTHER EXCEPT. — [X] ADULT [ ] JUV.

55. [ ] FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035

80. NARRATIVE

Line Up Supplemental Report... (610)

Additional Victim: JOHNSON, BILLY L. M-1-18yrs.

TEXT BEGINS ON PAGE 2....

35. R.D. NO. Y-227658

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT)
91. DATE THIS REPORT SUBMITTED – DAY MO. YR.: 16 Aug 94 — TIME: 0200
92. SUPERVISOR APPROVING (PRINT NAME): Laborac — STAR NO. 1139
SIGNATURE: [signature]

93. REPORTING OFFICER (PRINT NAME): Det. G. Carroll — STAR NO. 20346
94. REPORTING OFFICER (PRINT NAME): Det. J. O'Brien — STAR NO. 20466
95. DATE APPROVED (DAY–MO.–YR.): 16 Aug 94 — TIME: 0200

SIGNATURE: G. Carroll — SIGNATURE: J. O'Brien

CPD-11.411-B (Rev. 8/85) — *MUST BE COMPLETED IN ALL CASES

| | |
|---|---|
| Date/Time/Location of Line Up: | 15 Aug. 94 @ 2330hrs. Area 1 Detective Div. 51st & Wentworth |
| Photos Taken By: | Det. J. O'Brien #20466 |
| Persons Conducting Line Up: | Det. J. O'Brien #20466<br>Det. G. Carroll #20346 |
| Person Viewing Line Up; | Pratt, Alexander Butler Jr. |
| Persons Participating in Line Up: | 1. Lamb, Michael #9807-548 M-1-24yrs.<br>2. Foggs, Vance #9807-552 M-1-17yrs.<br>3. Jackson, Quentin #9807-541 M-1-22yrs.<br>4. Evans, David No C.B. M-1-18yrs.<br>5. Fallen, Donald #9807-545 M-1-26yrs. |
| Person (s) Identified in Line Up: | **#4 David EVANS** |

History & Investigation:

In continuance of this investigation, a line up was held with witness PRATT viewing. Mr. Pratt, without hesitation, positively identified **EVANS (#4)** as the person he observed enter the sub shop and shoot the two victims, and then flee the scene...

All participants in this line up were not required to speak / say certain words or phrases nor were required to don certain clothing.

The participants were seated, each standing individually in front of a one way mirror, showing front and side profiles. Evans was allowed to select his position/seat in the line up.

Report of:

Det. G. Carroll #20346
Det. J. O'Brien #20466
Det. J. Halloran #20453
Det. K. Boudreau #20435

Identify and describe all property or possible evidence recovered at the scene in the Narrative in column form. Show exactly where found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summaries unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME (DAY MO. YR.): 26 May 94 — 0020

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: Homicide/Murder
I-UCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT/OFFENSE (☐1 VERIFIED ☐2 CORRECTED): 7403 S. Halsted
3. BEAT OF OCCUR.: 732

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: Cochran, Myron
CORRECT: X ☐1 YES ☐2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED: ☐1 YES X ☐2 NO
7. BEAT ASSIGNED: 5121

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Honey Sub Shop
LOCATION CODE: 293
9. NO. OF VICTIMS: 2
10. NO. OF OFFENDERS: 4

CIRCUMSTANCES: 11. ☐ VERIFIED ☐ UPDATE TO | 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP CODE NO.

19. PROPERTY — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN: R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ VERIFIED | 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
| ☐ UPDATE TO | 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|---|
| OFF 1 | | | | OFF. 2 | | | | | |

33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED: XX ☐1 FIELD ☐3 SUMMARY | UNIT NO.: 610 | 53. STATUS: ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED

STATUS CONT'D.: ☐3 CLRD. CLOSED; X 4 CLRD. OPEN; ☐5 EXC. CLRD. CLOSED; ☐6 EXC. CLRD. OPEN; ☐7 CLSD. NON-CRIM.
54. IF CASE CLEARED, HOW CLEARED: X 1 ARREST & PROSEC.; ☐2 DIRECTED TO JUV. CRT.; ☐3 COMPL. RFUSD. TO PROSECUTE; ☐4 COMMUNITY ADJUSTMENT; ☐5 OTHER EXCEPT. | ☐ADULT ☐JUV.

55. ☐FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035 215

80. NARRATIVE

This is an additional report on a previously Cleared/Open Homicide.
The text of this report begins on Page 2.

JUL 21 1994

35. R.D. NO.: Y-227678 / Y-227658

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT): Normal
91. DATE THIS REPORT SUBMITTED – DAY MO. YR.: 7 Jul 94 — TIME: 2300
92. SUPERVISOR APPROVING (PRINT NAME): Sgt Bonke — STAR NO.: 2108
SIGNATURE: Sgt Bonke

93. REPORTING OFFICER (PRINT NAME): Det. J. O'Brien — STAR NO.: 20466
SIGNATURE: Det. J. O'Brien
94. REPORTING OFFICER (PRINT NAME): Det. G. Carroll — STAR NO.: 20346
SIGNATURE: Det. G. Carroll
95. DATE APPROVED (DAY–MO.–YR.) — TIME

*MUST BE COMPLETED IN ALL CASES

CPD-11.411-8 (Rev. 9/85)

SOTOS-WILLIAMS 32

DETECTIVE DIVISION
HOMICIDE/MURDER
~~Y-227658~~
Y-227678



AREA 1
COCHRAN, MYRON
JOHNSON, BILLY

VICTIMS:

Cochran, Myron L. M/B/18 [redacted]
732 W. 54th St.
Phone 268-2212

Johnson, Billy L. M/B/19 [redacted]
841 W. 53rd St.
Phone 624-8527

WANTED:

Evans, David E. M/B/17 [redacted]
7306 S. May, Chicago
IR #1062447
Height 5"09" Weight 160
Black Hair, Brown Eyes
Medium Complexion
Member of the Blackstone street gang.

WARRANT INFORMATION:

| | |
|---|---|
| WARRANT: | CY 18039 |
| DOCKET: | 94128181 |
| CHARGE: | 2 counts, 1st Degree Murder |
| BOND: | No Bond |
| COURT: | Returnable to Br. 66 |
| JUDGE: | Kelley |
| LEADS#: | W94M1356 |
| NCIC#: | W813551854 |

INVESTIGATION: Over the course of the past several weeks numerous attempts have been made to locate and apprehend the wanted offender, David Evans. These efforts have all met with negative results. On 6 Jul 94, the R/D's contacted the States Attorney's Felony Review office in regards to securing an arrest warrant for Evans. ASA Gaughan responded into Area 1 and reviewed the facts of the case to this point. After a review of these facts ASA Gaughan approved an arrest warrant for David Evans for 2 counts of 1st Degree Murder.

On 7 Jul 94, the R/D's went to the criminal courts complex located at 2600 S. California. The warrant was signed by Judge Daniel Kelley, who set no bond for the warrant. The warrant was then taken by the R/D's to Chicago Police Headquarters at 1121 S. State, where the warrant was lodged.

Upon return to Area 1 an updated stop order was submitted along with this report. Efforts to locate the wanted offender will continue, and this investigation remains in progress.

Report of.....Det. James O'Brien#20466 Det. Gerard Carroll#20346

Identify and describe all property or possible evidence recovered and ... the Narrative in column form. Show exactly where found, who found it, and its description (include Property Inventory numbers). If property taken was scribed for Operation I.D., indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: DAY 26 MO. May YR. 94 — 0020

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE [X] 1 VERIFIED [ ] 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE — 1ST DEGREE MURDER | 0110 | 7403 South Halsted | 732 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| COCHRAN, MYRON | [X] YES [ ] 2 NO | | [ ] 1 YES [X] NO | 5121 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Honey Sub Restaurant | 293 | 2 | 4 |

CIRCUMSTANCES: 11 [ ] VERIFIED [ ] UPDATE TO — 12. OBJECT/WEAPON CODE NOS. — 13. FIREARM FEATURES CODE NO. — 14. POINT/ENTRY CODE NO. — 15. POINT/EXIT CODE NO. — 16. BURGLAR ALARM CODE NOS. — 17. SAFE BURGLARY METHOD CODE NO. — 18. IF RESIDENCE WHERE WERE OCCUP CODE NO.

PROPERTY: 19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

[ ] VERIFIED [ ] UPDATE TO — 1 MONEY; 2 JEWELRY; 3 FURS; 4 CLOTHING; 7 OFFICE EQUIPMENT; 8 TV, RADIO, STEREO; 9 HOUSEHOLD GOODS; 0 CONSUM. GOODS; (-) FIREARMS; & NARC./DANGEROUS DRUGS; 5 OTHER; 6 NONE

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|---|
| OFF 1 | 9645401 | 1004716 | 24 | OFF. 2 | | | | 1 | 610 |

33. OFF'S. VEHICLE [ ] USED [ ] STOLEN — YEAR — MAKE — BODY STYLE — COLOR — V.I.N. — STATE LICENSE NO. — STATE

34 SERIAL NOS. OR IDENTIFICATION NOS. [ ] 1 DNA [ ] 2 VERIFIED [ ] 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| d-n-a- | | 400 | [X] 1 FIELD [ ] 3 SUMMARY | 610 | [ ] 0 PROGRESS [ ] 1 SUSPENDED [ ] 2 UNFOUNDED |

STATUS CONT'D.: [ ] 3 CLRD. CLOSED; [X] 4 CLRD. OPEN; [ ] 5 EXC. CLRD CLOSED; [ ] 6 EXC. CLRD. OPEN; [ ] 7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED: [X] 1 ARREST & PROSEC.; [ ] 2 DIRECTED TO JUV. CRT.; [ ] 3 COMPL. RFUSD. TO PROSECUTE; [ ] 4 COMMUNITY ADJUSTMENT; [ ] 5 OTHER EXCEPT. — [X] ADULT [ ] JUV.

55. [ ] FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035 / 83

80. NARRATIVE

This investigation continues on Page 2 of this report....

JUN 1 1 1994

35. R.D. NO. Y- 227 678

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 07 June 94 | 2230 | Sgt Bonke | 2108 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. G. Carroll | 20346 | Det. J. O'Brien | 20466 | Sgt Bonke |

| SIGNATURE | SIGNATURE | 95. DATE APPROVED (DAY–MO.–YR.) | TIME |
|---|---|---|---|
| G Carroll | Det. J. O'Brien | 9 JUN 94 | 2000 |

CPD-11.411-B (Rev. 8/85) — *MUST BE COMPLETED IN ALL CASES

**IN CUSTODY:** **WILLIAMS, CORDELL RICHARD** M-1-19yrs dob: [redacted]
6' 160 Blk Brn Med. SS# [redacted] Single
7622 South Carpenter, phone #994-6451
employed: Board of Education -- Kitchen Services
IR# 1004716 CB# 9645401

**WANTED:**

1. **EVANS, DAVID E.** M-1-17yrs. dob: [redacted]
   7306 South May, house 5'9 160 Blk Brn Dark
   IR#1062447 Blackstone Street Gang

2. **HARPER, LONDELL** M-1-17yrs dob: [redacted]
   8822 South Ashland, 2nd floor. 5'11 150 Blk Brn
   Blackstone Street Gang

3. **RUDDOCK, ANDRE** M-1-17yrs dob; [redacted]
   **A.K.A. "PUDGY"** 7505 South Carpenter, hse.
   5'10 150 Blk Brn Dark
   Blackstone Street Gang

Arresting Officers: Bt. 731 P.O. Kane #10544 & P.O. Mangan #4688
Bt. 5122 Det. M. Rose #20698 & Det. J. Jones #20113
Bt. 5139 Det. R. Armta #20202 & Det. D. Dwyer #20211

Date/Time/Location of Arrest: 26 May 94 @ 0130hrs -- 7622 South Carpenter (street)

Charges/Ct. Dt./Ct. Br.: **38-9-1a (2 counts — victim Cochran & victim Johnson)**
set for 27 May 94 @ Br. 66

Manner/Motive: Shooter enters restaurant and shot both victims' immediately without saying anything...
Offenders are members of the **Black Peacestone Street Gang** and mistook the victims' for members of a rival gang...

Personnel Assigned: Bt. 5121 Det. G. Carroll #20346 & Det. J. O'Brien #20466
Bt. 5127 Det. J. Stehlik #21002 & Det. C. Gehrke #20385
Bt. 5122 Det. M. Rose #20698 & Det. J. Jones # 20113
Bt. 5139 Det. R. Armta #20202 & Det. D. Dwyer #20211

Notifications: Felony Review -- A.S.A. VACI

Evidence: Inventory # 1292900 (A1 V.C.)
1 - colored IR photo -- cb#9603536
of David EVANS (aka DAY DAY)

Interviewed: Sanders, Stanley M/B Chicago Police Officer
(for purposes of a photo array) --

Statements: WILLIAMS, CORDELL
(court reported statement taken by A.S.A. VACI)

**INVESTIGATION:**

The R/D's (Carroll & O'Brien) were assigned to follow up on this investigation at the beginning of their tour of duty, 3rd Watch, 26 May 94, by Sgt. Griffin #1788, of this Command.

At this time, the R/D's met with the 2nd Watch Detectives assigned to this investigation (Stehlik and Gehrke) to ascertain what has been learned during the overall course of this investigation. Det.'s Gehrke & Stehlik briefed the R/D's. It was then learned that an individual was in custody with regards to this Homicide Investigation. One Cordell WILLIAMS had been arrested by 1st Watch personnel (Armta & Dwyer, Rose & Jones) from this unit. The interviews concerning WILLIAMS prior to the R/D's assignment are the subject of previous Detective Supplement Reports.

The R/D's then had occasion to interview the arrestee WILLIAMS at about 1830hrs on 26 May 94. Prior to any interviews, WILLIAMS was informed of his Constitutional Rights which he acknowledged he understood. The R/D's then explained to the arrestee WILLIAMS the purpose of our interview as well as the reason as to why he was under arrest. WILLIAMS related that he was aware of the reasons and that he understood his rights and that he wished to speak with the R/D's in regards to this investigation.

In essence, but not verbatim, the arrestee WILLIAMS related that he and several of his friends had just returned into the neighborhood after visiting a friend (Paris MACKMORE) at Northwestern Hospital. Apparently, Mackmore had been the victim of a previous shooting... WILLIAMS was driving his car which he describes as a 1990 Ford Tempo LX, 4doors, gray in color. Along with WILLIAMS in the vehicle were 3 other Male Black occupants. 2 Male Blacks names he did not recall during this interview but a 3rd Male Black, he knew as "DAY DAY." WILLIAMS continued that as they drove through their neighborhood, down Halsted (north-bound) at 74th Street, DAY DAY (who was seated behind the driver WILLIAMS) shouted to WILLIAMS to stop the car as DAY DAY had observed some "bricks" in the sub-sandwich shop at 74th & Halsted. WILLIAMS explained that the term "bricks" is street vernacular for "Disciples" -- a rival street gang. DAY DAY then tells WILLIAMS to pop the trunk. WILLIAMS knows there to be a handgun in the trunk as he observed DAY DAY place it in the trunk earlier in the evening. WILLIAMS does pop the trunk and DAY DAY retrieves the handgun and proceeds into the sandwich shop. WILLIAMS relates that he knows DAY DAY's intentions are to shoot at the individuals (bricks) inside the store. WILLIAMS further relates that after DAY DAY enters the shop, he heard several shots (4 to 5) and then observed DAY DAY running out of the shop and towards WILLIAMS car.

**INVESTIGATION: (CONT)...** WILLIAMS begins to pull off with DAY DAY falling to the ground as he attempts to get into the backseat. Finally, DAY DAY is able to get into the car and together, all four occupants flee the scene. WILLIAMS goes on to say that as he fled the scene, it appeared that an off duty police officer was chasing him in his private car. WILLIAMS observed the vehicle chasing him and flashing it's headlights on and off. Finally, WILLIAMS was able to elude the vehicle and he dropped his friends off in the neighborhood and he returned home.

At this point, the R/D's recalled a Male Black with the nickname of "DAY DAY" who was a witness in a murder from the summer of 1992 when both R/D's were previously assigned to AREA #3 VIOLENT CRIMES. WILLIAMS was questioned further with regards to "DAY DAY" and he related that "DAY DAY" is a Blackstone from the area of 74th and Aberdeen....

Furnished with this information, the R/D's located a Homicide File (RD# T-389835) from 19 Aug 92 (victim: KING -- location: 1101 West 74th Street). A cursory examination of the contents revealed it to contain information concerning a witness by the name of DAVID EVANS of 7108 South Marshfield and 7306 So. May. Further examination of the file revealed a handwritten statement of David EVANS in which he acknowledges the nickname of "DAY DAY." A photo of David EVANS (IR#1062447) was obtained and shown to WILLIAMS. WILLIAMS identified DAVID EVANS as the "DAY DAY" in which he was referring to and the "DAY DAY" who shot the two men in the sandwich shop.

At this time, WILLIAMS was permitted to use the washroom facilities to care for personnel needs as well as given several hamburgers, fries and pop from the Checker's restaurant (55th & State). Arrangements were made to provide for WILLIAMS comfort as the R/D's along with Det.'s Stehlik & Gehrke returned into the field in an attempt to locate DAVID EVANS. Several locations were checked, including the 7108 So. Marshfield and 7306 So. May addresses. Results being negative.

The Reporting Detectives then returned into Area 1 and contacted Felony Review, ASA VACI as well as P.O. SANDERS of the 12th District. P.O. SANDERS came into the Area and viewed a photo array of five colored IR photos; without hesitation, P.O. SANDERS identified the photo of EVANS as the individual he observed run from the sub-sandwich shop and jump into WILLIAM'S car.

At this time, A.S.A. VACI responded into Area 1. After being apprised of the circumstances and of WILLIAMS presence, A.S.A. VACI interviewed the the arrestee WILLIAMS,

**INVESTIGATION: (CONT.)...**

Prior to commencing the interview, A.S.A. advised WILLIAMS of his Constitutional Rights in which he related that he understood and that he wished to speak with the A.S.A.

During the subsequent interview with A.S.A. VACI, witnessed by Det. O'Brien #20466, arrestee WILLIAMS offered more detail then previously related in prior interviews. To wit, WILLIAMS was now identifying the two other individuals in his auto at the time of the shooting, being a Male Black known as ANDRE and a Male Black known as LONDELL. WILLIAMS went on to further say that he dropped LONDELL off at 87th and Ashland after the shooting. He had dropped ANDRE and DAY DAY off at 75th and Aberdeen.

Subsequently, the R/D's further recalled that in the previously cited Homicide from the summer of 1992 (RD#T-389835, victim: KING) one of the offenders in this Homicide was an ANDRE RUDDOCK who resided at 7505 South Aberdeen. WILLIAMS later verified this to be the same ANDRE with whom he referred too.

Also, the R/D's recalled a second Homicide from the summer of 1992 which involved many of the same group as in the KING Homicide, in which a witness by the name of LONDELL from 87th and Ashland was interviewed. As such, a second Homicide file was located (RD# T-255280, victim: BETTS, 5 June 92 @ 7321 South May). A cursory examination of this file was made which revealed one Londell HARPER, M-1-17yrs -- dob: 7 Sept. 76) of 8822 South Ashland, 2nd fl. WILLIAMS later verified this to be the same LONDELL with whom he referred too.

Subsequent to the oral interview with A.S.A. VACI, A.S.A. VACI informed WILLIAMS of the different types of statements available to him (oral, written and court reported). WILLIAMS elected to have his statement memorilized in court reported form. This statement was witnessed by Det. O'Brien #20466.

As a result of the R/D's investigation and the A.S.A. investigation: A.S.A. VACI approved a felony charge (2 counts) of Homicide) on the arrestee WILLIAMS. As such all necessary paperwork was completed with regards to the processing of the arrestee. Also, STOP ORDERS were placed on the three offenders identified by WILLIAMS as also being involved in this double Homicide (RUDDOCK, EVANS, & HARPER). At this time, the R/D's request that this case be considered Cleared and Open by Arrest of one offender.
THE INVESTIGATION CONTINUES........

**DET. G. CARROLL #20346** **DET. J. O'BRIEN #20466**

3 Identify and describe all property or possible evidence recovered ... end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation ... I.D. number at end of narrative. Offender's appearance ... description, possible should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. if suspect is arrested, give name, sex, race code ... or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions, statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: DAY 26 MO. May YR. 94 — 0020

| Field | Entry |
|---|---|
| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | Homicide -- 1st Degree Murder |
| I-UCR OFF. CODE | 0110 |
| 2. ADDRESS OF ORIG. INCIDENT/OFFENSE (XX VERIFIED / 2 CORRECTED) | 7403 South Halsted |
| 3. BEAT OF OCCUR. | 732 |
| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | COCHRAN, Myron |
| CORRECT | XX 1 YES / 2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. |
| 6. FIRE RELATED | 1 YES / XX NO |
| 7. BEAT ASSIGNED | 5121 |
| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | Honey Sub Restaurant |
| LOCATION CODE | 293 |
| 9. NO. OF VICTIMS | ( 2 ) |
| 10. NO. OF OFFENDERS | 4 |

CIRCUMSTANCES: 11. VERIFIED / UPDATE TO; 12. OBJECT/WEAPON; 13. FIREARM FEATURES; 14. POINT/ENTRY; 15. POINT/EXIT; 16. BURGLAR ALARM; 17. SAFE BURGLARY METHOD; 18. IF RESIDENCE WHERE WERE OCCUP — CODE NOS.

19. PROPERTY: DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN: R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.
1 MONEY; 2 JEWELRY; 3 FURS; 4 CLOTHING; 7 OFFICE EQUIPMENT; 8 TV, RADIO, STEREO; 9 HOUSEHOLD GOODS; 0 CONSUM. GOODS; (-) FIREARMS; & NARC./DANGEROUS DRUGS; 5 OTHER; 6 NONE

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | Johnson, Billy L. | 0110 | 841 W. 53rd St. | M-1-19 | 624-8527 | | xx | 24 |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO.
OFF 1 — OFF 2

33. OFF'S. VEHICLE: USED / STOLEN — YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. — 1 DNA / 2 VERIFIED / 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

JUN 1 1994

| Field | Entry |
|---|---|
| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | d-n-a-- |
| REV. CODE | |
| 51. METHOD CODE | 400 |
| 52. METHOD ASSIGNED | X 1 FIELD / 3 SUMMARY |
| UNIT NO. | 610 |
| 53. STATUS | XX PROGRESS / 1 SUSPENDED / 2 UNFOUNDED |

STATUS CONT'D.: 3 CLRD. CLOSED / 4 CLRD. OPEN / 5 EXC. CLRD. CLOSED / 6 EXC. CLRD. OPEN / 7 CLSD. NON-CRIM. — 54. IF CASE CLEARED, HOW CLEARED: 1 ARREST & PROSEC. / 2 DIRECTED TO JUV. CRT. / 3 COMPL. RFUSD. TO PROSECUTE / 4 COMMUNITY ADJUSTMENT / 5 OTHER EXCEPT. — ADULT / JUV.

55. FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035 03

80. NARRATIVE

Additional Victim: JOHNSON, Billy L. M-1-19yrs. Dob: [redacted]
841 West 53rd Street, Phone #624-8527, Single
SS# [redacted] IR# 1035158

Investigation; A telephone call was received by this office that the second victim (JOHNSON) had died from his wounds (per Cook County Hospital personnel).

Victim was pronounced at 2028hrs on 26 May 94.

The victim's remains were transported to the Medical Examiner's Office as recorded under case # 452 May 94 and scheduled for autopsy on 27 May 94.

35. R.D. NO. Y - 227 678

| Field | Entry |
|---|---|
| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | |
| 91. DATE THIS REPORT SUBMITTED | DAY 7 MO. June YR. 94 — TIME 1800 |
| 92. SUPERVISOR APPROVING (PRINT NAME) / STAR NO. | Sgt Bonke 2108 |
| 93. REPORTING OFFICER (PRINT NAME) / STAR NO. | Det. G. Carroll 20346 |
| 94. REPORTING OFFICER (PRINT NAME) / STAR NO. | Det. J. O'Brien 20466 |
| SIGNATURE | G Carroll |
| SIGNATURE | J O'Brien |
| SIGNATURE | Sgt Bonke |
| 95. DATE APPROVED (DAY–MO.–YR.) | 9 JUN 94 |

CPD-11.411-B (Rev. 8/85) *MUST BE COMPLETED IN ALL CASES

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: 26 MAY 1994 0025 hrs.

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: HOMICIDE/1st Degree Murder
I-UCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT OFFENSE: 7403 S. Halsted
3. BEAT OF OCCUR.: 732

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: COCHRAN, Myron
CORRECT ☐ 1 YES ☐ 2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED ☐ 1 YES ☒ NO
7. BEAT ASSIGNED: 5055

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Restaurant (Sub)
LOCATION CODE: 293
9. NO. OF VICTIMS: 1
10. NO. OF OFFENDERS: DNA

CIRCUMSTANCES: 11. ☒ VERIFIED ☐ UPDATE TO — 12. OBJECT/WEAPON — 13. FIREARM FEATURES — 14. POINT/ENTRY — 15. POINT/EXIT — 16. BURGLAR ALARM — 17. SAFE BURGLARY METHOD — 18. IF RESIDENCE WHERE WERE OCCUP.

19. PROPERTY: ☐ VERIFIED DNA ☐ UPDATE TO
DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN: R = RECOVERED
FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.
1 MONEY, 2 JEWELRY, 3 FURS, 4 CLOTHING, 7 OFFICE EQUIPMENT, 8 TV, RADIO, STEREO, 9 HOUSEHOLD GOODS, 0 CONSUM. GOODS, (-) FIREARMS, & NARC./DANGEROUS DRUGS, 5 OTHER, 6 NONE

VICTIMS UPDATE ONLY

| 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

OFFENDERS UPDATE ONLY

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

31. C.B. NO. OFF 1 — I.R. NO., Y.D. NO. OR J.D.A. NO. — OFFENDER REL. CODE — C.B. NO. OFF 2 — I.R. NO., Y.D. NO. OR J.D.A. NO. — OFFENDER REL. CODE — 32. NO. ARRESTED — ARREST. UNIT NO.

33. OFF'S. VEHICLE ☐ USED ☐ STOLEN — YEAR — MAKE — BODY STYLE — COLOR — V.I.N. — STATE LICENSE NO. — STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA): DNA
REV. CODE:
51. METHOD CODE: 400
52. METHOD ASSIGNED: ☒ FIELD ☐ 3 SUMMARY
UNIT NO.: 610
53. STATUS: ☒ PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED

STATUS CONT'D.: ☐ 3 CLRD. CLOSED ☐ 4 CLRD. OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLRD. OPEN ☐ 7 CLSD. NON-CRIM.
54. IF CASE CLEARED, HOW CLEARED: ☐ 1 ARREST & PROSEC. ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT. ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035 28

80. NARRATIVE

THIS IS A CAUSE OF DEATH REPORT:

JUN 0 2 1994

MEDICAL EXAMINER'S CASE NUMBER: 435 MAY 1994

DATE OF AUTOPSY: 26 MAY 1994

PATHOLOGIST: Dr. Lifschultz

CAUSE AND MANNER OF DEATH: Gunshot wound of the head/HOMICIDE..

INVESTIGATION: Upon completion of the autopsy the Pathologist listed the cause and manner of death as indicated above. The victim sustained one gunshot wound to the rear of the head, just to the right of the center, lodged. Dr. Lifschultz recovered one large caliber copper jacketted bullet.

35. R.D. NO.: Y-227 678

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT): D.N.A.
91. DATE THIS REPORT SUBMITTED: 26 MAY 1994 TIME: 1435 hrs.
92. SUPERVISOR APPROVING (PRINT NAME) STAR NO.: Sgt Tuider 1638
93. REPORTING OFFICER (PRINT NAME) STAR NO.: Det. James Cornelison 20157
94. REPORTING OFFICER (PRINT NAME) STAR NO.:
SIGNATURE: James Cornelison
SIGNATURE:
SIGNATURE: [signature]
95. DATE APPROVED (DAY–MO.–YR.): 30 MAY 94 TIME: 1130

CPD-11.411-B (Rev. 8/88) *MUST BE COMPLETED IN ALL CASES

SOTOS-WILLIAMS 40

Identify and describe ... Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's address description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, C.B. or I.R. number, if known, and state "in Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: 26 May 1994 | 0025

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: HOMICIDE/ 1st Degree Murder
I-UCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT/OFFENSE: 7403 S. Halsted
3. BEAT OF OCCUR.: 732

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: JOHNSON, Billy
CORRECT: ☐1 YES ☐2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED: ☐1 YES ☒2 NO
7. BEAT ASSIGNED: 5055

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Restaurant
LOCATION CODE: 293
9. NO. OF VICTIMS: 1
10. NO. OF OFFENDERS: D.N.A.

CIRCUMSTANCES: 11. ☐ VERIFIED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP.

19. PROPERTY: VERIFIED DNA — DESCRIBE PROPERTY IN NARRATIVE. T – TAKEN; R – RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.
1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO.
OFF 1 | OFF 2

33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA): D.N.A.
REV. CODE:
51. METHOD CODE: 400
52. METHOD ASSIGNED: ☐1 FIELD ☒2 SUMMARY
UNIT NO.: 610
53. STATUS: ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED

STATUS CONT'D.: ☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.
54. IF CASE CLEARED, HOW CLEARED: ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ADULT ☐JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035 75

80. NARRATIVE

JUN 0 2 1994

THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINER'S CASE NUMBER: 452 of May 1994

DATE OF AUTOPSY: 27 May 1994

PATHOLOGIST: Dr. Lifschultz

CAUSE AND MANNER OF DEATH: Multiple gunshot wounds/HOMICIDE...

INVESTIGATION: Upon completion of the autopsy the Pathologist listed the cause and manner of death as indicated above. The victim sustained one gunshot wound to the rear of the head lodged and an associated gunshot wound to the right back, right arm pit, through and through. Dr. Lifschultz recovered one larged fully copper jacketted bullet.

35. R.D. NO.: Y 227 678

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT): D.N.A.
91. DATE THIS REPORT SUBMITTED – DAY MO. YR.: 27 May 1994 | TIME: 1445
92. SUPERVISOR APPROVING (PRINT NAME) STAR NO.: Sgt. Tucker 1638

93. REPORTING OFFICER (PRINT NAME) STAR NO.: Det. James Cornelison 20157
94. REPORTING OFFICER (PRINT NAME) STAR NO.:
SIGNATURE: [signature]

SIGNATURE: [signature]
SIGNATURE:
95. DATE APPROVED (DAY–MO.–YR.): 30 MAY 94 | TIME: 1130

CPD-11.411-B (Rev. 8/86)
*MUST BE COMPLETED IN ALL CASES

Identify and describe all property or possible evidence recovered at ... of the Narrative in column form. Show exactly where found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Id... ition, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: DAY 26 MO. May YR. 1994 0020

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: Homidice/1st Degree Murder
I-UCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED: 7403 S. Halsted
3. BEAT OF OCCUR.: 732

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: COCHRAN Myron
CORRECT ☒1 YES ☐2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED ☐1 YES ☒2 NO
7. BEAT ASSIGNED: 5139

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Honey Sub Restaurant
LOCATION CODE: 293
9. NO. OF VICTIMS: (1)
10. NO. OF OFFENDERS: 4

CIRCUMSTANCES: 11 ☒ VERIFIED ☐ UPDATE TO | 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP CODE NO.

19. PROPERTY ☒ VERIFIED ☐ UPDATE TO — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN: R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.
1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R
9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | JOHNSON Billy L. | 041A | 841 W. 53rd Street | M/1/19 | 624-8527 | None | | UNK |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | WILLIAMS Cordell R. | 7622 S. Carpenter | M/1/19 | 6-0 | 160 | Brn | Blk | Drk |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF 1: 9645401 | 1004716 | 024 | OFF. 2 | | | 1 | 610 |

33. OFF'S. VEHICLE ☒USED ☐STOLEN | YEAR 1990 | MAKE Ford | BODY STYLE 4dr | COLOR Gray | V.I.N. 1FAPP37X9LK109988 | STATE LICENSE NO. BN 9244 | STATE Il

34. SERIAL NOS. OR IDENTIFICATION NOS. ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA): DNA | REV. CODE | 51. METHOD CODE: 400 | 52. METHOD ASSIGNED ☒ FIELD ☐3 SUMMARY | UNIT NO. 610 | 53. STATUS ☒0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED

STATUS CONT'D. ☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.
54. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ADULT ☐JUV.

55. ☐FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035 08

80. NARRATIVE

Crime Analysis Code: DNA

Case Status: Field Investigation:

Progress Report

Continued on Page 2

35. R.D. NO. 1-227 618 / 868

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT): Normal
91. DATE THIS REPORT SUBMITTED – DAY 26 MO. May YR. 1994 TIME 0930
92. SUPERVISOR APPROVING (PRINT NAME): Benoit STAR NO. 2249

93. REPORTING OFFICER (PRINT NAME): Det. Ron Armata STAR NO. 20202
94. REPORTING OFFICER (PRINT NAME): Det. Dennis Dwyer STAR NO. 20211
SIGNATURE: D Benoit

SIGNATURE: Ron Armata
SIGNATURE: Dennis Dwyer
95. DATE APPROVED (DAY–MO.–YR.): 27 MAY 94 TIME 0001

CPD-11.411-B (Rev. 8/85)
*MUST BE COMPLETED IN ALL CASES

Detective Division
Area-One Violent Crimes

RD# Y-227658
26 May 1994

Victim:

COCHRAN Myron L. M/B age 18, DOB [redacted] of 732 W. 54th Place, 2nd floor west, Phone# 268-2212, Single, Employed at Popeyes Restaurant 54th and Halsted S.S.# [redacted]

Additional Victims:

JOHNSON Billy L. M/B age 19, DOB [redacted] of 841 W. 53rd Street, Phone# 624-8527, Single, S.S.# [redacted] IR# 1035158.

In Custody:

WILLIAMS Cordell Richard M/B age 18, DOB [redacted] of 7622 S. Carpenter, Phone# 994-6451, Single, Employed by the Board of Education Kitchen Services at 63rd and Western, S.S.# [redacted] IR# 1004716.

Wanted Offenders:

M/B age 20-24, 5-10 to 6-0, 150 to 160, short nappy hair style, dark complexion, wearing a black hooded sweatshirt, black pants and white gym shoes with a possible dark colored baseball cap which had a white colored ball on the front, armed with a 45 caliber semi-automatic handgun, silver or nickel finish.

(2) Unknown male blacks - No description available.

Gang Affiliation:

Arrestee is a Blackstone gang member.

Detective Division
Area-One Violent Crimes

RD# Y-227658
26 May 1994

| | |
|---|---|
| Arresting Officers: | Det. Ron Armata #20202<br>Det. Dennis Dwyer #20211<br>Det. James Jones #20113<br>Det. Michael Rose #20698<br>(Area One Violent Crimes)<br><br>P.O. Kane #10544<br>P.O. Mangan #4688<br>(7th District) |
| Date/Time & Location of Arrest: | 26 May 1994 at 0130 hours<br>7622 S. Carpenter on the street |
| Charges/Court Branch & Date: | 1st Degree Murder Pending |
| Injuries: | (COCHRAN)<br>(1) Fatal embedded gunshot wound to the back of the head.<br><br>(JOHNSON)<br>(1) Embedded gunshot wound to the back of the head.<br>(1) T&T gunshot wound to the right side of the chest. Arm pit region. |
| Taken To: | Myron Cochran was pronounced at the scene by M.E. Thompson #55 at 0115 hours and removed to the Forensic Institute for the pending autopsy.<br><br>Billy Johnson was transported to the Cook County hospital by C.F.D. ambulance #14 and listed in critical condition by Dr. Crosby. |
| Weapon: | 45 caliber semi-automatic handgun due to spent cartridge casing at |

| | |
|---|---|
| | the scene and also described as having a silver or nickel finish. |
| Location: | 7403 S. Halsted in the Honey Sub Restaurant. |
| Date & Time: | 26 May 1994 at 0020 hours (Thursday) |
| Weather & Lighting: | Temperature was in the 50's with in-door artificial lighting. |
| Manner & Motive: | Shooter entered restaurant and shot both victims immediately without saying anything. Motive is unknown at this time. |
| Identified By: | Photo-identification at the scene. Formal identification to be made by the mother. |
| Vehicle Used: | 1990 Ford Tempo LX model gray in color with four doors bearing Illinois license# BN 9244, Chicago city license# P813996 and VIN# 1FAPP37X9LK109988. Vehicle was towed to Pound #1 for the continuing investigation. |
| Property Taken: | None |
| Evidence: | Inventory# 1323338 (177)<br>(5) 45 caliber cartridge casings. Recovered in the restaurant at 7403 S. Halsted.<br>(1) Fired bullet recovered in the restaurant at 7403 S. Halsted. |

Inventory# 1292892 (610)
(1) Twenty dollar bill
(4) One dollar bills
(2) ten cent coins
(6) Pennies

Inventory# 1292893 (610)
(1) Black zippered wallet containing misc identification.
(1) Black\Green\Purple B\B Cap
(1) Black\Red Jacket

Inventories 1292892 & 893 is the property of victim Billy Johnson.

Latent prints recovered from vehicle.

Photographs of the victim and crime scene including the vehicle used.

Medical Examiner's Number: 435 May 1994

Personnel Assigned:

Sgt. M. McComb #2205
P.O. L. Harrell #12777
P.O. P. Ballentine #18389
P.O. M. Kane #10544
P.O. B. Mangan #4688
P.O. K. Osborn #8137
P.O. A. Fox #7186
(7th District)

Sgt. A. Schuch #2102
P.O. C. Dixon #17242
(6th District)

Tech Bachelder #12680
Tech DeMarco #12802
(crime Lab)

Detective Division
Area-One Violent Crimes

RD# Y-227658
26 May 1994

Sgt. D. Benoit #2249
Det. J. Jones #20113
Det. M. Rose #20698
Det. N. Crescenzo #20445
Det. D. Dwyer #20211
Det. R. Armata #20202
(Area One Violent Crimes)

Witnesses:

SANDERS Stanley M/B Chicago Police Officer, Star# 8603, Employee# 717069, DOA 4 April 1977 assigned to the 12th District Tactical Unit, Phone# 746-8308, Home# 783-4384.

PRATT Alexander Butler Jr. M/B age 37, DOB [redacted] of 7341 S. Green, Phone# 873-1128, Married, Employed as Security for a Burglar Alarm company, S.S.# [redacted]

KHAN Salah M/Arab age 26, DOB [redacted] of 8056 S. Ashland #2, Phone# 723-4185, Single Employed at the Honey Sub Shop 7403 S. Halsted, Phone# 783-4500, S.S.# [redacted]

Statements:

Oral statements

Interviewed:

CHOCRAN Konzadia F/B age 38, DOB [redacted] of 732 W. 54th Street, Phone# 268-2212.

JOHNSON Odell S. M/B age 55, DOB [redacted] of 841 W. 53rd Street, Phone# 624-8527.

WILLIAMS Brenda F/B age 45, DOB [redacted] of 7622 S. Carpenter, Phone# 994-6451.

Detective Division
Area-One Violent Crimes

RD# Y-227658
26 May 1994

WILLIAMS Odell M/N age 51, DOB [redacted] of 7622 S. Carpenter, Phone# 994-6451.

Investigation: On 26 May 1994 at 0040 hours Reporting Detectives were assigned by Sgt. Benoit to investigate one man fatally shot with another man shot and enroute to the hospital from 7403 S. Halsted.

Upon arrival at the scene which was secured by district personnel R/D's ascertained the circumstances regarding the incident, further that the shooter was observed fleeing by an off duty Chicago police officer who obtained the license number while pursuing said vehicle which the officer lost in the vicinity of 75th and Carpenter. Subsequently the wanted vehicle was located at 7622 S. Carpenter where it is registered.

Investigation at the scene revealed that the incident occurred within the Honey Sub Restaurant which has only a walk up counter and no eating facility within the premise. The victim Myron Cochran was observed laying on his right side with his head to the east and his feet to the west. The victim had a large pool of blood around his head and sustained one embedded gunshot wound to the back of the head. This victim was holding three one dollar bills in his right hand and was clad in the following; Dark blue baseball cap, Black\Green\Gold jacket, Black belt, Blue jeans and white gym shoes. M. E. Thompson arrived at the scene and pronounced the victim at 0115 hours. The victim was then removed to the Forensic Institute.

Additionally to the west of the victim in front of the plate glass window was another large pool of blood with a jacket, baseball cap and wallet. Scattered about the floor were five spent 45 caliber cartridge casings and one fired bullet. This evidence was recovered and inventoried by the crime lab and R/D's. This area is where the victim Billy Johnson was shot and collapsed. Johnson was removed by the paramedics, taken to the County hospital and listed in critical condition with a gunshot wound to the head and chest.

Detective Division
Area-One Violent Crimes

RD# Y-227658
26 May 1994

R/D's then proceeded to 7622 S. Carpenter where Beat 611 was sitting on the car with license plate BN9244 Ill. 94. This is the license number that off duty Officer Stanley Sanders reported as the car that the offender got into. R/D's were standing next to the auto when Cordell Williams came out of the house. R/D's asked Williams about the auto. He said that it is his mother's vehicle but he was driving it this evening arriving home at about 2230 hours and has been home since. R/D's had checked the radiator of the vehicle and found same to be very hot indicating the vehicle was recently driven. Beat #9602 arrived at the scene and photographed the vehicle along with obtaining latent prints on the rear passenger window of said vehicle. Officer Sanders was transported to this location and positively identified the vehicle as the same one the shooter got into and the one he had pursued. The vehicle was then towed to pound #1 for the continuing investigation.

Cordell Williams was then placed under arrest and transported into the area for the continuing investigation and his parents were notified of the circumstances regarding the arrest, the towing of the vehicle, and interviewed.

Brenda Williams was interviewed and stated that she was sleeping and heard her son come in but is not sure if it was before or after midnight. Stated that when she got up at 0100 hours her son was at home.

Odell Williams stated he didn't known what time his son got home but informed R/D's that he found a 38 caliber five shot 2" barrel B/S revolver serial number unknown in the alley about five or six years ago. Stated he had this gun hidden on his rear porch but discovered it missing earlier this evening.

Myron Cochran's mother Konzadia Cochran was notified of the incident and during the interview was unable to aid in the investigation. Mrs Cochran stated to her knowledge her son was not involve with gangs or drugs. That he has a job at Popeyes, a girlfriend and got ten dollars from her and was going to the show.

Billy Johnson's grandfather Odell Johnson stated the victim resides with him and Mr Johnson was unable to aid any further with this investigation.

Upon arriving at the area office the following witnesses were interviewed and stated in summary the following;

Salah Khan stated he was working the counter and while preparing an order heard one gunshot and seen the shooter fire at the floor. Stated the shooter then pointed the gun at him and fired again into the floor. That after the shooter ran out of the restaurant he discovered that two people had been shot. The witness furnished R/D's with a description of the wanted offender.

Alexander Pratt stated he was waiting for the rest of his order and standing near the door. That the only other people in the restaurant were the two victims when he observed the shooter walk in past him with the gun in his hand. That the shooter without saying anything walked up and shot the fatal victim once in the back of the head, turned and shot the other victim who was standing near the window. Stated he then ran out on the street and through the front window observed the shooter firing several more shots at both victims as they laid on the floor. That the shooter then ran out of the restaurant to a waiting vehicle which was parked about 7347 S. Halsted and the offender got into the rear driver's seat. That the vehicle fled north on Halsted and was pursued by a brown Ford vehicle which made a U-turn and followed. The witness furnished R/D's with a description of the wanted shooter.

Officer Stanley Sanders who was off duty stated he was driving south on Halsted and as he got adjacent to the restaurant heard four to five gunshots, seen a male black run out holding the front of his sweatshirt and get into the rear driver's seat of a vehicle bearing Illinois license BN 9244. Stated that the vehicle was pulling away and the offender fell twice trying to enter said vehicle. The vehicle then fled north on Halsted to east 73rd street and the officer followed the vehicle to 75th and Carpenter where he lost it. Stated the vehicle had four

male black occupants and furnished R/D's with a description of the wanted shooter.

The arrestee was then interviewed after being informed of his Constitutional Rights which he acknowledged he understood. The arrestee again stated he got home at 2230 hours and denied being involved in the Homicide investigation. Stated that he picked up two friends known to him only as Vino and Chris in the vicinity of 83rd and Exchange. That all three of them went to the Northwestern hospital to visit another friend known as Paris Mackmore who was the victim of a shooting. That after the visit the three of them went drinking in the area of 83rd and Saginaw. Stated he dropped the two off and arrived home at 2230 hours. Regarding his father missing revolver stated he took the gun and about one week ago someone took it out of the vehicle he was using and has no knowledge to it whereabouts.

The arrestee was subsequently interviewed by Det Rose and at this time stated substantially the same as previously but added after dropping off Vino and Chris he picked up several male blacks and doesn't known their names or where he dropped them off. The arrestee refused to stated what transpired while with these individuals. Stated that he had been drinking and is not responsible for anything that happen. Stated that he got home between 2300 hours and midnight.

This investigation continues and any further information will be the subject of an additional report.

Det. Ron Armata #20202
Det. Dennis Dwyer #20211

CORRECTED RD

Y227678

**GENERAL OFFENSE CASE REPORT CHICAGO POLICE**

| Field | Entry |
|---|---|
| 1. Offense/Incident – Primary Classification | HOMOCIDE |
| IUCR Off. Code | 0110 |
| 2. Secondary Classification | FIRST DEGREE MURDER |
| 3. R.D. No. | ~~Y-227658~~ |

**SCENE**

| Field | Entry |
|---|---|
| 4. Address of Occurrence (No., Dir., Street) | 7403 S HALSTED |
| Apt. No. | |
| 5. Fire Related | ☐ 1 Yes ☒ 2 No |
| 6. Date of Occurrence – Time | 26 MAY 94 0020 |
| 7. Beat of Occur | 732 |
| 8. Beat/Unit Assign | 777 |
| 9. Type of Location or Premise Where Offense Occurred (Give Name of Location if Applicable) | RESTAURANT (HONEY SUB) |
| 10. Location Code | 293 |
| 11. Date R.O. Arrived – Time | 26 MAY 94 0025 |
| 12. Assigned By | ☒ 1 C.O.S. ☐ 2 On View ☐ 3 Supervisor |

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**ADDITIONAL VICTIMS**

20. No. Victims: 2

| 21. Name (Last–First–M.I.) | Identity Verified | 22. Home Address (No., Dir., Street, Apt. No.) | 23. Sex–Race–Age Code | 24. Home Phone | 25. Business Phone | 26. Time Avail. | 27. Occupation | 28. Injured Yes No | 29. Victim Rel. Code |
|---|---|---|---|---|---|---|---|---|---|
| COCHRAN, MYRON | ☐ | 732 W. 54th PLACE | M 1 18 | UNK | UNK | DNA | UNK | X | 0-24 |
| JOHNSON, BILLY L | ☐ | 841 West 53rd PLACE | M 1 19 | UNK | UNK | ANY | UNK | X | 0-24 |

Parent/Guardian, if Juvenile: Burger

Race Codes: 1-Black 2-White 3-Black-Hispanic 4-White Hispanic 5-Amer. Ind./Alaska Nat. 6-Asian/Pacific Islander

Offender/Victim Relationship Codes (Use for Member of the Same Family or Household): 01 Wife, 02 Husband, 03 Former Wife, 04 Former Husband, 05 Mother, 06 Father, 07 Son, 08 Daughter, 09 Brother, 10 Sister, 11 Aunt, 12 Uncle, 13 Mother-in-Law, 14 Father-in-Law, 15 Son-in-Law, 16 Daughter-in-Law, 17 Brother-in-Law, 18 Sister-in-Law, 19 Other Relative, 20 Girl Friend, 21 Boyfriend, 22 Friend/Acquaintance, 23 Other – Specify, 24 No Relationship

**WITNESS**

30. No. / 31. ☐ 1 Discovered ☒ 2 Witnessed ☐ 3 Reported Offense

| Name | 32. Address | 33. Sex-Race-Age | 34. Home Phone | 35. Business Phone |
|---|---|---|---|---|
| SANDERS, STAN | 100 South RACINE | M 1 | 783-4384 | 746-8306 |
| PRATT, ALEXANDER B. | 7341 S. GREEN | M 1 37 | 823-1128 | UNK |
| KHAN, SALAH U | 7403 S. HALSTED | M 6 26 | DNA | 783-4500 |

**OFFENDER**

40. No. Off.: 4

| 41. Offender's Name (or Describe Clothing, Etc.) | 42. Home Address | 43. Sex-Race-Age Code | Height | Weight | Eyes | Hair | Compl. | Marks, Scars, Etc. | 44. C.B./I.R. No. | 45. Offender Rel. Code |
|---|---|---|---|---|---|---|---|---|---|---|
| BLACK HOODED SWEATSHIRT, DARK PANTS, GYMSHOES | | M 1 23 | 5'10 | 160 | UNK | DK | NV | | | 0-24 |

**CIRCUMSTANCES**

50.
51. Object/Weapon: ☒ 1 Used ☒ 2 Displayed ☐ 3 Unk — ☒ 01 Hand Gun ☐ 02 Shotgun ☐ 03 Rifle ☐ 04 Knife ☐ 05 Vehicle ☐ 06 Blunt Instrument ☐ 07 Thrown Object ☐ 08 Explosive ☐ 09 Liquid/Gas ☐ 10 Bottle/Glass ☐ 11 Razor ☐ 12 Pry Tool ☐ 13 Hand, Feet ☐ 14 Other ☐ 15 DNA

52. Firearm Features: ☒ 01 Chrome/Nickel ☐ 02 Blue Steel ☐ 03 Short Barrel ☐ 04 Long Barrel ☐ 05 Sawed Off ☐ 06 Other ☐ 07 Unknown ☐ 08 DNA

53. Point/Entry: ☐ 01 Front Door ☐ 02 Rear Door ☐ 03 Window ☐ 04 Roof ☐ 05 Floor ☐ 06 Side Door ☐ 07 Other ☐ 08 Unknown ☒ 09 DNA

54. Point/Exit: ☐ 01 Front Door ☐ 02 Rear Door ☐ 03 Window ☐ 04 Roof ☐ 05 Floor ☐ 06 Side Door ☐ 07 Other ☐ 08 Unknown ☒ 09 DNA

55. Burglar Alarm: ☒ DNA — On Premise ☐ 1 Yes ☒ 2 No — Alarm Circumvented ☐ 1 Yes ☒ 2 No

56. Safe Burglary Method: ☐ 01 Punch ☐ 02 Torch ☐ 03 Explosive ☐ 04 Drill ☐ 05 Removed ☐ 06 Peel ☐ 07 Open ☐ 08 Unknown ☒ 09 DNA

57. If Residence, Where Were Occupants: ☐ 01 Work ☐ 02 Visiting ☐ 03 Vacation ☐ 04 Wedding ☐ 05 Funeral/Wake ☐ 06 Other ☐ 07 Unknown ☒ 08 DNA

58. Unusual Characteristics of Offense: See NARRATIVE

59. Gang Related – Affiliation: ☐ Victim UNK ☐ Offender UNK

**PROPERTY**

70. 71. Describe Property in Narrative — T = Taken, R = Recovered

1 Money, 2 Jewelry, 3 Furs, 4 Clothing, 7 Office Equipmt., 8 TV, Radio, Stereo, 9 Household Goods, 0 Consum. Goods, (-) Firearms, & Narc./Dang. Drug, 5 Other, 6 None

| 72. Vehicle/Trailer | Year | Make | Body Style | Color | V.I.N. | State License No. | State | Expir. Mo/Yr | 73. Property Inventory No(s). | 74. Veh. Inventory No. |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Stolen ☐ Theft From ☐ Offender's | 90 | FORD | | GRAY | | BN9244 | IL | UNK | | |

**NARRATIVE**

80. Narrative (Do not duplicate or repeat information – for explanation or additional information only)

IN SUMMARY, WITNESS #2 STATED AS HE WAS WALKING OUT OF ABOVE ADDRESS, SOME UNKNOWN OFFENDER CAME INTO THE ABOVE LOCATION ARMED WITH A HANDGUN (.45 CAL SEMI AUTOMATIC). OFFENDER POINTED WEAPON AT VICTIM #1 AND SHOT ONE TIME TO THE HEAD. OFF/ then approached vic #2 and SHOT ONE TIME TO THE HEAD

81. Sobriety of Victim: ☒ 1 Sober ☐ 2 HBD
82. Flash Message Sent: ☒ 1 Yes ☐ 2 No

**POLICE PERSONNEL**

90.
91. Extra Copies Required: ☐ Normal A/VC — ☒ Cont'd. Other Side ☐ R.O.

92. Officer Notifying Follow-up Investig. Unit: SGT McCOMB #2205 — Unit Notified: A/VC — Person: ☒ Notified ☐ Arrived BENOIT #2249 — Date (Day Mo Yr): 26 MAY 94 — Time: 0030

93. First Officer at Scene: 710, 773A

94. Officer Notifying: ☐ 1st D/S ☐ E.T. ☐ M.E.: SGT McCOMB #2205 — 1st D/S — Person: ☒ Notified ☐ Arrived FROST #16335 — Date (Day Mo Yr): 26 MAY 94 — Time: 0035

95. Reporting Officer's Name (Print): LAS HARRELL — Star No.: 12777 — Officer's Signature: L.S. Harrell

Date Invest. Completed – Time: 26 MAY 94 0320

97. Supervisor Approving (Print Name): SGT LYNN GARMON — Star No.: 2164

96. Reporting Officer's Name (Print): P. BALLENTINE — Star No.: 18389 — Officer's Signature: P. Ballentine

Approval Signature: Sgt Lynn Garmon — Date Approved: [illegible] — Time: 0400

CPD-11.380 (REV. 8/83)

CONTINUATION OF NARRATIVE

R.D. NO. Y-222658

OFF/ THEN PROCEEDED BACK-TO VIC #1
and SHOT AGAIN. OFF/then went back to
VIC #2 AND SHOT TWO MORE TIMES.
OFF/then fled in above described vehicle
OFF(s) Fled N/b ON HALSTED. WITNESS
#1 heard shots fired as he was going
S/b ON HALSTED. WITNESS SAW THE FLEEING
off/leave the premises and enter mentioned vehicle that fled N/b
ON Halsted. Witness then followed and lost them (off)
ON CARPENTER. WITNESS #1 is a off duty
P.O. 12th DISTRICT. WITNESS #3 (CASSIT. MANAGER)
of above location stated he only saw victim
#2 fall to the ground and the back of the off

as he fled the SCENE.
NOTIFICATIONS: DESK, COS,
DET/ BET 5110 SGT BENOIT #2249, BET 5139 DWYER #20211,
BET 5139 ARMATA #20202
CRIMELAB = 9602 BACHELDER #12680, DEMARCO #12802
[illegible], RICK #6191 (NOTIFY)
MEDICAL EX = THOMAS #55 0115 = MEDEX PRONOUNCE
VIC #1 DECEASE ON SCENE 435 MAY94 CASE TIME 0115
NOCTENT). ON SCENE 5 cartiage casings 45.
VEHICLE USED: FOUND ON 7622 carpenter by
BET 611. LICENSES ON RESTAURANT UPTODATE
LIC #1300 400545 EXP 15 NOV 94. (FOOD DISPENSER)

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. SUPERVISOR'S SIGNATURE: Sgt Lynn Harmon 22MAY 94 | DATE (DAY-MO-YR.)

SHT

**FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY**

| I-UCR OFFENSE CODE | REV. CODE | I-UCR METHOD CODE | METHOD ASSIGNED | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE | REASSIGNED |
|---|---|---|---|---|---|---|---|---|---|
| ☑ 1 CORRECT ☐ 2 REVISED | | 4 . 0 . 0 | ☑ 1 FIELD ☐ 2 ADMIN. ☐ 3 SUMMARY | 610 | 20211 | 27May94 | 2155 | ☐ 1 YES ☐ 2 NO | ☐ 1 YES ☐ 2 NO |

OFFICER REASSIGNED STAR NO. | DATE | STATUS: ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED ☐ 3 CLEARED CLOSED ☐ 4 CLEARED OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLEARED OPEN ☐ 7 CLOSED—NON-CRIMINAL

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST): ☐ 1 ARREST & PROSECUTION ☐ 2 DIRECTED TO FAMILY COURT ☐ 3 COMPL. REFUSED TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPTIONAL | ☐ ADULT ☐ JUV

VICTIM IDENTIFIERS ☐ 1 CORRECT ☐ 2 REVISED | VICTIM NO. | REVISED NAME | REVISED ADDRESS | REVISED PHONE NO. ☐ HOME ☐ BUSINESS

1 of 2

VALUE OF PROPERTY TAKEN/RECOVERED ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC/DANG. DRUGS | 5 OTHER | 6 NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T ☐ R |

SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

PREPARED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.)

PAGE 2

# GENERAL OFFENSE CASE REPORT
CHICAGO POLICE

**SCENE**

1. OFFENSE/INCIDENT–PRIMARY CLASSIFICATION: HOMOCIDE
I-UCR OFF. CODE: 0 1 1 . 0
2. SECONDARY CLASSIFICATION: FIRST DEGREE MURDER
3. R.D. NO.: Y-227678 (~~Y-227658~~)

4. ADDRESS OF OCCURRENCE: NO. 7403 DIR. S. STREET HALSTED
5. FIRE RELATED: ☐ 1 YES ☒ 2 NO
6. DATE OF OCCURRENCE – TIME: 26 MAY 94 0020
7. BEAT OF OCCUR.: 732
8. BEAT/UNIT ASSIGN.: 777

9. TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE): RESTAURANT (CHONEY SUB)
10. LOCATION CODE: 2 9 3
11. DATE R.O. ARRIVED – TIME: 26 MAY 94 0025
12. ASSIGNED BY: ☒

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**ADDITIONAL VICTIMS** — 20. NO. VICTIMS; 21. NAME (LAST–FIRST–M.I.); IDENTITY VERIFIED; 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.); 23. SEX–RACE–AGE CODE; 24. HOME PHONE; 25. BUSINESS PHONE; 26. TIME AVAIL.; 27. OCCUPATION; 28. INJURED YES NO; 29. VICTIM REL. CODE

PARENT/GUARDIAN, IF JUVENILE

**WITNESSES** — 31. ☐ 1 DISCOVERED ☐ 2 WITNESSED ☐ 3 REPORTED OFFENSE

**OFFENDER** — 40. NO. OFF.; 41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.); 42. HOME ADDRESS; 43. SEX–RACE–AGE CODE; HEIGHT; WEIGHT; EYES; HAIR; COMPL.; MARKS, SCARS, ETC.; 44. C.B./I.R. NO.; 45. OFFENDER REL. CODE

**CIRCUMSTANCES** — 50. 51. OBJECT/WEAPON; 52. FIREARM FEATURES; 53. POINT/ENTRY; 54. POINT/EXIT; 55. BURGLAR ALARM; 56. SAFE BURGLARY METHOD; 57. IF RESIDENCE, WHERE WERE OCCUPANTS; 58. UNUSUAL CHARACTERISTICS OF OFFENSE; 59. GANG RELATED – AFFILIATION

**PROPERTY** — 70. 71. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN, R = RECOVERED
72. VEHICLE/TRAILER; 73. PROPERTY INVENTORY NO(S); 74. VEH. INVENTORY NO.

**NARRATIVE**

80. NARRATIVE (Do not duplicate or repeat information – for explanation or additional information only)

also NOTIFIED 7th DISTRICT LT. THOMPSON also ZONE (6) at 0150. CFD #14 TRANS-PORTED VICTIM #2 to COOK COUNTY: VICTIM IS LISTED IN CRITICAL CONDITION BY DR. BRAKE (CCH).

**POLICE PERSONNEL**

90. 91. EXTRA COPIES REQUIRED: ☐ NORMAL A/I/UC ☐ CONT'D. OTHER SIDE ☐ R.O.
92. OFFICER NOTIFYING FOLLOW-UP INVESTIG. UNIT
93. FIRST OFFICER AT SCENE: 710, 723A
94. OFFICER NOTIFYING ☐ 1ST D/S ☐ E.T. ☐ M.E.
95. REPORTING OFFICER'S NAME (PRINT): LAS HARRELL — STAR NO. 12777 — OFFICER'S SIGNATURE: [signature]
96. REPORTING OFFICER'S NAME (PRINT): P. BALLENTINE — STAR NO. 18389 — OFFICER'S SIGNATURE: [signature]
DATE INVEST. COMPLETED–TIME: 26 MAY 94 0320
97. SUPERVISOR APPROVING (PRINT NAME): SGT LYNN GARMON — STAR NO. 2166
APPROVAL SIGNATURE: [signature] — DATE APPROVED – TIME: 0400

CPD-11.380 (REV. 8/83)

OF NARRATIVE

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.
SUPERVISOR'S SIGNATURE
DATE (DAY-MO-YR.)

SHT

## FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

UCR OFFENSE CODE ☐ 1 CORRECT ☐ 2 REVISED | REV. CODE | UCR METHOD CODE 400 | METHOD ASSIGNED ☐ 4 FIELD ☐ 2 ADMIN ☐ 3 SUMMARY | UNIT NO. 610 | OFFICER ASSIGNED STAR NO. 20211 | DATE ASSIGNED 27 May 94 | SUPV. STAR NO. 2155 | INVESTIGATIVE FILE ☐ 1 YES ☐ 2 NO | REASSIGNED ☐ 1 YES ☐ 2 NO

OFFICER REASSIGNED STAR NO. | DATE | STATUS ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED ☐ 3 CLEARED CLOSED ☐ 4 CLEARED OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLEARED OPEN ☐ 7 CLOSED - NON CRIMINAL

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) ☐ 1 ARREST & PROSECUTION ☐ 2 DIRECTED TO FAMILY COURT ☐ 3 COMPL. REFUSED TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPTIONAL ☐ ADULT ☐ JUV

VICTIM IDENTIFIERS ☐ 1 CORRECT ☐ 2 REVISED | VICTIM NO. | REVISED NAME 2012 | REVISED ADDRESS | REVISED PHONE NO. ☐ HOME ☐ BUSINESS

VALUE OF PROPERTY TAKEN-RECOVERED ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED
FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 10 CONSUM. GOODS | 11 FIREARMS | 8 NARC/DANG. DRUGS | 5 OTHER | 6 NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T |
| ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R |

SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED
LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

PREPARED BY - SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY - SIGNATURE | STAR NO. | DATE (DAY-MO-YR.)

SOTOS-WILLIAMS 57

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
|---|---|
| 26 MAY 94 | 29 MAY 94 2 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOMICIDE / MURDER | COCHRAN & JOHNSON | 5118 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

FANTROY, J.C. DOB - [redacted]
7407 S. Racine Ave SS# [redacted]
tx. 874-2480
Talked with neighbors, heard that brother
was in from California and left for California Los Angeles

Lt Blue Regal
86-87

HARPER (CONT.)

Before Pudgy (Andre) said "Lets go shoot some bricks", Crdell said he
had to take the pistol back.
Drove to GD/BD territory on Halsted

R.D. NO. Y227658

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. TIME |
|---|---|---|
| Buckner 20593 | [signature] 1638 | 5 JUN 94 1250 |

CPD-23.122 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY MONTH YEAR) | DATE OF THIS REPORT (DAY MONTH YEAR WATCH) |
|---|---|
| 26 May 94 | 29 May 94 2 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Homicide | Johnson | 5118 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Cordell pulled off NB on Halsted then turned ~~next~~ Lt at 73rd St
~~Cordell said~~
LH saw car which had been SB on Halsted make U turn to follow - Cordell said "they're getting behind us."
Car followed to about Sangamon
Day Day was saying "get me the fuck out of the car"

Cordell drove to 74th & Aberdeen & dropped off Day Day & Andre.
Then Cordell drove LH. to 87th & Ashland where he dropped off LH. (told Cidell "take me home")

Cordell has been shot before / 91-92 back
79th & Racine - some Folks, GD or BD chasing on foot - LCMH.
Day-Day has been shot before by GDs
G.Ds Daytime shot at Day-Day's house (grandmother's Ave) 73rd & Clay
Blasted from back of house. O/C left a gasoline can night time (wk after shots)

R.D. NO. Y 227 658

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. TIME |
|---|---|---|
| Lenihan 20593 / Ryan 20867 | [signature] 1638 | 5 JUN 94 1240 |

CPD-23.123 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
| --- | --- |
| 26 May 94 | 29 May 94 2 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
| --- | --- | --- |
| Hom / Murder | Cochran / Johnson | 5718 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.



R.D. NO. Y 227 658

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. | TIME |
| --- | --- | --- | --- |
| 20893 | Sgt Edward Lutz | 14 Jan 95 | 1300 |

CPD-23.122 (Rev. 2/83)

CHICAGO POLICE
# ARREST REPORT
CPD-11.420 (REV. 6/92)

| Field | Value |
|---|---|
| 1 NAME (LAST - FIRST - MIDDLE) | HARPER, LONDELL NMI |
| 2 SEX | M |
| 3 RACE | 1 |
| 4 AGE | 17 |
| 5 DATE OF BIRTH | [redacted] |
| 6 C.B. NO. | - |
| 7 ALIAS OR NICKNAME | |
| 8 DIST. RES. | 006 |
| 9 HEIGHT | 6'2" |
| 10 WEIGHT | |
| 11 HAIR | Blk |
| 12 HAIR STYLE | blk Sht / short |
| 13 EYES | brn |
| 14 COMPLEXION | Med/lt. |
| 15 I.R. NO. | 1075637 |
| 16 RESIDENCE ADDRESS | 8822 S. Ashland 2nd flr |
| 17 DISTING. MARKS, SCARS, DISABILITIES, ETC. | None |
| 18 SOCIAL SECURITY NO. | [redacted] |
| CITY - STATE | Chgo., Ill. |
| HOME TELEPHONE | None |
| 20 STATE PLACE OF BIRTH | Ill |
| 21 DRIVERS LICENSE NO. / STATE | |
| 22 RD NO. | Y 227 658 |
| 23 OCCUPATION | Student |
| 24 BUSINESS NAME - ADDRESS | |
| 25 ADDRESS OF ARREST | 5105 S. Wentworth |
| 26 NO. ARRESTED | One |
| 27 LOCATION CODE | 330 |
| 28 BEAT OF ARREST | 237 |
| 29 DATE OF ARREST | 29 May 94 |
| TIME | 1700 |
| 30 ARRESTEE TRANSPORTED TO UNIT / BY BEAT / TIME | 610 / 5118 / 1600 |
| 31 RESISTED ARREST | NO xx |
| 32 WEAPON | None |
| 33 PROPERTY INVENTORY NOS. | |
| 34 FOR NARCOTIC ARREST | |
| 35 VEHICLE OF ARRESTEE | |
| 36 PERSON IN INVESTIGATIVE UNIT NOTIFIED | DNA |
| 37 DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME | XX NO |
| 38 NAME OF A.S.A. FEL. REV. | Biesty |
| CHARGES APPROVED | xx YES |
| TIME | 2245 |
| 39 VICTIM - COMPLAINANT NAME | Cochran, Myron |
| SEX / RACE / AGE | M / 1 / 18 |
| HOME ADDRESS | 732 W. 54th Pl |
| CITY - STATE | Chgo. Il. |
| TELEPHONE NO. | None |
| VICTIM INJURED | X YES |
| IF YES - DESCRIBE INJURIES | Deceased, Gunshot wound to head |
| VICTIM HOSPITALIZED | X NO |
| HOSPITAL NAME | Med. Exam. Office |

| | 40 REFERENCES (CH. - PAR.) | 41 OFFENSES | 42 DISPOSITIONS |
|---|---|---|---|
| 1 | CH. 38 ss 9-1(a) | MURDER 1st Degree | |
| 2 | | | |
| 3 | CH 38 ss 9-1(A) | MURDER | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |

43 NARRATIVE (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following:)

On 29 May 1994, below officers went to 8822 S. Ashland and spoke with the above subject's mother and left our business card, stating that we wished to interview her son in regards to the homicide of Myron Cochran and Billy Johnson which occurred on 26 May 94 at 7403 S Halsted.

On 29 May 94, R/Ds received a call from Londell Harper, who stated that he was at 62nd and Wood street and that he would come in for an interview if we picked him up. R/Ds then went to 63rd & Wood and met there with Harper and his mother, who both accompanied below reporting officers to Area One.

At Area One V.C., Harper was advised of his Miranda Rights which he waived and he admitte to participating in the murder of both victims. He was then arrested and later gave a court reported confession to ASA Biesty of Felony Review. Charges approved for two counts of First Degree Murder.

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

FIRST ARRESTING/APPEARING OFFICER'S SIGNATURE: [signature] Ryan — STAR NO. #20867 — UNIT 610

DEPUTY CLERK'S SIGNATURE — STAR/EMPL. NO.

44 FIRST ARRESTING/APPEARING OFFICER - PRINT NAME: Dets Bernard Ryan #20867 & ~~Robert Lenihan #20593~~ — BEAT NO. 5118 — FURLO 4A 5A — D.O. GRP. 5 — MISD. ORD. CRT. KEY

45 SECOND ARRESTING OFFICER - PRINT NAME - STAR NO.: G.S. David Jarmusz #9230, G.S. Robert Schaefer #13518 — UNIT 156

46 VEHICLE ASSIGNED: X TWO PO

47 INITIAL APPROVAL OF PROBABLE CAUSE — 48 RESULTS OF FINGERPR. CHECK WAIVED BY SIG. - STAR: 5118 — DATE — TIME — 49 APPROVAL OF CHARGES - SIG. - STAR — DATE — TIME

WATCH COMMANDER'S NOTATIONS

50 ARRESTEE SEARCHED BY — STAR/EMPL. NO. — UNIT — 51 DATE RECEIVED - LOCKUP — TIME — 52 PERS. PROPERTY RECEIPT NO. — 53 TELEPHONE NO. CALLED — TIME

54 BOOKING OFFICER — STAR/EMPL. NO. — UNIT — 55 TIME FINGERPRINTED — 56 TIME PHOTOGRAPHED — 57 TIME FED — 58 PLACED IN CELL NO.

COURT INFORMATION

59 ARR. OFF. DESIRED COURT DATE — BRANCH-CALL — 60 COURT SGT. TO HANDLE ☐ YES ☐ NO — 61 INITIAL COURT DATE — BRANCH-CALL — 62 FINAL CRT. DATE — BRANCH-CALL

63 BONDED - DATE — TIME — 64 BOND RECEIPT NO. — 65 COURT DOCKET NO. — 66 FINAL JUDGE'S NAME

67 C.B. NO.

SOTOS-WILLIAMS 76

CHICAGO POLICE
# ARREST REPORT
CPD-11.420 (REV. 6/92)

1. NAME (LAST-FIRST-M.I.): EVANS, D[illegible]d E. | 2. SEX: M | 3. RACE: 1 | 4. AGE: 18 | 5. DATE OF BIRTH (DAY MONTH YEAR): [redacted]

6. C.B. NO:
7. ALIAS OR NICKNAME: "DAY DAY" | 8. DIST./RES.: 007 | 9. HEIGHT: 600 | 10. WEIGHT: 150 | 11. HAIR: BLK | 12. HAIR STYLE: SHT | 13. EYES: BRO | 14. COMPLEXION: MED

15. I.R. NO: 1062447
16. RESIDENCE ADDRESS: 7306 S. May | APT. NO./FLOOR:
17. DISTING. MARKS, SCARS, DISABILITIES, ETC:
18. SOCIAL SECURITY NO: Unknown

19. Y.D. NO:
16A. CITY - STATE: Chicago, Illinois | ZIP CODE: | HOME TELEPHONE: ( )
20. STATE/PLACE OF BIRTH: Ill
21. DRIVERS LICENSE NO.: None | STATE:

22. RD NO: Y- 227658
23. OCCUPATION: Unemployed
24. BUSINESS NAME - ADDRESS: D------------------N.------------------ CITY - STATE | ZIP CODE | BUSINESS TELEPHONE: ( ---A.-----------

25. ADDRESS OF ARREST: 1125 Tollview, Aurora, Illinois
26. NO. ARRESTED: -1-
27. LOCATION CODE FOR NATURE OF PREMISES: 290
28. BEAT OF ARREST: 3100
29. DATE OF ARREST (DAY MONTH YEAR) / TIME: 15 AUG 94 0130
30. ARRESTEE TRANSPORTED TO UNIT: 610 | BY BEAT: APD | TIME:

31. RESISTED ARREST: ☐ YES ☒ NO (XX)
32. WEAPON: ☐ PISTOL - REVOLVER ☐ RIFLE SHOT-GUN ☐ KNIFE ☒ OTHER (SPECIFY) (XX): DNA
33. PROPERTY INVENTORY NO(S): DNA
34. FOR NARCOTIC ARREST: D. ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE --N.-- APPRX WT. NO. PILLS ----- EST STREET VALUE ---$--- CALL ORG CRIME ---A.------

35. VEHICLE OF ARRESTEE: YEAR | MAKE | MODEL | BODY STYLE | COLOR | STATE LICENSE NO. OR V.I.N. | DISPOSITION OF VEHICLE
D.-------------------------------------N.--------------------------------------A.---------

36. PERSON IN INVESTIGATIVE UNIT NOTIFIED: DETECTIVE ARREST | UNIT NOTIFIED: 610 | TIME:
37. DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME: ☐ YES ☒ NO (XX) | IF YES - NAME OF Y.D. MEMBER NOTIFIED - TIME: DNA
38. NAME OF A.S.A./FEL. REV.: | CHARGES APPROVED: ☒ YES ☐ NO | TIME:

39. VICTIM - COMPLAINANT: NAME: Det. J. O'Brien | SEX | RACE | AGE | HOME ADDRESS: Area One Violent Crimes | CITY - STATE | ZIP CODE | TELEPHONE NO: ( ) 747-8380

VICTIM INJURED: ☒ YES ☐ NO | IF YES - DESCRIBE INJURIES: Double Homicide
VICTIM HOSPITALIZED: ☐ YES ☐ NO ☐ TREATED & RELEASED | HOSPITAL NAME:

| | 40. REFERENCES (CH. - PAR.) | 41. OFFENSES | 42. DISPOSITIONS | | 40. REFERENCES (CH. - PAR.) | 41. OFFENSES | 42. DISPOSITIONS |
|---|---|---|---|---|---|---|---|
| 1 | 720/ILCS-5/9-1 | Homicide 1st Degree | | 5 | | | |
| 2 | | Murder (2cts) | | 6 | | | |
| 3 | | | | 7 | | | |
| 4 | | | | 8 | | | |

43. NARRATIVE (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following:)

IN SUMMARY:

The above offender placed under arrest in that he on 26MAY94 at 7403 S. Halsted and armed with a handgun shot and killed COCHRAN, Myron Age 18 and JOHNSON, Billy Age 19.

Above offender arrested on Warrant for above offense:

WARRANT # CY018039 LEADS # W94M1356

DOCKET # 94128181 NCIC # W813551854

CHARGE: 1st Degree Murder (2-counts)

JUDGE: Kelley

BOND: None

ASSISTING ARRESTING OFFICERS: Det. A. Graf #20480, Det. J. Halloran #20453, K. Boudreau #20435

AURORA Police: SGT. Ziman #421, P.O. Donka #147, P.O. Convey #242, P.O. Wallers 255
P.O. Johnston #250

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

FIRST ARRESTING/APPEARING OFFICER'S SIGNATURE | STAR NO. | UNIT: Det. J. O'Brien #20466 610
DEPUTY CLERK'S SIGNATURE | STAR/EMPL. NO.

44. FIRST ARRESTING/APPEARING OFFICER - PRINT NAME: DET. J. O'Brien | 20466 | BEAT NO: 5121 | FURLO | D.D. GRP: -1- | MISD. ORD. CRT. KEY
45. SECOND ARRESTING OFFICER - PRINT NAME - STAR NO. - UNIT: DET. G. Carroll 20346 610
46. VEHICLE ASSIGNED: ☐ 1 ONE P.O. ☐ 2 TWO P.O. ☒ 3 OTHER (XX)

47. INITIAL APPROVAL OF PROBABLE CAUSE - SIG. - STAR | 48. RESULTS OF FINGERPR. CHECK WAIVED BY SIG. - STAR | DATE | TIME | 49. APPROVAL OF CHARGES - SIG. - STAR | DATE | TIME

WATCH COMMANDER'S NOTATIONS

50. ARRESTEE SEARCHED BY | STAR/EMPL. NO. | UNIT | 51. DATE RECEIVED - LOCKUP | TIME | 52. PERS. PROPERTY RECEIPT NO. | 53. TELEPHONE NO. CALLED | TIME | C.C.B. NO.

54. BOOKING OFFICER | STAR/EMPL. NO. | UNIT | 55. TIME FINGERPRINTED | 56. TIME PHOTOGRAPHED | 57. TIME FED | 58. PLACED IN CELL NO.

COURT INFORMATION

59. ARR. OFF. DESIRED COURT DATE | BRANCH-CALL | 60. COURT SGT. TO HANDLE ☐ YES ☐ NO | 61. INITIAL COURT DATE | BRANCH-CALL | 62. FINAL CRT. DATE | BRANCH - CALL

63. BONDED - DATE | TIME | 64. BOND RECEIPT NO. | 65. COURT DOCKET NO. | 66. FINAL JUDGE'S NAME

SOTOS-WILLIAMS 82

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY MONTH YEAR) | DATE OF THIS REPORT (DAY MONTH YEAR WATCH) |
|---|---|
| 26 May 94 | 15 Aug 94 B |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Homicide | Cochran / Johnson | |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

ROBINSON, PLES BERNARD M/B/20 DOB [redacted]
265 CREEK VIEW BOLINGBROOK PH (708) 378-5739
"CB" — BLACKSTONE 55th UNK
16th KARLOV ABNES

STAY w/ WOMACK FOR 2 MOS — DEY DEY CAME OUT
ABOUT MONTH AGO
HAD HEARD DEY DEY HAD SHOT COUPLE OF FOLKS.
DEY DEY TOLD CB HE HAD SHOT A COUPLE OF FOLKS
HE HAD WALKED UP ON THEM & SHOT THEM.
Stones GD's at War.

( 419 PROVIDENCE BOLINGBROOK PH (708) 739 7925 )
( GRANDMOTHER BERTHA ROBINSON

GD's — had backs turned to right — Restaurant

1 of vic's curled up as he continued to shoot
Shot vic in chest — 1 of vic put arms over head.
Dey Dey was driving down street in friends car.

He fired 2x's at 1 vic 3 x's at other vic.
Police were right there & chased them.
He ran got back in car police were chasing

REPORTING OFFICER'S SIGNATURE—STAR NO.: [signature] KB

RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.: Sgt [signature] 2108

DAY—MO.—YR. TIME: 25 9 94

R.D. NO. Y 227678

CPD-23.122 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT (DAY MONTH YEAR WATCH) |
| --- | --- |
| 26 May 94 | 15 Aug 94 3RD |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
| --- | --- | --- |
| Homicide x 2 | Cochran & Johnson | 5121 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Evans, David E. M/B/18 [redacted]
7306 May
Nickname Dat-Dat
G/A: Blackstones

Advised FOP

Night of Murders at Friends 69th & Crandon
Denies Participation / Knowledge of Shooting
Does not Remember Friends Name & Address.
Asked About other Dates Around Time of
Murders – Does Not Recall Whereabouts / Only
Day of Shooting.
2nd Interview ASA Biestek / Advised
Apartment Building
At John Browns – 63rd & Calif.

Now John Brown Lives 62-63 Richmond
No Address Nothing Further

R.D. NO. Y-227658

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. TIME |
| --- | --- | --- |
| O'Brien / Carroll | Sgt F Bonke 2108 | 25 9 94 |

CPD-23.122 (Rev. 2/83)

SOTOS-WILLIAMS 84

ASA KATHY DIETZ

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY MONTH YEAR) | DATE OF THIS REPORT (DAY MONTH YEAR WATCH) |
|---|---|
| 26 MAY 94 | 15 AUG 94 3 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOMICIDE MURDER | JOHNSON + COCHRAN | 5112/5121 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

JONES, ROBERT M. M/1/25 DOB [redacted]
1125 FOXVIEW RD Apt 2 PH - 851 - 0609
AURORA SS# [redacted]
"WOMACK" —
TATTOOS - HALF MOON STAR LEFT UPPER ARM
- WEEK OF JUN 19 - MIDWEEK
1 MO AGO SEEN DEY DEY 23rd MAY. HE ASKED IF HE
COULD STAY AT ROBERT TO HIDE OUT BECAUSE HE SHOT SOMEONE.
ASKED DEY DEY WHAT HAD HAPPENED - ENROUTE TO AURORA
DEY DEY SAYS SOME FOLKS SHOT AT HIM + FRIEND AT 73 MAY
DEY DEY SAYS HE + CORDELL (OWNED CAR) "WENT ON RETALIATION"
RIDING AROUND W/ CORDELL "ON A MANHUNT" LOOKING FOR ANY
FOLKS TO SHOOT. SAW 2 FOLKS IN FOOD STORE W/ HATS TO RIGHT
STORE AT 24 HALSTED,
DEY DEY SAID HE WENT INTO RESTAURANT + SHOT THE 2 FOLKS
SAID HE SHOT ABOUT 3-4 X'S IN STORE. MAN WHO WAS COOKING
CAME OUT - SEEN HIM. DEY DEY RAN BACK TO CAR - DROVE OFF
POLICE GOT BEHIND - BLUE + WHITES - HIGH SPEED CHASE
DEY DEY GOT AWAY - CORDELL GOT CAUGHT UP.

SAID HE USED A "MAG" MEANING SEMI AUTOMATIC WEAPON
[illegible] [illegible] - I [illegible] [illegible] up.

R.D. NO. Y227678

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. TIME |
|---|---|---|
| [signature] | Sgt [signature] 2108 | 25 9 94 |

CPD-23.122 (Rev. 2/83)

CPD-11.420 (REV 6/92)

WILLIAMS Cordell Richard — M — 1 — 19 [redacted]

6 C.B. NO: -
7 NICKNAME:
8 HEIGHT: 006 -0 — 9 WEIGHT: 160 — 11 HAIR: Blk — 12 HAIR STYLE: Short — 13 EYES: Bен Med

15 I.R. NO: 1004716
16 RESIDENCE ADDRESS: 7622 S. Carpenter
APT NO. FLOOR:
17 DISTING MARKS SCARS, DISABILITIES, ETC: N/V
18 SOCIAL SECURITY NO: [redacted]

19 Y.D. NO:
16A CITY-STATE: Chciago, Ill. — ZIP CODE: 60620 — HOME TELEPHONE: 994-6451
20 STATE/PLACE OF BIRTH: Ill
21 DRIVERS LICENSE NO: W452-1167-4218

22 RD NO: Y-227 658
23 OCCUPATION: Laborer
24 BUSINESS NAME - ADDRESS: Board of Education, 63rd & Western
BUSINESS TELEPHONE: Unknown

25 ADDRESS OF ARREST: 7622 S. Carpenter
26 NO. ARRESTED: 1
27 LOCATION CODE (FOR NATURE OF USE): 304
28 BEAT OF ARREST: 611
29 DATE OF ARREST (DAY MONTH YEAR): 26May94 — TIME: 0130
30 ARRESTEE TRANSPORTED TO UNIT / BY BEAT: 1VC 731 02

31 RESISTED ARREST: YES ☐ NO ☒
32 WEAPON: ☐ PISTOL-REVOLVER ☐ RIFLE-SHOT-GUN ☐ KNIFE ☐ OTHER (SPECIFY)
33 PROPERTY INVENTORY NO(S):
34 FOR NARCOTIC ARREST: ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE
APPRX WT. NO. PILLS — EST. STREET VALUE CALL ORG CRIME PAX 0-662 $

35 VEHICLE OF ARRESTEE: YEAR 90 — MAKE Ford — MODEL Tempo — BODY STYLE 4dr — COLOR Gray — STATE LICENSE NO. OR V.I.N. BN 9244
DISPOSITION OF VEHICLE: Towed to Pound #1

36 PERSON IN INVESTIGATIVE UNIT NOTIFIED: Arrea Arrest — UNIT NOTIFIED: 610 — TIME: DNA
37 DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME: ☐ YES ☒ NO
IF YES - NAME OF Y.D. MEMBER NOTIFIED - TIME:
38 NAME OF A.S.A. FEL. REV:
CHARGES APPROVED: ☐ YES ☐ NO

39 VICTIM-COMPLAINANT NAME: COCHRAN Myron
SEX - RACE - AGE: M 1 18 — HOME ADDRESS: 732 W. 54th Place
CITY-STATE: — ZIP CODE: — TELEPHONE NO: 268-2212

VICTIM INJURED: ☒ YES ☐ NO — IF YES - DESCRIBE INJURIES: Fatal Gunshots
VICTIM HOSPITALIZED / HOSPITAL NAME: Medical Examiner's Office
☐ TREATED & RELEASED

| 40 REFERENCES (CH. - PAR.) | 41 OFFENSES | 42 DISPOSITIONS | 40 REFERENCES (CH. - PAR.) | 41 OFFENSES | 42 DISPOSITIONS |
|---|---|---|---|---|---|
| 1 38-9-1a | Murder 1st | | 5 | | |
| 2 | | | 6 | | |
| 3 | | | 7 | | |
| 4 | | | 8 | | |

43 NARRATIVE (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following:)

Above arrested for the fatal shooting of Victim Myron Cochran and the critical shooting of Billy Johnson which occurred at 7403 S. Halsted.

The arrestee was the driver of the vehicle that the shooter entered and which was found bearing the license plate number recorded.

Victim Billy Johnson is currently at the County hospital in critical condition with gunshots to the head and chest.

Additional Arresting Officers: Det. J. Jones #20113 Beat #5122
Det. M. Rose #20698 Beat #5122
P.O. Kane #10544 Beat #731
P.O. Mangan #4688 Beat #731

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

FIRST ARRESTING/APPEARING OFFICER'S SIGNATURE: Ron Armata — STAR NO: 20202 — UNIT: 610
DEPUTY CLERK'S SIGNATURE: — STAR/EMPL. NO:

44 FIRST ARRESTING/APPEARING OFFICER - PRINT NAME: Det. Ron Armata — BEAT NO: 5139 — FURLO: 13 — D.O. GRP: 1 — MISD. ORD. ART. KEY: A
45 SECOND ARRESTING OFFICER - PRINT NAME - STAR NO.: Det. Dennis Dwyer #20211 — UNIT:
46 VEHICLE ASSIGNED: ☐ 1 ONE PO ☐ 2 TWO PO ☒ 3 OTHER

47 INITIAL APPROVAL OF PROBABLE CAUSE - SIG. - STAR:
48 RESULTS OF FINGERPR. CHECK WAIVED BY SIG. - STAR — DATE — TIME:
49 APPROVAL OF CHARGES - SIG. - STAR — DATE — TIME:

WATCH COMMANDER'S NOTATIONS:

50 ARRESTEE SEARCHED BY — STAR/EMPL. NO. — UNIT — 51 DATE RECEIVED - LOCKUP — TIME — 52 PERS. PROPERTY RECEIPT NO. — 53 TELEPHONE NO. CALLED — TIME

54 BOOKING OFFICER — STAR/EMPL. NO. — UNIT — 55 TIME FINGERPRINTED — 56 TIME PHOTOGRAPHED — 57 TIME FED — 58 PLACED IN CELL NO.

COURT INFORMATION

59 ARR. OFF. DESIRED COURT DATE: 27 May 94 — BRANCH-CALL: 66
60 COURT SGT. TO HANDLE: ☐ YES ☒ NO
61 INITIAL COURT DATE — BRANCH-CALL — 62 FINAL CRT. DATE — BRANCH-CALL

63 BONDED - DATE — TIME — 64 BOND RECEIPT NO. — 65 COURT DOCKET NO. — 66 FINAL JUDGE'S NAME

PERMANENT RECORD — RECORDS DIV.

CHIC POL CRIME LAB
CHICAGO POLICE DEPARTMENT

Homicide 011_ Y-221618

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| 7403 S. Halsted | #1---- COCHRAN, Myron<br>#2---- JOHNSON, Billy | M/B 18Yrs.<br>M/B 18Yrs. | 1-7-777 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| Crime Scene | 5139 | 26May94 0035 | 9602 |

**PHOTOGRAPHY**

A O/A Scene and victim on floor inside store @ 7403. I-D and wound to victims heas(Victim #1)

B C/U fired bullet and cartredge cases near victim on floor. O/A Interior and Exterior of Sandwich Shop.

C O/A Veh. parked @ 7622 S. Carpenter

G

H

I

| FINGERPRINTS | ELIM PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D O B | C B NO | I R NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| MED NEG LIFT | LOCATION FOUND | F N | MED NEG LIFT | LOCATION FOUND | F N |
|---|---|---|---|---|---|
| W 1 | Impressions found on Left rear window (Interior) of Veh. | | | | |
| W 1 | Impressions found on opera window Left (Exterior) of Veh. | | | | |

POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE RACE | TOTAL NO OF LIFTS | DATE OF TRANSMITTAL

☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO | V I N |
|---|---|---|---|---|
| 1990 | Ford 4Door | Beige | Ill. 94 BN9244 | |

**PHYSICAL EVIDENCE**

| PROP INVENT NO - UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|
| 1323338 CL | (5) 45Cal Cartridge cases found on floor near victim @ 7403 Env. #1 | F/A |
| | (1) fired bullet recovered from floor next to victim Env. #2 | |
| | (Abive items examined for F/Ps--Negative) | |

**DETAILS OF CASE**

Victims shot while standing inside HONEYS SUB SHOP, BY AN Unk. M/B offender. who then fled scene and was observed getting into above ,listed auto. Victim #1 DEad on scene with gunshot wound to head. Victim #2 taken to Cook County Hospital in serious condition with wounds to head and R/Side. Veh. and scene processed for physical and f/p evidence with the results noted above. Victim #1 fingerprinted on scene.

Y-221618

| INVESTIGATING OFFICER'S NAME | STAR NO | UNIT | BEAT OFFICER'S NAME | STAR NO | UNIT |
|---|---|---|---|---|---|
| DWYER | 20211 | 5139 | HARRELL | 1277 | 777 |

REPORTING TECHNICIAN - PRINT LAST NAME - FIRST STAR NO - UNIT: BACHELDER 12680-DEMARCO 12802

DATE ARRIVED: 26May94 TIME: 0055 TIME COMPLETED: 0400

TECHNICIAN'S SIGNATURE: Bachelder DeMarco DATE: 26MAY94

APPROVING SUPERVISOR (PRINT NAME) STAR NO: Sgt. Minogue, #825

SUPERVISOR'S SIGNATURE: [signature]

CPD 21.949 (REV 10/92) RD NO

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
|---|---|
| 26 MAY 94 | 26 MAY 94 1 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM | COCHRAN | 5139 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

~~KAHN~~ KHAN SALAH

M/ARAB 26 [redacted]

8056 S. ASHLAND #2

723 4185 SS [redacted]

SINGLE EMPLOYED

783 4500

160 HOODED

17 - 19 5-11 BLK JAC SILVER

1 SHOT

3 MORE INTO VIC NEAR WINDOW

off POINTED GUN AT COUNTERMAN

R.D. NO. Y 227 658

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|
| Ron Amato 20202 | [signature] 2249 | 27 5 94 | |

CPD-23.122 (Rev. 2/83)

SOTOS-WILLIAMS 103

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
|---|---|
| 26 / MAY / 94 | 26 / MAY / 94 / 1 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM | COCHRAN | 5139 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

PRATT ALEXANDER BUTLER JR.
M/B AGE 37 DOB [redacted]
7341 S. GREEN
873 1128
MARRIED SECURITY SS [redacted]

WAS WAITING FOR REST OF ORDER - FIRIES
OFF WALKS IN + SHOOTS VIC AT COUNTER IN BACK OF HEAD
THEN SHOOTS OTHER VIC
WIT RUNS OUT + SEEN SHOOTER THEN CONTINUE
SHOOTING AT BOTH VIC'S AS THEY LAID ON FLOOR

M/B 23-24, 5-10 5-11, 160 DRK COMP, DRK B/B CAP W/WHITE
BALL ON FRONT WITH HOODED JAC RED/YELLOW HOOD OVER HAT
SILVER HANDGUN DRK PANTS

GOT INTO R/ DRIVER 7347 S. HALSTED
VEH FLED N/ HALSTED + BRN FORD MADE U TURN
FOLLOWED OFF'S VEH'S

R.D. NO. X 227658

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. | TIME |
|---|---|---|---|
| Ron Amato 20202 | Lenart 2249 | 27 5 94 | |

CPD-23.122 (Rev. 2/83)

SOTOS-WILLIAMS 104

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
|---|---|
| 26 / MAY / 94 | 26 / MAY / 94 / 1 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM | COCHRAN | 5139 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

SANDERS STANLEY #8603 P.O.
EMP # 717 069 DOA 4 APR 77 home # 783 4384
12th DIST TACT 746 8308

S/B HALSTED ACROSS REST heard Gunshots 4/5 shots
SEE M/B RUN OUT holding FRONT of SWEAT SHIRT
off GOT INTO Veh 7357 S. Hal BN9244
AS Veh STARTED TO Pull AWAY off Fled TWICE
TRYING TO GET IN.
Followed Veh N/ TO 73 E on 73 Lost Veh 75th + CARPENTER
4 OCCUPANTS IN Veh

M/B 20-23 [redacted] DRK Comp 150-160 BLK HOODED SWEAT Shirt BLK PANT White Gym Shoes
Short NAPPY hair

R.D. NO. Y 227 658

REPORTING OFFICER'S SIGNATURE–STAR NO.: Ron [signature] 20202
RECEIVED BY SUPERVISOR'S SIGNATURE–STAR NO.: [signature] 2249
DAY–MO.–YR. TIME: 27 5 94

CPD-23.122 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
|---|---|
| 26 / MAY / 94 | 26 / MAY / 94 / 1 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM | COCHRAN | 5139 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

RIGHTS
WILLIAMS CORDELL RICHARD BLACKSTONE 0355 DWYER
M/B AGE 19 DOB [redacted]
7622 S. CARPENTER
994 6451 SS [redacted]
SINGLE B of E
535 -
DENIES BEING AT SCENE w/ VEH
WAS WITH VINO M/B 27 83RD & EXCHANGE
CHRIS M/B 23 " "

NORTHWESTERN HOOP PARIS MACKMORE M/B 21
GUNSHOT VIC FROM 83 & SAGANAW
DRANK BEER & BRANDY

TOOK FATHER'S GUN FROM PORCH BUT SOMEONE TOOK IT
OUT OF THE VEH ABOUT 1 WK AGO

R.D. NO. X 227 658

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. | TIME |
|---|---|---|---|
| Ron [signature] 20202 | [signature] 2249 | 27 5 94 | |

CPD-23.122 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
|---|---|
| 26 / MAY / 94 | 26 / MAY / 94 / 1 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM | COCHRAN | 5139 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

JOHNSON, Billy - transported by CFD #14
Cook Co. Hosp. - critical per DR.
Crosby

GSW to back of the head (center) with
large hematoma to rt. left of head
(embedded)

GSW (appar. T & T) just below
right arm pit

R.D. NO. Y227658

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY–MO.–YR. | TIME |
|---|---|---|---|
| [signature] 20698 | [signature] 2245 | 27 5 94 | |

CPD-23.122 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY MONTH YEAR) | DATE OF THIS REPORT (DAY MONTH YEAR WATCH) |
|---|---|
| 26 MAY 94 | 26 MAY 94 1 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Homicide | COCHARAN | 5122 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

VICTIM'S MOTHER: COCHARAN, KONZADIA
F/B/38, d/ FEB 56
732 W 54th PL 2ND FL WEST
HP: 268-2212

VICTIM WORKED AT POPEYES at 54th & HALSTED
GIRLFRIEND STAYS ON NORTHSIDE

MOTHER STATES NO gang / NO DRUGS
BOTH VICTIMS WENT TO KELLY HIGH
BILLY grad DU PABLE

VICTIM KNOWN TO wear BASEBALL Cap

R.D. NO. Y 227658

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. | TIME |
|---|---|---|---|
| [signature] 20113 | | | |

CPD-23.122 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY MONTH YEAR) | DATE OF THIS REPORT (DAY MONTH YEAR WATCH) |
|---|---|
| 26 May 94 | 26 May 94 1 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Homicide | COCHRAN | 5122 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Victim's Grandfather NOTIFIED

JOHNSON, ODELL S M/B/55 DOB: [redacted]
8441 W 53rd St. HP: 624-8527
1035158

- Saw victim earlier today
Victim works downtown on Randolph

CLOTHING: BLK T-SHIRT / W T-SHIRT
WHITE PANTS (GUESS) BLK BELT
WHT BOXER SHORTS w/ DRK GRN STRIPES
BLK NIKE GYM SHOES

WITHIN POCKETS: KEYS PICTURE CASSETTE TAPE

R.D. NO. Y 227658

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|
| [signature] 20113 | [signature] 2249 | 27 5 94 | |

CPD-23.122 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY MONTH YEAR) | DATE OF THIS REPORT (DAY MONTH YEAR WATCH) |
|---|---|
| 26 MAY 94 | 26 MAY 94 1 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM | COCHRAN | 5139 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Williams, Cordell

interview Rm 2

PARIS, MacMayre

went to visit friend at Northwestern Hosp - "Patrick"
~~Patrick~~ PARIS got shot at 80th & Sangamon. I was
driving - left 2000 hrs "Vito" & "Chris" were
with me - went back to "Vito's" to drink - Vito's
lives out east - don't know the address or the
street Vito lives on. How do you find it.
no response -
left Vito's drinking - don't know the names of
the guys in the car with me - was drunk &
don't know what happened
Not my fault as to what happened - not responsible
for anything - asked directly if Cordell drove
away after the shooting - no response -
who was in the car with you when you left Vito's -
don't know there names -
where did you take them when you left Vito's - don't
know - what time did you get home - 2300 to 0000

R.D. NO. Y 327 658

REPORTING OFFICER'S SIGNATURE–STAR NO. 20698
RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR NO. 2249
DAY–MO.–YR. 27 5 94 TIME

CPD-23.122 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY MONTH YEAR) | DATE OF THIS REPORT (DAY MONTH YEAR WATCH) |
|---|---|
| 26 MAY 94 | 26 MAY 94 1ST |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM - MURDER | COCHRAN, MYRON | 5139 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

COCHRAN, MYRON L, [redacted]
732 W. 54th PL

DK BLUE BB CAP Red B Blk hooded JKT W GRY+GOLD BLK BLT BLUE JEANS
WT GYM SHOES
#3 in right hand Newport cigs Lt front plkt

JOHNSON, BILLY L, M/B [redacted]
5527 S. THROOP IR# 1035158

CRITICAL

9602 T. BAUMANN 12680 M. McCOMB 2205 (ATTD)
F. DEMARCO 17802

R.D. NO. Y-227658

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. | TIME |
|---|---|---|---|
| [signature] 20211 | [signature] 2249 | 27 5 94 | |

CPD-23.122 (Rev. 2/83)

SOTOS-WILLIAMS 111

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
|---|---|
| 26 / MAY / 94 | 26 / MAY / 94 / 1 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM | COCHRAN | 5139 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

TEMPO LX 1FAPP37X9LK109988

BN 9244

MAY 94

HE028694

P 813996

611 C. DIXON 17242 ASSIGNED TO check Veh. from Zone
Tow

610 SGT Schueh 2102

R.D. NO. Y 287 658

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. | TIME |
|---|---|---|---|
| Ron Olmata 20202 | [signature] 2248 | 27 5 94 | |

CPD-23.122 (Rev. 2/83)

SOTOS-WILLIAMS 112

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
|---|---|
| 26 / MAY / 94 | 26 / MAY / 94 / 1 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM | COCHRAN | 5139 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

THOMPSON 55 435 MAY BN 9244

PRON 0115 hrs




HONEY SUBMARINE SHAHBAZ AHMED

7403 S. HALSTED

777 L. HARRELL 12777

P. BALLENTINE 18389 PAPER

778 K. OSBORN 8137

A. FOX 7186 SCENE

R.D. NO. Y447658

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. | TIME |
|---|---|---|---|
| [signature] | [signature] 2249 | 27 5 94 | |

CPD-23.122 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT (DAY / MONTH / YEAR) | DATE OF THIS REPORT (DAY / MONTH / YEAR / WATCH) |
|---|---|
| 26 / MAY / 94 | 26 / MAY / 94 / 1 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM | COCHRAN | 5139 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

WILLIAMS BRENDA mother
F/B AGE 45 [redacted]
7622 S. CARPENTER
994 6451
WAS Sleeping & heard her Son Come in not sure If it was Before or After midnight But when she Got up at 0100 he was at home.

WILLIAMS ODELL FATHER
M/B 51 [redacted]

Found a 38 cal 5 shot 2" B/S Rev in the alley 5/6 yrs ago. Gun was hidden in the Rear Porch & discovered it missing this evening.

J. JONES 20113
M. ROSE 20698 5122
N. CRESCENZO 20445

R.D. NO. Y 227 658

REPORTING OFFICER'S SIGNATURE–STAR NO.: [signature] 20202
RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR NO.: [signature] 2249
DAY–MO.–YR. 27 5 94 TIME

CPD-23.122 (Rev. 2/83)

# SUPPLEMENTARY REPORT
CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE – TIME: DAY 26 MO. May YR. 94 — 0020

1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT: HOMOCIDE / 1st Degree Murder
I-UCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT/OFFENSE: 7403 S. Halsted — VERIFIED ☒ / 2 CORRECTED ☐
3. BEAT OF OCCUR.: 732

5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT: COCHRAN Myron
CORRECT: ☐ 1 YES ☐ 2 NO
6. FIRE RELATED: ☐ 1 YES ☒ NO
7. BEAT ASSIGNED: 731

8. VICTIM'S/SUBJECT'S ADDRESS: 732 W 54th Pl
9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Residence
LOCATION CODE: 293

10. PROPERTY — DESCRIBE PROPERTY IN NARRATIVE (T = TAKEN, R = RECOVERED). FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO | PROPERTY INVENTORY NO(S). |
|---|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE | |
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐R | |

OFFENDERS

| | 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1 | Black Hooded Sweatshirt Dark Jeans | | M/1/23 | 5-10 | 160 | Brn | Blk | Dk |
| 2 | | | | | | | | |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

| 16. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☒ USED ☐ STOLEN | 90 | Ford | 4dr | Tan | UNK | BN 9244 | Il |

80. NARRATIVE

In Summary: R/Os monitored a flash given about above incident describing vehicle used to make escape. COS related that vehicle was registered to 7622 S. Carpenter. R/Os armed with this information proceeded to that location where they observed above vehicle parked in front of that location. R/Os along with Bt 611 went up to residence where they were met by WILLIAMS Brenda F/1 who stated that it was her vehicle, ~~and~~ that her son had used car earlier and that no one else had driven it. R/Os then interviewed the son NKA WILLIAMS Cordell M/1/19 who related that he did drive vehicle earlier but arrived home at 2230 hrs and hadn't been out since. Cordell further related that no one else had driven vehicle. Witness, off duty P.O. SANDERS #8603 positively identified vehicle as one the offender fled scene in. WILLIAMS Cordell was then transported to A2 for further investigation.

☐ CONTINUED OTHER SIDE

17. RD NO.: Y-227658

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT):
91. DATE THIS REPORT SUBMITTED – DAY 26 MO. May YR. 94 — TIME 0315
92. SUPERVISOR APPROVING (PRINT NAME): SGT LYNN GARMON — STAR NO. 2166

93. REPORTING OFFICER (PRINT NAME): KANE — STAR NO. 10544
94. REPORTING OFFICER (PRINT NAME): MANGAN — STAR NO. 4688
SIGNATURE: Sgt Lynn Garmon

SIGNATURE: M Kane
SIGNATURE: B Mangan
95. DATE APPROVED (DAY–MO.–YR.): 26 MAY 94 — TIME 0730

CPD-11.411-A (REV. 8/85)
*MUST BE COMPLETED IN ALL CASES

**GENERAL OFFENSE CASE REPORT CHICAGO POLICE**

1. OFFENSE/INCIDENT–PRIMARY CLASSIFICATION: HOMICIDE
I-UCR OFF CODE: 0110
2. SECONDARY CLASSIFICATION: FIRST DEGREE MURDER
Y 221618
3. R.D. NO.: ~~Y-227658~~

**SCENE**

4. ADDRESS OF OCCURRENCE — NO.: 7403 DIR.: S STREET: HALSTED APT. NO.:
5. FIRE RELATED: ☐ 1 YES ☒ 2 NO
6. DATE OF OCCURRENCE – TIME: 26 MAY 94 0020
7. BEAT OF OCCUR.: 732
8. BEAT/UNIT ASSIGN.: 777
9. TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE): RESTAURANT (HONEY SUB)
10. LOCATION CODE: 293
11. DATE R.O. ARRIVED – TIME: 26 MAY 94 0025
12. ASSIGNED BY: ☒ 1 C.O.S. ☐ 2 ON VIEW ☐ 3 SUPERVISOR

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

Danyer

**ADDITIONAL VICTIMS**

20. NO. VICTIMS: 2

| 21. NAME (LAST–FIRST–M.I.) | IDENTITY VERIFIED | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. TIME AVAIL. | 27. OCCUPATION | 28. INJURED YES NO | 29. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|---|
| COCHRAN, MYRON | ☐ | 732 W. 54th PLACE | M 1 18 | UNK | UNK | DNA | UNK | X | 0-24 |
| JOHNSON, BILLY L | ☐ | 841 West 53rd PLACE | M 1 19 | UNK | UNK | ANY | UNK | X | 0-24 |
| | ☐ | | | | | | | | |

PARENT/GUARDIAN, IF JUVENILE

PERMANENT RETENTION FILE

RACE CODES: 1-BLACK 2-WHITE 3-BLACK-HISPANIC 4-WHITE-HISPANIC 5-AMER. IND./ALASK. NAT. 6-ASIAN/PACIFIC ISLANDER

OFFENDER/VICTIM RELATIONSHIP CODES (Use for Member of the Same Family or Household): 01-WIFE 02-HUSBAND 03-FORMER WIFE 04-FORMER HUSBAND 05-MOTHER 06-FATHER 07-SON 08-DAUGHTER 09-BROTHER 10-SISTER 11-AUNT 12-UNCLE 13-MOTHER-IN-LAW 14-FATHER-IN-LAW 15-SON-IN-LAW 16-DAUGHTER-IN-LAW 17-BROTHER-IN-LAW 18-SISTER-IN-LAW 19-OTHER RELATIVE 20-GIRL FRIEND 21-BOYFRIEND 22-FRIEND/ACQUAINTANCE 23-OTHER-SPECIFY 24-NO RELATIONSHIP

**WITNESS**

30. NO. WIT.: 3
31. ☐ 1 DISCOVERED ☒ 2 WITNESSED ☐ 3 REPORTED OFFENSE

| Name | 32. Address | 33. Sex–Race–Age | 34. Home Phone | 35. Business Phone |
|---|---|---|---|---|
| SANDERS, STAN | 100 South RACINE | M 1 | 783-4384 | 746-8306 |
| PRATT, ALEXANDER B. | 7341 S. GREEN | M 1 37 | 873-1128 | UNK |
| KHAN, SALAH U | 7403 S. HALSTED | M 6 26 | DNA | 783-4500 |

**OFFENDER**

40. NO. OFF.: 1

| 41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 42. HOME ADDRESS | 43. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | MARKS, SCARS, ETC. | 44. C.B./I.R. NO. | 45. OFFENDER REL. CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| BLACK HOODED SWEATSHIRT, DARK PANTS, GYMSHOES | | M 1 23 | 5'10 | 160 | UNK | DK | NV | | | 0-24 |

**CIRCUMSTANCES**

51. OBJECT/WEAPON: ☒ 1 USED ☒ 2 DISPLAYED ☐ 3 UNK
☒ 01 HAND GUN ☐ 02 SHOTGUN ☐ 03 RIFLE ☐ 04 KNIFE ☐ 05 VEHICLE ☐ 06 BLUNT INSTRUMENT ☐ 07 THROWN OBJECT ☐ 08 EXPLOSIVE ☐ 09 LIQUID/GAS ☐ 10 BOTTLE/GLASS ☐ 11 RAZOR ☐ 12 PRY TOOL ☐ 13 HAND, FEET ☐ 14 OTHER ☐ 15 DNA

52. FIREARM FEATURES: ☒ 01 CHROME/NICKEL ☐ 02 BLUE STEEL ☐ 03 SHORT BARREL ☐ 04 LONG BARREL ☐ 05 SAWED OFF ☐ 06 OTHER ☐ 07 UNKNOWN ☐ 08 DNA

53. POINT/ENTRY: ☐ 01 FRONT DOOR ☐ 02 REAR DOOR ☐ 03 WINDOW ☐ 04 ROOF ☐ 05 FLOOR ☐ 06 SIDE DOOR ☐ 07 OTHER ☐ 08 UNKNOWN ☒ 09 DNA

54. POINT/EXIT: ☐ 01 FRONT DOOR ☐ 02 REAR DOOR ☐ 03 WINDOW ☐ 04 ROOF ☐ 05 FLOOR ☐ 06 SIDE DOOR ☐ 07 OTHER ☐ 08 UNKNOWN ☒ 09 DNA

55. BURGLAR ALARM: ☒ DNA; ON PREMISE ☐ 1 YES ☒ 2 NO; ALARM CIRCUMVENTED ☐ 1 YES ☒ 2 NO

56. SAFE BURGLARY METHOD: ☐ 01 PUNCH ☐ 02 TORCH ☐ 03 EXPLOSIVE ☐ 04 DRILL ☐ 05 REMOVED ☐ 06 PEEL ☐ 07 OPEN ☐ 08 UNKNOWN ☒ 09 DNA

57. IF RESIDENCE, WHERE WERE OCCUPANTS: ☐ 01 WORK ☐ 02 VISITING ☐ 03 VACATION ☐ 04 WEDDING ☐ 05 FUNERAL/WAKE ☐ 06 OTHER ☐ 07 UNKNOWN ☒ 08 DNA

58. UNUSUAL CHARACTERISTICS OF OFFENSE: See NARRATIVE

59. GANG RELATED – AFFILIATION: ☐ VICTIM UNK ☐ OFFENDER UNK

DATA ENTERED BD AREA 1

**PROPERTY**

71. DESCRIBE PROPERTY IN NARRATIVE — T = TAKEN; R = RECOVERED

1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMT. ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R | 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & Narc./Dang. Drugs ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R

DNA ☒

| 72. VEHICLE/TRAILER | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE | EXPIR. MO/YR | 73. PROPERTY INVENTORY NO(S). | 74. VEH. INVENTORY NO. POUND |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ STOLEN ☐ THEFT FROM ☐ OFFENDER'S | 90 | FORD | | GRAY | | BN 9244 | IL | UNK | | |

**NARRATIVE**

80. NARRATIVE (Do not duplicate or repeat information – for explanation or additional information only)

IN SUMMARY, WITNESS #2 STATED AS HE WAS WALKING OUT OF ABOVE ADDRESS, SOME UNKNOWN OFFENDER CAME INTO THE ABOVE LOCATION ARMED WITH A HANDGUN (.45 CAL SEMI AUTOMATIC). OFFENDER POINTED WEAPON AT VICTIM #1 AND SHOT ONE TIME TO THE HEAD. OFF/ then approached vic #2 and SHOT ONE TIME TO THE HEAD

81. SOBRIETY OF VICTIM: ☒ 1 SOBER ☐ 2 HBD
82. FLASH MESSAGE SENT? ☒ 1 YES ☐ 2 NO

**POLICE PERSONNEL**

91. EXTRA COPIES REQUIRED: ☐ NORMAL A/VC ☒ CONT'D. OTHER SIDE ☐ R.O.
92. OFFICER NOTIFYING FOLLOW-UP INVESTIG. UNIT: SGT McCOMB #2205 — UNIT NOTIFIED: A/VC — PERSON: BENOIT #2249 ☒ NOTIFIED ☐ ARRIVED — DATE (DAY-MO-YR): 26 MAY 94 — TIME: 0030
93. FIRST OFFICER AT SCENE: 710, 773A
94. OFFICER NOTIFYING ☐ 1ST D/S ☐ E.T. ☐ M.E.: SGT McCOMB #2205 1st D/S — PERSON: FROST #16335 ☒ NOTIFIED ☐ ARRIVED — DATE (DAY-MO-YR): 26 MAY 94 — TIME: 0035
95. REPORTING OFFICER'S NAME (PRINT): LAS HARRELL — STAR NO.: 12777 — OFFICER'S SIGNATURE: L S Harrell
DATE INVEST. COMPLETED–TIME: 26 MAY 94 0320
96. REPORTING OFFICER'S NAME (PRINT): P. BALLENTINE — STAR NO.: 18389 — OFFICER'S SIGNATURE: P. Ballentine
97. SUPERVISOR APPROVING (PRINT NAME): SGT LYNN GARMON — STAR NO.: 2166
APPROVAL SIGNATURE: Sgt Lynn Garmon — DATE APPROVED: 26 MAY 94 — TIME: 0400

CPD-11.380 (REV. 8/83)

CONTINUATION OF NARRATIVE

R.D. NO. Y-227658 Y227678

OFF/THEN PROCEEDED BACK TO VIC #1 and SHOT AGAIN. OFF/then went back to VIC #2 and SHOT two MORE TIMES. OFF/then fled in above described vehicle OFF(s) Fled N/b ON HALSTED. WITNESS #1 heard shots fired as he was going S/b ON HALSTED. WITNESS SAW THE FLEEING off/leave the premises and enter mentioned vehicle that fled N/b ON Halsted. Witness then followed and lost them Off(s) on CARPENTER. WITNESS #1 is a off duty P.O. 12th DISTRICT. WITNESS #3 (CASSIT. MANAGER) of above Location stated he only saw victim #2 fall to the ground and the back of the off as he fled the SCENE.

NOTIFICATIONS: DESK, COS, DET/ BET SGT 5110 BENOIT #2249, BET 5139 DWYER #20211, BET 5139 ARMATA #20202
CRIME LAB = BET 9602 BACHELDER #12680, DEMARCO #12802
[illegible], RICK #6191 (NOTIFY)
MEDICAL EX = THOMAS #55 0115 = MEDEX PROVINANCE VIC #1 DECEASE ON SCENE 435 MAY94 CASE TIME 0115 (NO CTENT). ON SCENE 5 cartiage casings 45. VEHICLE USED: FOUND ON 7622 carpenter by BET 611. LICENSES ON RESTAURANT UP TO DATE LIC #1300 400545 EXP 15 NOV 94. (FOOD DISPENSER)

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. SUPERVISOR'S SIGNATURE: Sgt Lynn Harmon 27MAY94 DATE (DAY-MO-YR.)

31 MAY 94 1 32

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

SHT

| I-UCR OFFENSE CODE | REV. CODE | I-UCR METHOD CODE | METHOD ASSIGNED | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE | REASSIGNED |
|---|---|---|---|---|---|---|---|---|---|
| ☑1 CORRECT ☐2 REVISED | | 4 0 0 | ☑1 FIELD ☐2 ADMIN. ☐3 SUMMARY | 610 | 20211 | 27May94 | 2155 | ☐1 YES ☐2 NO | ☐1 YES ☐2 NO |

OFFICER REASSIGNED — STAR NO. | DATE

STATUS: ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED ☐3 CLEARED CLOSED ☐4 CLEARED OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLEARED OPEN ☐7 CLOSED—NON-CRIMINAL

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST): ☐1 ARREST & PROSECUTION ☐2 DIRECTED TO FAMILY COURT ☐3 COMPL. REFUSED TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPTIONAL ☐ADULT ☐JUV.

VICTIM IDENTIFIERS ☐1 CORRECT ☐2 REVISED | VICTIM NO. | REVISED NAME: 1 of 2 | REVISED ADDRESS | REVISED PHONE NO. ☐HOME ☐BUSINESS

PERMANENT RETENTION FILE

VALUE OF PROPERTY TAKEN/RECOVERED ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC/DANG. DRUGS | 5 OTHER | 6 NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐R |

SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

PREPARED BY — SIGNATURE | (1) | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY — SIGNATURE | STAR NO. | DATE (DAY-MO-YR.)

GENERAL OFFENSE CASE REPORT CHICAGO POLICE

1. OFFENSE/INCIDENT–PRIMARY CLASSIFICATION: HOMOCIDE
I-UCR OFF. CODE: 0110
2. SECONDARY CLASSIFICATION: FIRST DEGREE MURDER
3. R.D. NO.: ~~Y-227658~~ Y227678 (Dwyer)

**SCENE**

4. ADDRESS OF OCCURRENCE: NO. 7403 DIR. S. STREET HALSTED
APT. NO.
5. FIRE RELATED: ☐ 1 YES ☒ 2 NO
6. DATE OF OCCURRENCE – TIME (DAY MO. YR.): 26 MAY 94 0020
7. BEAT OF OCCUR.: 732
8. BEAT/UNIT ASSIGN.: 777
9. TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE): RESTAURANT (HONEY SUB)
10. LOCATION CODE: 293
11. DATE R.O. ARRIVED – TIME: 26 MAY 94 0025
12. ASSIGNED BY: ☒ 1 C.O.S. ☐ 2 ON VIEW ☐ 3 SUPERVISOR

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**ADDITIONAL VICTIMS**

| 20. NO. VICTIMS | 21. NAME (LAST–FIRST–M.I.) | IDENTITY VERIFIED | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. TIME AVAIL. | 27. OCCUPATION | 28. INJURED YES NO | 29. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ☐ | | | | | | | | |
| | | ☐ | | | | | | | | |
| | | ☐ | | | | | | | | |

PARENT/GUARDIAN, IF JUVENILE

RACE CODES: 1-BLACK 2-WHITE 3-BLACK-HISPANIC 4-WHITE-HISPANIC 5-AMER. IND./ALASK. NAT. 6-ASIAN/PACIFIC ISLANDER

OFFENDER/VICTIM RELATIONSHIP CODES (Use for Member of the Same Family or Household): 01-WIFE 02-HUSBAND 03-FORMER WIFE 04-FORMER HUSBAND 05-MOTHER 06-FATHER 07-SON 08-DAUGHTER 09-BROTHER 10-SISTER 11-AUNT 12-UNCLE 13-MOTHER-IN-LAW 14-FATHER-IN-LAW 15-SON-IN-LAW 16-DAUGHTER-IN-LAW 17-BROTHER-IN-LAW 18-SISTER-IN-LAW 19-OTHER RELATIVE 20-GIRL FRIEND 21-BOYFRIEND 22-FRIEND/ACQUAINTANCE 23-OTHER–SPECIFY 24-NO RELATIONSHIP

**WITNESS**

30. NO. WIT. 31. ☐ 1 DISCOVERED ☐ 2 WITNESSED ☐ 3 REPORTED OFFENSE 32. 33. 34. 35. DNA ☐ UNK ☐

PERMANENT RETENTION FILE

**OFFENDER**

| 40. NO. OFF. | 41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 42. HOME ADDRESS | 43. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | MARKS, SCARS, ETC. | 44. C.B./I.R. NO. | 45. OFFENDER REL. CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**CIRCUMSTANCES**

50. 51. OBJECT/WEAPON ☐ 1 USED ☐ 2 DISPLAYED ☐ 3 UNK: ☐ 01 HAND GUN ☐ 02 SHOTGUN ☐ 03 RIFLE ☐ 04 KNIFE ☐ 05 VEHICLE ☐ 06 BLUNT INSTRUMENT ☐ 07 THROWN OBJECT ☐ 08 EXPLOSIVE ☐ 09 LIQUID/GAS ☐ 10 BOTTLE/GLASS ☐ 11 RAZOR ☐ 12 PRY TOOL ☐ 13 HAND, FEET ☐ 14 OTHER ☐ 15 DNA

52. FIREARM FEATURES: ☐ 01 CHROME/NICKEL ☐ 02 BLUE STEEL ☐ 03 SHORT BARREL ☐ 04 LONG BARREL ☐ 05 SAWED OFF ☐ 06 OTHER ☐ 07 UNKNOWN ☐ 08 DNA

53. POINT/ENTRY: ☐ 01 FRONT DOOR ☐ 02 REAR DOOR ☐ 03 WINDOW ☐ 04 ROOF ☐ 05 FLOOR ☐ 06 SIDE DOOR ☐ 07 OTHER ☐ 08 UNKNOWN ☐ 09 DNA

54. POINT/EXIT: ☐ 01 FRONT DOOR ☐ 02 REAR DOOR ☐ 03 WINDOW ☐ 04 ROOF ☐ 05 FLOOR ☐ 06 SIDE DOOR ☐ 07 OTHER ☐ 08 UNKNOWN ☐ 09 DNA

55. BURGLAR ALARM: ☐ DNA ON PREMISE ☐ 1 YES ☐ 2 NO ALARM CIRCUMVENTED ☐ 1 YES ☐ 2 NO

56. SAFE BURGLARY METHOD: ☐ 01 PUNCH ☐ 02 TORCH ☐ 03 EXPLOSIVE ☐ 04 DRILL ☐ 05 REMOVED ☐ 06 PEEL ☐ 07 OPEN ☐ 08 UNKNOWN ☐ 09 DNA

57. IF RESIDENCE, WHERE WERE OCCUPANTS: ☐ 01 WORK ☐ 02 VISITING ☐ 03 VACATION ☐ 04 WEDDING ☐ 05 FUNERAL/WAKE ☐ 06 OTHER ☐ 07 UNKNOWN ☐ 08 DNA

58. UNUSUAL CHARACTERISTICS OF OFFENSE

59. GANG RELATED – AFFILIATION: ☐ VICTIM ☐ OFFENDER

**PROPERTY**

70. 71. DESCRIBE PROPERTY IN NARRATIVE T = TAKEN; R = RECOVERED
1 MONEY, 2 JEWELRY, 3 FURS, 4 CLOTHING, 7 OFFICE EQUIPMT., 8 TV, RADIO, STEREO, 9 HOUSEHOLD GOODS, 0 CONSUM. GOODS, (-) FIREARMS, & Narc./Dang. Drugs, 5 OTHER, 6 NONE

72. VEHICLE/TRAILER ☐ STOLEN ☐ THEFT FROM ☐ OFFENDER'S | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE | EXPIR. MO/YR | 73. PROPERTY INVENTORY NO(S). | 74. VEH. INVENTORY NO. POUND

**NARRATIVE**

80. NARRATIVE (Do not duplicate or repeat information – for explanation or additional information only)

ALSO NOTIFIED 7TH DISTRICT LT. THOMPSON ALSO ZONE (6) AT 0150. CFD #14 TRANS-PORTED VICTIM #2 TO COOK COUNTY: VICTIM IS LISTED IN CRITICAL CONDITION BY DR. BRAKE (CCH).

81. SOBRIETY OF VICTIM: ☐ 1 SOBER ☐ 2 HBD
82. FLASH MESSAGE SENT? ☐ 1 YES ☐ 2 NO

**POLICE PERSONNEL**

90. 91. EXTRA COPIES REQUIRED ☐ NORMAL: A11/VC
☐ CONT'D. OTHER SIDE
92. OFFICER NOTIFYING FOLLOW-UP INVESTIG. UNIT — UNIT NOTIFIED, PERSON ☐ NOTIFIED ☐ ARRIVED, DATE (DAY-MO-YR) – TIME
93. FIRST OFFICER AT SCENE: 710, 773A ☐ R.O.
94. OFFICER NOTIFYING ☐ 1ST D/S ☐ E.T. ☐ M.E. — PERSON ☐ NOTIFIED ☐ ARRIVED, DATE (DAY-MO-YR) – TIME

95. REPORTING OFFICER'S NAME (PRINT): LAS HARRELL — STAR NO.: 12777 — OFFICER'S SIGNATURE: L.S. Harrell
DATE INVEST. COMPLETED–TIME: 26 MAY 94 0320
97. SUPERVISOR APPROVING (PRINT NAME): SGT LYNN GARMON — STAR NO.: 2166
96. REPORTING OFFICER'S NAME (PRINT): P. BALLENTINE — STAR NO.: 18389 — OFFICER'S SIGNATURE: P. Ballentine
APPROVAL SIGNATURE: Sgt Lynn Garmon — DATE APPROVED: 26 MAY 94 — TIME: 0400

CONTINUATION OF NARRATIVE

R.D. NO.

31 MAY 94 11 32

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE | DATE (DAY-MO-YR.)

SHT

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

| I-UCR OFFENSE CODE | REV. CODE | I-UCR METHOD CODE | METHOD ASSIGNED | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE | REASSIGNED |
|---|---|---|---|---|---|---|---|---|---|
| ☒ 1 CORRECT ☐ 2 REVISED | | 480 | ☒ 1 FIELD ☐ 2 ADMIN. ☐ 3 SUMMARY | 610 | 20211 | 27May94 | 2155 | ☐ 1 YES ☐ 2 NO | ☐ 1 YES ☐ 2 NO |

OFFICER REASSIGNED STAR NO. | DATE

STATUS: ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED ☐ 3 CLEARED CLOSED ☐ 4 CLEARED OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLEARED OPEN ☐ 7 CLOSED—NON-CRIMINAL

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST): ☐ 1 ARREST & PROSECUTION ☐ 2 DIRECTED TO FAMILY COURT ☐ 3 COMPL. REFUSED TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPTIONAL | ☐ ADULT ☐ JUV.

VICTIM IDENTIFIERS ☐ 1 CORRECT ☐ 2 REVISED | VICTIM NO. | REVISED NAME | REVISED ADDRESS | REVISED PHONE NO. ☐ HOME ☐ BUSINESS

2 of 2

VALUE OF PROPERTY TAKEN/RECOVERED ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 10 CONSUM. GOODS | 11 FIREARMS | 8 NARC/DANG. DRUGS | 5 OTHER | 6 NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T |
| ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R |

SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

PREPARED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.)

1

Identify and describe all property or possible evidence recovered at the end of the Narrative... found, or location... property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: DAY 26 MO. May YR. 94 — 0020

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: HOMICIDE -- 1ST DEGREE MURDER
I-UCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT/OFFENSE: [X] VERIFIED [ ] 2 CORRECTED — 7403 South Halsted
3. BEAT OF OCCUR.: 732

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: COCHRAN, MYRON
CORRECT: [X] YES [ ] 2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED: [ ] 1 YES [X] NO
7. BEAT ASSIGNED: 5121

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Honey Sub Restaurant
LOCATION CODE: 293
9. NO. OF VICTIMS: 2
10. NO. OF OFFENDERS: 4

CIRCUMSTANCES: 11. [ ] VERIFIED [ ] UPDATE TO — 12. OBJECT/WEAPON CODE NOS. — 13. FIREARM FEATURES CODE NO. — 14. POINT/ENTRY CODE NO. — 15. POINT/EXIT CODE NO. — 16. BURGLAR ALARM CODE NOS. — 17. SAFE BURGLARY METHOD CODE NO. — 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO.

19. PROPERTY: [ ] VERIFIED [ ] UPDATE TO — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.
1 MONEY [ ] T $ [ ] R — 2 JEWELRY [ ] T $ [ ] R — 3 FURS [ ] T $ [ ] R — 4 CLOTHING [ ] T $ [ ] R — 7 OFFICE EQUIPMENT [ ] T $ [ ] R — 8 TV, RADIO, STEREO [ ] T $ [ ] R
9 HOUSEHOLD GOODS [ ] T $ [ ] R — 0 CONSUM. GOODS [ ] T $ [ ] R — (-) FIREARMS [ ] T $ [ ] R — & NARC./DANGEROUS DRUGS [ ] T $ [ ] R — 5 OTHER [ ] T $ [ ] R — 6 NONE [ ] T [ ] R

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

PERMANENT RETENTION FILE

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|---|
| OFF 1 | 9645401 | 1004716 | 24 | OFF. 2 | | | | 1 | 610 |

33. OFF'S. VEHICLE [ ] USED [ ] STOLEN — YEAR — MAKE — BODY STYLE — COLOR — V.I.N. — STATE LICENSE NO. — STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. [ ] 1 DNA [ ] 2 VERIFIED [ ] 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA): d-n-a-
REV. CODE:
51. METHOD CODE: 400
52. METHOD ASSIGNED: [XX] 1 FIELD [ ] 3 SUMMARY
UNIT NO.: 610
53. STATUS: [ ] 0 PROGRESS [ ] 1 SUSPENDED [ ] 2 UNFOUNDED

STATUS CONT'D.: [ ] 3 CLRD. CLOSED [XX] 4 CLRD. OPEN [ ] 5 EXC. CLRD CLOSED [ ] 6 EXC. CLRD. OPEN [ ] 7 CLSD. NON-CRIM.
54. IF CASE CLEARED, HOW CLEARED: [XX] 1 ARREST & PROSEC. [ ] 2 DIRECTED TO JUV. CRT. [ ] 3 COMPL. RFUSD. TO PROSECUTE [ ] 4 COMMUNITY ADJUSTMENT [ ] 5 OTHER EXCEPT.
[XX] ADULT [ ] JUV.

55. [ ] FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035 03

80. NARRATIVE

This investigation continues on Page 2 of this report....

JUN 1 1 1994

35. R.D. NO.: Y- 227 678

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT):
91. DATE THIS REPORT SUBMITTED – DAY 07 MO. June YR. 94 — TIME 2230
92. SUPERVISOR APPROVING (PRINT NAME): Sgt Bonke 2108 — STAR NO.
SIGNATURE: Sgt Bonke
93. REPORTING OFFICER (PRINT NAME): Det. G. Carroll — STAR NO. 20346
SIGNATURE: G Carroll
94. REPORTING OFFICER (PRINT NAME): Det. J. O'Brien — STAR NO. 20466
SIGNATURE: Det. J. O'Brien
95. DATE APPROVED (DAY–MO.–YR.): 9 JUN 94 — TIME 2000

CPD-11.411-B (Rev. 8/85)

*MUST BE COMPLETED IN ALL CASES

HOMICIDE -- 1st Degree
Victim: Cochran



**IN CUSTODY:**

**WILLIAMS, CORDELL RICHARD** M-1-19yrs dob: [redacted]
6' 160 Blk Brn Med. SS# [redacted] Single
7622 South Carpenter, phone #994-6451
employed: Board of Education -- Kitchen Services
IR# 1004716 CB# 9645401

**WANTED:**

1. **EVANS, DAVID E.** M-1-17yrs. dob: [redacted]
   7306 South May, house 5'9 160 Blk Brn Dark
   IR#1062447 Blackstone Street Gang

2. **HARPER, LONDELL** M-1-17yrs dob: [redacted]
   8822 South Ashland, 2nd floor. 5'11 150 Blk Brn
   Blackstone Street Gang

3. **RUDDOCK, ANDRE** M-1-17yrs dob; [redacted]
   **A.K.A. "PUDGY"** 7505 South Carpenter, hse.
   5'10 150 Blk Brn Dark
   Blackstone Street Gang

Arresting Officers:

Bt. 731 P.O. Kane #10544 & P.O. Mangan #4688
Bt. 5122 Det. M. Rose #20698 & Det. J. Jones #20113
Bt. 5139 Det. R. Armta #20202 & Det. D. Dwyer #20211

PERMANENT RETENTION FILE

Date/Time/Location of Arrest: 26 May 94 @ 0130hrs -- 7622 South Carpenter (street)

Charges/Ct. Dt./Ct. Br.: **38-9-1a (2 counts -- victim Cochran & victim Johnson)**
set for 27 May 94 @ Br. 66

Manner/Motive:

Shooter enters restaurant and shot both victims' immediately without saying anything...
Offenders are members of the **Black Peacestone Street Gang** and mistook the victims' for members of a rival gang...

Personnel Assigned:

Bt. 5121 Det. G. Carroll #20346 & Det. J. O'Brien #20466
Bt. 5127 Det. J. Stehlik #21002 & Det. C. Gehrke #20385
Bt. 5122 Det. M. Rose #20698 & Det. J. Jones # 20113
Bt. 5139 Det. R. Armta #20202 & Det. D. Dwyer #20211

Notifications: Felony Review -- A.S.A. VACI

Evidence:

Inventory # 1292900 (A1 V.C.)
1 - colored IR photo -- cb#9603536
of David EVANS (aka DAY DAY)

Interviewed:

Sanders, Stanley M/B Chicago Police Officer --
(for purposes of a photo array)

16 JUN 94 13 20

Statements: WILLIAMS, CORDELL
(court reported statement taken by A.S.A. VACI)

**INVESTIGATION:** The R/D's (Carroll & O'Brien) were assigned to follow up on this investigation at the beginning of their tour of duty, 3rd Watch, 26 May 94, by Sgt. Griffin #1788, of this Command.

At this time, the R/D's met with the 2nd Watch Detectives assigned to this investigation (Stehlik and Gehrke) to ascertain what has been learned during the overall course of this investigation. Det.'s Gehrke & Stehlik briefed the R/D's. It was then learned that an individual was in custody with regards to this Homicide Investigation. One Cordell WILLIAMS had been arrested by 1st Watch personnel (Armta & Dwyer, Rose & Jones) from this unit. The interviews concerning WILLIAMS prior to the R/D's assignment are the subject of previous Detective Supplement Reports.

PERMANENT RETENTION FILE

The R/D's then had occasion to interview the arrestee WILLIAMS at about 1830hrs on 26 May 94. Prior to any interviews, WILLIAMS was informed of his Constitutional Rights which he acknowledged he understood. The R/D's then explained to the arrestee WILLIAMS the purpose of our interview as well as the reason as to why he was under arrest. WILLIAMS related that he was aware of the reasons and that he understood his rights and that he wished to speak with the R/D's in regards to this investigation.

In essence, but not verbatim, the arrestee WILLIAMS related that he and several of his friends had just returned into the neighborhood after visiting a friend (Paris MACKMORE) at Northwestern Hospital. Apparently, Mackmore had been the victim of a previous shooting... WILLIAMS was driving his car which he describes as a 1990 Ford Tempo LX, 4doors, gray in color. Along with WILLIAMS in the vehicle were 3 other Male Black occupants. 2 Male Blacks names he did not recall during this interview but a 3rd Male Black, he knew as "DAY DAY." WILLIAMS continued that as they drove through their neighborhood, down Halsted (northbound) at 74th Street, DAY DAY (who was seated behind the driver WILLIAMS) shouted to WILLIAMS to stop the car as DAY DAY had observed some "bricks" in the sub-sandwich shop at 74th & Halsted. WILLIAMS explained that the term "bricks" is street vernacular for "Disciples" -- a rival street gang. DAY DAY then tells WILLIAMS to pop the trunk. WILLIAMS knows there to be a handgun in the trunk as he observed DAY DAY place it in the trunk earlier in the evening. WILLIAMS does pop the trunk and DAY DAY retrieves the handgun and proceeds into the sandwich shop. WILLIAMS relates that he knows DAY DAY's intentions are to shoot at the individuals (bricks) inside the store. WILLIAMS further relates that after DAY DAY enters the shop, he heard several shots (4 to 5) and then observed DAY DAY running out of the shop and towards WILLIAMS car. -

16 JUN 94 13 20

**INVESTIGATION: (CONT.)...**

Prior to commencing the interview, A.S.A. advised WILLIAMS of his Constitutional Rights in which he related that he understood and that he wished to speak with the A.S.A.

During the subsequent interview with A.S.A. VACI, witnessed by Det. O'Brien #20466, arrestee WILLIAMS offered more detail then previously related in prior interviews. To wit, WILLIAMS was now identifying the two other individuals in his auto at the time of the shooting, being a Male Black known as ANDRE and a Male Black known as LONDELL. WILLIAMS went on to further say that he dropped LONDELL off at 87th and Ashland after the shooting. He had dropped ANDRE and DAY DAY off at 75th and Aberdeen.

Subsequently, the R/D's further recalled that in the previously cited Homicide from the summer of 1992 (RD#T-389835, victim: KING) one of the offenders in this Homicide was an ANDRE RUDDOCK who resided at 7505 South Aberdeen. WILLIAMS later verified this to be the same ANDRE with whom he referred too.

PERMANENT RETENTION FILE

Also, the R/D's recalled a second Homicide from the summer of 1992 which involved many of the same group as in the KING Homicide, in which a witness by the name of LONDELL from 87th and Ashland was interviewed. As such, a second Homicide file was located (RD# T-255280, victim: BETTS, 5 June 92 @ 7321 South May). A cursory examination of this file was made which revealed one Londell HARPER, M-1-17yrs -- dob: [redacted] of 8822 South Ashland, 2nd fl. WILLIAMS later verified this to be the same LONDELL with whom he referred too.

Subsequent to the oral interview with A.S.A. VACI, A.S.A. VACI informed WILLIAMS of the different types of statements available to him (oral, written and court reported). WILLIAMS elected to have his statement memorilized in court reported form. This statement was witnessed by Det. O'Brien #20466.

As a result of the R/D's investigation and the A.S.A. investigation: A.S.A. VACI approved a felony charge (2 counts) of Homicide) on the arrestee WILLIAMS. As such all necessary paperwork was completed with regards to the processing of the arrestee. Also, STOP ORDERS were placed on the three offenders identified by WILLIAMS as also being involved in this double Homicide (RUDDOCK, EVANS, & HARPER). At this time, the R/D's request that this case be considered Cleared and Open by Arrest of one offender.
THE INVESTIGATION CONTINUES........

**DET. G. CARROLL #20346** **DET. J. O'BRIEN #20466**

R/D's along with the remaining Aurora officers then converged on the apartment. R/D O'Brien was able to look into the apartment through the front door and observed the wanted offender, David Evans seated on a couch. R/D's then knocked on the door, and announced their office. At this time offender Evans was seen running from the sofa. R/D's then forced in the front door of the apartment, and proceeded in after the wanted subject. Evans was found in the kitchen area of the apartment, where he was taken into custody without incident. A further search of the apartment to clear it for the safety of the R/D's and Aurora P.D. officers revealed 2 handguns in a closet just off the living room where Evans had been seated on the sofa. R/D's also found a second subject inside the apartment. This subject identified himself as Ples Bernard Robinson. The two handguns recovered are described as follows; Intretec, Tec 22, 22 caliber semi-auto handgun, serial #048878. The second gun is described as a Savage Model 1917, .32 caliber semi-auto handgun, serial #254017. Both subjects, along with the two handguns were then transported into the Aurora P.D.

Upon arrival at the Aurora P.D., the R/D's interviewed both Ples Robinson, and Robert Jones, along with Charity Russell, who was taken into custody for Possession of a Controlled Substance. During these brief interviews, both Robinson and Jones stated that David Evans had made admissions to them about the shooting. At this time, the R/D's requested Jones and Robinson to accompany the R/D's back to Area 1, to which they agreed. David Evans was transported to Area 1 by officers of the Aurora P.D. in Aurora's prisoner van.

Upon arrival at Area 1, Robert Jones was interviewed, and gives the following statement, which is in summary;

**ROBERT JONES**....................stated that his nickname is Womack, and that around the week of Jun 19th, he was in the area of 73rd and May, and that he met Day-Day at this location. Jones stated that Day-Day asked him if he could stay at his house in Aurora for awhile, because he had shot someone. Jones stated that on the way to Aurora, he asked Day-Day what had happened, and Day-Day stated that some folks had shot at him and his friends at 73rd and May. Day-Day went on to tell Jones that he and Cordell went on a retaliation mission. Day-Day stated that they were driving around with Cordell looking for some Folks to shoot. Day-Day further stated that they saw 2 guys in the food store at 74th and Halsted that they thought were Folks. Jones stated that Day-Day said he went into the restaurant, and that he shot the Folks 3 or 4 times, inside the store. Jones stated that the man who was cooking came out from behind the counter and saw

2

PERMANENT RETENTION FILE

30 SEP 94 13 46

him, and that he then fled back to the car. Jones stated that when they drove off the police got behind them, and chased them at a high rate of speed. Jones stated that Day-Day told him that he got away, but that Cordell got caught up. Jones further related that Day-Day told him that he used a semi-automatic gun, and he further stated to Jones that "he tore their' ass up".

R/D's then interviewed Ples Bernard Robinson, who gives the following statement, which is also in summary;

**PLES BERNARD ROBINSON**...........states that he has been staying with Womack, Robert Jones for about 2 months. Robinson states that Day-Day came out to the house about a month ago, and that he had heard that Day-Day had shot a couple of folks, meaning Gangster Disciples. Robinson stated that the Blackstones and the G.D.'s are at war. Robinson stated that Day-Day told him that he had walked up on some Folks in a restaurant, and that he had walked up and shot them. Robinson stated that Day-Day told him that the victim's went down on the floor, and that one of the victim's curled up, and that he shot him in the chest. Robinson states that Day-Day told him the other victim put his arms over his head. Robinson stated that Day-Day told him that he shot one of the victim's twice, and the other victim three times. Robinson stated that Day-Day told him that after he did the shooting he fled back to a friends car, and that the police were right there, and chased them.

It should be noted that throughout the interviews, both Jones and Robinson referred to David Evans by his street name of Day-Day.

At the conclusion of the interviews with Jones and Robinson, the R/D's contacted Felony Review, and ASA Kathy Dietz responded into Area 1. Upon her arrival, ASA Dietz was advised of the facts and the status of the investigation. ASA Dietz then interviewed Robert Jones, and Ples Bernard Robinson, both of whom give the same statements as reported above.

At the conclusion of the interviews, ASA Dietz made this a continuing investigation so that line-ups could be conducted on the third watch. ASA Dietz further advised that witnesses Robinson and Jones be brought down to the Grand Jury to testify. A hold was placed on the offender Evans, and Robinson and Jones were transported by the R/D's to Br. 66, where they both testified before the Cook County Grand Jury in regards to this investigation.

PERMANENT RETENTION FILE

2

30 SEP 94 13 - 46

Upon returning to work on the third watch on 15 Aug 94, the R/D's contacted witnesses Alexander Pratt, and Chicago Police Officer Stanley Sanders for the purpose of conducting line-ups with the offender, David Evans. After arrangements were made for the line-ups, the R/D's interviewed David Evans. Evans was first advised of his constitutional rights as provided by Miranda, which stating that he understood. Evans then made the following statement, which is in summary;

**DAVID EVANS**....................denied any involvement in the shooting, stating that on the night of the shooting he was at a friends house at 69th and Crandon. When asked what his friends name was so that the R/D's could verify his alibi, Evans stated that he did not remember his friends name. R/D's then asked Evans his whereabouts on several other days around the time of the shooting, and Evans could not recall where he was on any other evening, except that of the evening of the shooting.

At 2000 hours a line-up was viewed by P.O. Sanders, who positively identified David Evans as the person he observed fleeing from the Sandwich Shop, and as the same person whom he chased into a waiting vehicle, as reported in the previous reports.

R/D's then contacted Felony Review, and ASA Biesty responded into Area 1. ASA Biesty then interviewed P.O. Sanders, who gives the same account of the incident as reported in the previous reports.

At 2330 hours a line-up was viewed by the eye witness, Alexander Pratt. Upon viewing the line-up, Pratt positively identified David Evans as the offender who shot and killed Billy Johnson and Myron Cochran.

ASA Biesty then interviewed Alexander Pratt, who gave the same account of the incident as reported in previous reports.

R/D's, along with ASA Biesty then again interviewed the offender, David Evans. Evans was again advised of his rights by ASA Biesty, which he again stated that he understood. At this time Evans makes the following statement, which is in summary;

2

PERMANENT RETENTION FILE

30 SEP 94 13 46

**DAVID EVANS**.....................during this interview Evans now stated that on the night of the shooting he was at a friend by the name of John Browns house. Evans first stated that Brown lived in an apartment building near 63rd and California. Later on during the interview Evans stated that Brown lived around 62nd or 63rd and Richmond. Evans could not provide the R/D's or the ASA with any additional information on Brown, or an exact address. Evans was also unable to provide the R/D's or the ASA with an approximate location of Browns residence or a description of said residence.

At the conclusion of the interviews, ASA Biesty approved two counts of 1st degree Murder against the offender, David Evans. At this time the R/D's request that this investigation continue to be classified as Cleared/Open.

**REPORT OF**......................Det. James O'Brien #20466
Det. Gerard Carroll #20346

PERMANENT RETENTION FILE

30 SEP 94 13 46

2

3 Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory number...) ... if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: DAY 26 MO. May YR. 94 — 0020

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: Homicide -- 1st Degree Murder
I-UCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT/OFFENSE: XX VERIFIED ☐ 2 CORRECTED — 7403 South Halsted
3. BEAT OF OCCUR.: 732

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: COCHRAN, Myron
CORRECT: XX 1 YES ☐ 2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED: ☐ 1 YES XX NO
7. BEAT ASSIGNED: 5121

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Honey Sub Restaurant
LOCATION CODE: 293
9. NO. OF VICTIMS: (2)
10. NO. OF OFFENDERS: 4

11. CIRCUMSTANCES ☐ VERIFIED ☐ UPDATE TO — 12. OBJECT/WEAPON CODE NOS. — 13. FIREARM FEATURES CODE NO. — 14. POINT/ENTRY CODE NO. — 15. POINT/EXIT CODE NO. — 16. BURGLAR ALARM CODE NOS. — 17. SAFE BURGLARY METHOD CODE NO. — 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO.

19. PROPERTY ☐ VERIFIED ☐ UPDATE TO — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.
1 MONEY ☐T $ ☐R — 2 JEWELRY ☐T $ ☐R — 3 FURS ☐T $ ☐R — 4 CLOTHING ☐T $ ☐R — 7 OFFICE EQUIPMENT ☐T $ ☐R — 8 TV, RADIO, STEREO ☐T $ ☐R
9 HOUSEHOLD GOODS ☐T $ ☐R — 0 CONSUM. GOODS ☐T $ ☐R — FIREARMS ☐T $ ☐R — NARC./DANGEROUS DRUGS ☐T $ ☐R — 5 OTHER ☐T $ ☐R — 6 NONE ☐T ☐R

PERMANENT RETENTION FILE

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | Johnson, Billy L. | 0110 | 841 W. 53rd St. | M-1-19 | 624-8527 | | XX | 24 |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

31. C.B. NO. — I.R. NO., Y.D. NO. OR J.D.A. NO. — OFFENDER REL. CODE — C.B. NO. — I.R. NO., Y.D. NO. OR J.D.A. NO. — OFFENDER REL. CODE — 32. NO. ARRESTED — ARREST. UNIT NO.
OFF 1 — OFF. 2

33. OFF'S. VEHICLE ☐ USED ☐ STOLEN — YEAR — MAKE — BODY STYLE — COLOR — V.I.N. — STATE LICENSE NO. — STATE

JUN 1 1994

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA): d-n-a--
REV. CODE:
51. METHOD CODE: 400
52. METHOD ASSIGNED: X 1 FIELD ☐ 3 SUMMARY
UNIT NO.: 610
53. STATUS: XX PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED

STATUS CONT'D.: ☐ 3 CLRD. CLOSED ☐ 4 CLRD. OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLRD. OPEN ☐ 7 CLSD. NON-CRIM.
54. IF CASE CLEARED, HOW CLEARED: ☐ 1 ARREST & PROSEC. ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT. ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035 03

80. NARRATIVE

Additional Victim: JOHNSON, Billy L. M-1-19yrs. Dob: [redacted]
841 West 53rd Street, Phone #624-8527, Single
SS# [redacted] IR# 1035158

Investigation; A telephone call was received by this office that the second victim (JOHNSON) had died from his wounds (per Cook County Hospital personnel).

Victim was pronounced at 2028hrs on 26 May 94.

The victim's remains were transported to the Medical Examiner's Office as recorded under case # 452 May 94 and scheduled for autopsy on 27 May 94.

35. R.D. NO. Y - 227 678

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT):
91. DATE THIS REPORT SUBMITTED – DAY 7 MO. June YR. 94 TIME 1800
92. SUPERVISOR APPROVING (PRINT NAME): Sgt Bonke STAR NO. 2108
93. REPORTING OFFICER (PRINT NAME): Det. G. Carroll STAR NO. 20346
94. REPORTING OFFICER (PRINT NAME): Det. J. O'Brien STAR NO. 20466
SIGNATURE: Sgt Bonke
SIGNATURE: G Carroll
SIGNATURE: O'Brien
95. DATE APPROVED (DAY–MO.–YR.): 9 JUN 94 TIME:

CPD-11.411-B (Rev. 8/85)
*MUST BE COMPLETED IN ALL CASES

16 JUN 94 13 - 20

Identify and describe property ... Narrative ... (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: 26-MAY-94 0020

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE (XX 1 VERIFIED ☐ 2 CORRECTED) | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/First Degree Murder | 0110 | 7403 S. Halsted | 732 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| COCHRAN, Myron | XX YES ☐ 2 NO | | ☐ 1 YES XX 2 NO | 5118 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Honey Sub Restaurant | 293 | two | four |

CIRCUMSTANCES: 11. ☐ VERIFIED ☐ UPDATE TO — 12. OBJECT/WEAPON CODE NOS. — 13. FIREARM FEATURES CODE NO. — 14. POINT/ENTRY CODE NO. — 15. POINT/EXIT CODE NO. — 16. BURGLAR ALARM CODE NOS. — 17. SAFE BURGLARY METHOD CODE NO. — 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO.

19. PROPERTY — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.
☐ VERIFIED ☐ UPDATE TO — 1 MONEY, 2 JEWELRY, 3 FURS, 4 CLOTHING, 7 OFFICE EQUIPMENT, 8 TV, RADIO, STEREO, 9 HOUSEHOLD GOODS, 0 CONSUM. GOODS, FIREARMS, NARC./DANGEROUS DRUGS, 5 OTHER, 6 NONE

PERMANENT RETENTION FILE

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES/NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | JOHNSON, Billy | 0110 | 841 W 53rd St | M/1/19 | 624 -85-27 | | | 24 |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | HARPER, Londell | 8822 S. Ashland (2nd.) | M/1/17 | 602 | | BRO | BLK | MEDIUM |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|---|
| OFF 1 | 9647402 | 1075637 | 24 | OFF. 2 | | | | 01 | 610 |

33. OFF'S. VEHICLE ☐ USED ☐ STOLEN — YEAR — MAKE — BODY STYLE — COLOR — V.I.N. — STATE LICENSE NO. — STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. XX 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | DNA | 460 | XX FIELD ☐ 3 SUMMARY | 610 | ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED |

STATUS CONT'D.: ☐ 3 CLBD. CLOSED XX 4 CLRD. OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLRD. OPEN ☐ 7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED: XX ARREST & PROSEC. ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT. — XX ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. RCK 20106

80. NARRATIVE

Crime Analysis Unit Code: GNS

THIS CASE PREVIOUSLY CLEARED/OPEN AND REMAINS CLEARED/OPEN

ARREST OF OFFENDER

VICTIMS: COCHRAN, Myron L. M/1/18 DOB [redacted]
732 W. 54th St. tx. 268-2212
Gang Affiliation: none

JOHNSON, Billy L. M/1/19 DOB [redacted]
841 W. 53rd St. tx. 624-8527
Gang Affiliation: none

CONTINUED ON PAGE TWO:

JAN 18 1995

35. R.D. NO. Y 227 678

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 14-JAN-95 | 1300 | Sgt. Edward Griffin | 1798 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Robert Lenihan | 20593 | Bernard Ryan | 20867 | (signature) |

SIGNATURE: Robert Lenihan — SIGNATURE: B Ryan — 95. DATE APPROVED (DAY–MO.–YR.): 14 Jan 95 TIME: 1300

CPD-11.411-B (Rev. 8/85) *MUST BE COMPLETED IN ALL CASES

20 JAN 95 13 37

Identify and describe property ... Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximate or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: DAY 26 MO. May YR. 94 — 0020

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: Homicide/murder, 1st Degree
I-UCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT/OFFENSE: 7403 S. Halsted — XX 1 VERIFIED ☐ 2 CORRECTED
3. BEAT OF OCCUR.: 732

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: Cochran, Myron
CORRECT: XX YES ☐ 2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED: ☐ 1 YES XX 2 NO
7. BEAT ASSIGNED: 5121

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Restaurant (Honey Sub Shop)
LOCATION CODE: 293
9. NO. OF VICTIMS: 2
10. NO. OF OFFENDERS: 4

CIRCUMSTANCES: 11. ☐ VERIFIED ☐ UPDATE TO | 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO.

19. PROPERTY: DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.
☐ VERIFIED ☐ UPDATE TO
1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R
9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

PERMANENT RETENTION FILE

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|---|
| OFF 1 | 9807568 | 1062447 | | OFF. 2 | | | | 1 | 610 |

33. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE: 400 | 51. METHOD CODE: 400 | 52. METHOD ASSIGNED: XX FIELD ☐ 3 SUMMARY | UNIT NO. 610 | 53. STATUS: ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED

STATUS CONT'D.: ☐ 3 CLRD. CLOSED XX 4 CLRD. OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLRD. OPEN ☐ 7 CLSD. NON-CRIM.
54. IF CASE CLEARED, HOW CLEARED: XX ARREST & PROSEC. ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT. | XX ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035 85

80. NARRATIVE

THIS IS AN ADDITIONAL REPORT ON A PREVIOSLY CLEARED/OPEN HOMICIDE:

THE TEXT OF THIS REPORT BEGINS ON PAGE 2

CAU CODE: (GNS)

35. R.D. NO. Y-227658 Y-227678

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT)

91. DATE THIS REPORT SUBMITTED – DAY 21 MO. Sep YR. 94 TIME 2300

92. SUPERVISOR APPROVING (PRINT NAME): Sgt Bonke STAR NO. 2108
SIGNATURE: Sgt Bonke

93. REPORTING OFFICER (PRINT NAME): Det. James O'Brien STAR NO. 20466
SIGNATURE: Det. James O'Brien

94. REPORTING OFFICER (PRINT NAME): Det. Gerard Carroll STAR NO. 20346
SIGNATURE: Det. Gerard Carroll

95. DATE APPROVED (DAY–MO.–YR.): 25 SEPT 94 TIME 1900

CPD-11.411-B (Rev. 8/85) — *MUST BE COMPLETED IN ALL CASES

2

30 SEP 94 13 - 46

# SUPPLEMENTARY REPORT
CHICAGO POLICE

All descriptions and statements in this entire report are ...

| Field | Entry |
|---|---|
| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | HOMOCIDE / 1st Degree Murder |
| I-UCR OFF. CODE | 0110 |
| 2. ADDRESS OF ORIG. INCIDENT/OFFENSE (☒ VERIFIED ☐ 2 CORRECTED) | 7403 S. Halsted |
| 3. BEAT OF OCCUR. | 732 |
| 4. DATE OF ORIG. OCCURRENCE – TIME | 26 May 94 0020 |
| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | COCHRAN Myron |
| CORRECT | ☐ 1 YES ☐ 2 NO |
| 6. FIRE RELATED | ☐ 1 YES ☒ NO |
| 7. BEAT ASSIGNED | 731 |
| 8. VICTIM'S/SUBJECT'S ADDRESS | 732 W 54th Pl |
| 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | Residence |
| LOCATION CODE | 293 |

10. PROPERTY — DESCRIBE PROPERTY IN NARRATIVE T = TAKEN; R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R | PROPERTY INVENTORY NO(S). |
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R | |

OFFENDERS

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1 Black Hooded Sweatshirt Dark Jeans | | M/1/23 | 5-10 | 160 | Brn | Blk | Drk |
| 2 | | | | | | | |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

PERMANENT RETENTION FILE

| 16. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☒ USED ☐ STOLEN | 90 | Ford | 4dr | Tan | UNK | BN 9244 | IL |

80. NARRATIVE

In Summary: R/Os monitored a flash given about above incident describing vehicle used to make escape. COS related that vehicle was registered to 7622 S. Carpenter. R/Os armed with this information proceeded to that location where they observed above vehicle parked in front of that location. R/Os along with Bt 611 went up to residence where they were met by WILLIAMS Brenda F/1 who stated that it was her vehicle, ~~and~~ that her son had used car earlier and that no one else had driven it. R/Os then interviewed the son NKA WILLIAMS Cordell M/1/19 who related that he did drive vehicle earlier but arrived home at 2230 hrs and hadn't been out since. Cordell further related that no one else had driven vehicle. Witness, off duty P.O. SANDERS #8603 positively identified vehicle as one the offender fled scene in. WILLIAMS Cordell was then transported to A1 for further investigation.

17. RD NO. Y-227698

☐ CONTINUED OTHER SIDE

| Field | Entry |
|---|---|
| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | |
| 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | 26 May 94 |
| TIME | 0315 |
| 92. SUPERVISOR APPROVING (PRINT NAME) | SGT LYNN GARMON |
| STAR NO. | 2166 |
| 93. REPORTING OFFICER (PRINT NAME) | KANE |
| STAR NO. | 10544 |
| SIGNATURE | M Kane |
| 94. REPORTING OFFICER (PRINT NAME) | MANGAN |
| STAR NO. | 4688 |
| SIGNATURE | B Mangan |
| SIGNATURE (SUPERVISOR) | Sgt Lynn Garmon |
| 95. DATE APPROVED (DAY-MO.-YR.) | 26 MAY 94 |
| TIME | 0730 |

CPD-11.411-A (REV. 8/85)

*MUST BE COMPLETED IN ALL CASES

Y227698

Dwyer

(37)

CONTINUATION OF NARRATIVE

2

R.D. NO.

31 MAY 95 11 32

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

SUPERVISOR'S SIGNATURE

STAR NO.

DATE (DAY-MO.-YEAR)

Detective Division
Area-One Violent Crimes

Y 227678
RD# ~~Y-227658~~
26 May 1994

male black occupants and furnished R/D's with a description of the wanted shooter.

The arrestee was then interviewed after being informed of his Constitutional Rights which he acknowledged he understood. The arrestee again stated he got home at 2230 hours and denied being involved in the Homicide investigation. Stated that he picked up two friends known to him only as Vino and Chris in the vicinity of 83rd and Exchange. That all three of them went to the Northwestern hospital to visit another friend known as Paris Mackmore who was the victim of a shooting. That after the visit the three of them went drinking in the area of 83rd and Saginaw. Stated he dropped the two off and arrived home at 2230 hours. Regarding his father missing revolver stated he took the gun and about one week ago someone took it out of the vehicle he was using and has no knowledge to it whereabouts.

The arrestee was subsequently interviewed by Det Rose and at this time stated substantially the same as previously but added after dropping off Vino and Chris he picked up several male blacks and doesn't known their names or where he dropped them off. The arrestee refused to stated what transpired while with these individuals. Stated that he had been drinking and is not responsible for anything that happen. Stated that he got home between 2300 hours and midnight.

This investigation continues and any further information will be the subject of an additional report.

Det. Ron Armata #20202
Det. Dennis Dwyer #20211

PERMANENT RETENTION FILE

-3 JUN 94 13 - 46

Y227678

Detective Division
Area-One Violent Crimes

RD# ~~Y-227658~~
26 May 1994

PERMANENT RETENTION FILE

R/D's then proceeded to 7622 S. Carpenter where Beat 611 was sitting on the car with license plate BN9244 Ill. 94. This is the license number that off duty Officer Stanley Sanders reported as the car that the offender got into. R/D's were standing next to the auto when Cordell Williams came out of the house. R/D's asked Williams about the auto. He said that it is his mother's vehicle but he was driving it this evening arriving home at about 2230 hours and has been home since. R/D's had checked the radiator of the vehicle and found same to be very hot indicating the vehicle was recently driven. Beat #9602 arrived at the scene and photographed the vehicle along with obtaining latent prints on the rear passenger window of said vehicle. Officer Sanders was transported to this location and positively identified the vehicle as the same one the shooter got into and the one he had pursued. The vehicle was then towed to pound #1 for the continuing investigation.

Cordell Williams was then placed under arrest and transported into the area for the continuing investigation and his parents were notified of the circumstances regarding the arrest, the towing of the vehicle, and interviewed.

Brenda Williams was interviewed and stated that she was sleeping and heard her son come in but is not sure if it was before or after midnight. Stated that when she got up at 0100 hours her son was at home.

Odell Williams stated he didn't known what time his son got home but informed R/D's that he found a 38 caliber five shot 2" barrel B/S revolver serial number unknown in the alley about five or six years ago. Stated he had this gun hidden on his rear porch but discovered it missing earlier this evening.

Myron Cochran's mother Konzadia Cochran was notified of the incident and during the interview was unable to aid in the investigation. Mrs Cochran stated to her knowledge her son was not involve with gangs or drugs. That he has a job at Popeyes, a girlfriend and got ten dollars from her and was going to the show.

-3 JUN 94 13 - 46

Y227678

Detective Division
Area-One Violent Crimes

RD# ~~Y-227658~~
26 May 1994

PERMANENT RETENTION FILE

Billy Johnson's grandfather Odell Johnson stated the victim resides with him and Mr Johnson was unable to aid any further with this investigation.

Upon arriving at the area office the following witnesses were interviewed and stated in summary the following;

Salah Khan stated he was working the counter and while preparing an order heard one gunshot and seen the shooter fire at the floor. Stated the shooter then pointed the gun at him and fired again into the floor. That after the shooter ran out of the restaurant he discovered that two people had been shot. The witness furnished R/D's with a description of the wanted offender.

Alexander Pratt stated he was waiting for the rest of his order and standing near the door. That the only other people in the restaurant were the two victims when he observed the shooter walk in past him with the gun in his hand. That the shooter without saying anything walked up and shot the fatal victim once in the back of the head, turned and shot the other victim who was standing near the window. Stated he then ran out on the street and through the front window observed the shooter firing several more shots at both victims as they laid on the floor. That the shooter then ran out of the restaurant to a waiting vehicle which was parked about 7347 S. Halsted and the offender got into the rear driver's seat. That the vehicle fled north on Halsted and was pursued by a brown Ford vehicle which made a U-turn and followed. The witness furnished R/D's with a description of the wanted shooter.

Officer Stanley Sanders who was off duty stated he was driving south on Halsted and as he got adjacent to the restaurant heard four to five gunshots, seen a male black run out holding the front of his sweatshirt and get into the rear driver's seat of a vehicle bearing Illinois license BN 9244. Stated that the vehicle was pulling away and the offender fell twice trying to enter said vehicle. The vehicle then fled north on Halsted to east 73rd street and the officer followed the vehicle to 75th and Carpenter where he lost it. Stated the vehicle had four

-3 JUN 94 13 - 46

Detective Division
Area-One Violent Crimes

Y 227678
RD# ~~Y-227658~~
26 May 1994

PERMANENT RETENTION FILE

WILLIAMS Odell M/N age 51, DOB [redacted] of 7622 S. Carpenter, Phone# 994-6451.

Investigation: On 26 May 1994 at 0040 hours Reporting Detectives were assigned by Sgt. Benoit to investigate one man fatally shot with another man shot and enroute to the hospital from 7403 S. Halsted.

Upon arrival at the scene which was secured by district personnel R/D's ascertained the circumstances regarding the incident, further that the shooter was observed fleeing by an off duty Chicago police officer who obtained the license number while pursuing said vehicle which the officer lost in the vicinity of 75th and Carpenter. Subsequently the wanted vehicle was located at 7622 S. Carpenter where it is registered.

Investigation at the scene revealed that the incident occurred within the Honey Sub Restaurant which has only a walk up counter and no eating facility within the premise. The victim Myron Cochran was observed laying on his right side with his head to the east and his feet to the west. The victim had a large pool of blood around his head and sustained one embedded gunshot wound to the back of the head. This victim was holding three one dollar bills in his right hand and was clad in the following; Dark blue baseball cap, Black\Green\Gold jacket, Black belt, Blue jeans and white gym shoes. M. E. Thompson arrived at the scene and pronounced the victim at 0115 hours. The victim was then removed to the Forensic Institute.

Additionally to the west of the victim in front of the plate glass window was another large pool of blood with a jacket, baseball cap and wallet. Scattered about the floor were five spent 45 caliber cartridge casings and one fired bullet. This evidence was recovered and inventoried by the crime lab and R/D's. This area is where the victim Billy Johnson was shot and collapsed. Johnson was removed by the paramedics, taken to the County hospital and listed in critical condition with a gunshot wound to the head and chest.



SOTOS-WILLIAMS 203

-3 JUN 94 13 - 47

Detective Division
Area-One Violent Crimes

Y227678
RD# ~~Y-227658~~
26 May 1994

Sgt. D. Benoit #2249
Det. J. Jones #20113
Det. M. Rose #20698
Det. N. Crescenzo #20445
Det. D. Dwyer #20211
Det. R. Armata #20202
(Area One Violent Crimes)

Witnesses:

SANDERS Stanley M/B Chicago Police Officer, Star# 8603, Employee# 717069, DOA 4 April 1977 assigned to the 12th District Tactical Unit, Phone# 746-8308, Home# 783-4384.

PRATT Alexander Butler Jr. M/B age 37, DOB [redacted] of 7341 S. Green, Phone# 873-1128, Married, Employed as Security for a Burglar Alarm company, S.S.# [redacted]

KHAN Salah M/Arab age 26, DOB [redacted] of 8056 S. Ashland #2, Phone# 723-4185, Single Employed at the Honey Sub Shop 7403 S. Halsted, Phone# 783-4500, S.S.# [redacted]

PERMANENT RETENTION FILE

Statements:

Oral statements

Interviewed:

CHOCRAN Konzadia F/B age 38, DOB [redacted] of 732 W. 54th Street, Phone# 268-2212.

JOHNSON Odell S. M/B age 55, DOB [redacted] of 841 W. 53rd Street, Phone# 624-8527.

WILLIAMS Brenda F/B age 45, DOB [redacted] of 7622 S. Carpenter, Phone# 994-6451.

-3 JUN 94 13 - 47

Detective Division
Area-One Violent Crimes

Y227678
RD# ~~Y-227658~~
26 May 1994

Inventory# 1292892 (610)
(1) Twenty dollar bill
(4) One dollar bills
(2) ten cent coins
(6) Pennies

Inventory# 1292893 (610)
(1) Black zippered wallet containing misc identification.
(1) Black\Green\Purple B\B Cap
(1) Black\Red Jacket

Inventories 1292892 & 893 is the property of victim Billy Johnson.

Latent prints recovered from vehicle.

Photographs of the victim and crime scene including the vehicle used.

PERMANENT RETENTION FILE

Medical Examiner's Number: 435 May 1994

Personnel Assigned:

Sgt. M. McComb #2205
P.O. L. Harrell #12777
P.O. P. Ballentine #18389
P.O. M. Kane #10544
P.O. B. Mangan #4688
P.O. K. Osborn #8137
P.O. A. Fox #7186
(7th District)

Sgt. A. Schuch #2102
P.O. C. Dixon #17242
(6th District)

Tech Bachelder #12680
Tech DeMarco #12802
(crime Lab)

1

-3 JUN 94 13 - 47

Detective Division
Area-One Violent Crimes

Y227678
RD# ~~Y-227658~~
26 May 1994

the scene and also described as having a silver or nickel finish.

| | |
|---|---|
| Location: | 7403 S. Halsted in the Honey Sub Restaurant. |
| Date & Time: | 26 May 1994 at 0020 hours (Thursday) |
| Weather & Lighting: | Temperature was in the 50's with in-door artificial lighting. |
| Manner & Motive: | Shooter entered restaurant and shot both victims immediately without saying anything. Motive is unknown at this time. |
| Identified By: | Photo-identification at the scene. Formal identification to be made by the mother. |
| Vehicle Used: | 1990 Ford Tempo LX model gray in color with four doors bearing Illinois license# BN 9244, Chicago city license# P813996 and VIN# 1FAPP37X9LK109988. Vehicle was towed to Pound #1 for the continuing investigation. |
| Property Taken: | None |
| Evidence: | Inventory# 1323338 (177)<br>(5) 45 caliber cartridge casings. Recovered in the restaurant at 7403 S. Halsted.<br>(1) Fired bullet recovered in the restaurant at 7403 S. Halsted. |

PERMANENT RETENTION FILE

-3 JUN 94 13 - 47

Y227678

Detective Division
Area-One Violent Crimes

RD# ~~Y-227658~~
26 May 1994

| | |
|---|---|
| Arresting Officers: | Det. Ron Armata #20202<br>Det. Dennis Dwyer #20211<br>Det. James Jones #20113<br>Det. Michael Rose #20698<br>(Area One Violent Crimes)<br><br>P.O. Kane #10544<br>P.O. Mangan #4688<br>(7th District) |
| Date/Time & Location of Arrest: | 26 May 1994 at 0130 hours<br>7622 S. Carpenter on the street |
| Charges/Court Branch & Date: | 1st Degree Murder Pending |
| Injuries: | (COCHRAN)<br>(1) Fatal embedded gunshot wound to the back of the head.<br><br>(JOHNSON)<br>(1) Embedded gunshot wound to the back of the head.<br>(1) T&T gunshot wound to the right side of the chest. Arm pit region. |
| Taken To: | Myron Cochran was pronounced at the scene by M.E. Thompson #55 at 0115 hours and removed to the Forensic Institute for the pending autopsy.<br><br>Billy Johnson was transported to the Cook County hospital by C.F.D. ambulance #14 and listed in critical condition by Dr. Crosby. |
| Weapon: | 45 caliber semi-automatic handgun due to spent cartridge casing at |

PERMANENT RETENTION FILE

-3 JUN 94 13 - 47

Detective Division
Area-One Violent Crimes

Y227678
RD# ~~Y-227658~~
26 May 1994

| | |
|---|---|
| Victim: | COCHRAN Myron L. M/B age 18, DOB [redacted] of 732 W. 54th Place, 2nd floor west, Phone# 268-2212, Single, Employed at Popeyes Restaurant 54th and Halsted S.S.# [redacted] |
| Additional Victims: | JOHNSON Billy L. M/B age 19, DOB [redacted] of 841 W. 53rd Street, Phone# 624-8527, Single, S.S.# [redacted] IR# 1035158. |
| In Custody: | WILLIAMS Cordell Richard M/B age 18, DOB [redacted] of 7622 S. Carpenter, Phone# 994-6451, Single, Employed by the Board of Education Kitchen Services at 63rd and Western, S.S.# [redacted] IR# 1004716. |
| Wanted Offenders: | M/B age 20-24, 5-10 to 6-0, 150 to 160, short nappy hair style, dark complexion, wearing a black hooded sweatshirt, black pants and white gym shoes with a possible dark colored baseball cap which had a white colored ball on the front, armed with a 45 caliber semi-automatic handgun, silver or nickel finish.<br><br>(2) Unknown male blacks - No description available. |
| Gang Affiliation: | Arrestee is a Blackstone gang member. |

PERMANENT RETENTION FILE

-3 JUN 94 13 47

Identify and describe all property or possible evidence (include serial numbers, ... Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: 26 May 1994 0020

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE (☒ 1 VERIFIED ☐ 2 CORRECTED) | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Homidice/1st Degree Murder | 0110 | 7403 S. Halsted | 732 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| COCHRAN Myron | ☒ 1 YES ☐ 2 NO | | ☐ 1 YES ☒ 2 NO | 5139 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Honey Sub Restaurant | 293 | (1) | 4 |

CIRCUMSTANCES: 11. ☒ VERIFIED ☐ UPDATE TO — 12. OBJECT/WEAPON — 13. FIREARM FEATURES — 14. POINT/ENTRY — 15. POINT/EXIT — 16. BURGLAR ALARM — 17. SAFE BURGLARY METHOD — 18. IF RESIDENCE WHERE WERE OCCUP.

PROPERTY: 19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED. FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

☒ VERIFIED ☐ UPDATE TO — 1 MONEY, 2 JEWELRY, 3 FURS, 4 CLOTHING, 7 OFFICE EQUIPMENT, 8 TV, RADIO, STEREO, 9 HOUSEHOLD GOODS, 0 CONSUM. GOODS, FIREARMS, NARC./DANGEROUS DRUGS, 5 OTHER, 6 NONE

PERMANENT RETENTION FILE

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | JOHNSON Billy L. | 041A | 841 W. 53rd Street | M/1/19 | 624-8527 | None | | UNK |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | WILLIAMS Cordell R. | 7622 S. Carpenter | M/1/19 | 6-0 | 160 | Brn | Blk | Drk |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF 1: 9645401 | 1004716 | 024 | OFF 2: | | | 1 | 610 |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☒ USED ☐ STOLEN | 1990 | Ford | 4dr | Gray | 1FAPP37X9LK109988 | BN 9244 | Il |

34. SERIAL NOS. OR IDENTIFICATION NOS. ☒ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | 400 | XX FIELD ☐ 3 SUMMARY | 610 | ☒ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED |

STATUS CONT'D. ☐ 3 CLRD. CLOSED ☐ 4 CLRD. OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLRD. OPEN ☐ 7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED: ☐ 1 ARREST & PROSEC. ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT. ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035 03

80. NARRATIVE

Crime Analysis Code: DNA

Case Status: Field Investigation:

Progress Report

Continued on Page 2

35. R.D. NO. Y227258

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 26 May 1994 | 0930 | BENOIT | 2249 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. Ron Armata | 20202 | Det. Dennis Dwyer | 20211 | D Benoit |

SIGNATURE: Ron Armata — SIGNATURE: Dennis Dwyer — 95. DATE APPROVED (DAY–MO.–YR.): 27 MAY 94 — TIME: 0001

CPD-11.411-B (Rev. 8/85) — *MUST BE COMPLETED IN ALL CASES

-3 JUN 94 13 - 47

Identify and describe property ... Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include ... if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
**CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY**

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: 26 May 94 — 0020

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: Homicide - Murder
I-UCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT/OFFENSE: [X] 1 VERIFIED [ ] 2 CORRECTED — 7403 South Halsted
3. BEAT OF OCCUR.: 732

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: Cochran, Myron
CORRECT: [X] 1 YES [ ] 2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED: [ ] 1 YES [X] 2 NO
7. BEAT ASSIGNED: 5121

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Honey Sub Shop
LOCATION CODE: 293
9. NO. OF VICTIMS: 2
10. NO. OF OFFENDERS: 4

CIRCUMSTANCES: 11. [X] VERIFIED [ ] UPDATE TO — 12. OBJECT/WEAPON — 13. FIREARM FEATURES — 14. POINT/ENTRY — 15. POINT/EXIT — 16. BURGLAR ALARM — 17. SAFE BURGLARY METHOD — 18. IF RESIDENCE WHERE WERE OCCUP.

19. PROPERTY: [X] VERIFIED [ ] UPDATE TO
DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN: R = RECOVERED
FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.
1 MONEY / 2 JEWELRY / 3 FURS / 4 CLOTHING / 7 OFFICE EQUIPMENT / 8 TV, RADIO, STEREO / 9 HOUSEHOLD GOODS / 0 CONSUM. GOODS / (-) FIREARMS / & NARC./DANGEROUS DRUGS / 5 OTHER / 6 NONE

VICTIMS UPDATE ONLY: 20. NAME (LAST–FIRST–M.I.) — 21. I-UCR OFFENSE CODE — 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) — 23. SEX–RACE–AGE CODE — 24. HOME PHONE — 25. BUSINESS PHONE — 26. INJURED YES NO — 27. VICTIM REL. CODE
1.
2.
3.

PERMANENT RETENTION FILE

OFFENDERS UPDATE ONLY: 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) — 29. HOME ADDRESS — 30. SEX–RACE–AGE CODE — HEIGHT — WEIGHT — EYES — HAIR — COMPL.
1.
2.
31. C.B. NO. — I.R. NO., Y.D. NO. OR J.D.A. NO. — OFFENDER REL. CODE — C.B. NO. — I.R. NO., Y.D. NO. OR J.D.A. NO. — OFFENDER REL. CODE — 32. NO. ARRESTED — ARREST. UNIT NO.
OFF 1 — OFF. 2

33. OFF'S. VEHICLE [ ] USED [ ] STOLEN — YEAR — MAKE — BODY STYLE — COLOR — V.I.N. — STATE LICENSE NO. — STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. [ ] 1 DNA [ ] 2 VERIFIED [ ] 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA): dna
REV. CODE — 51. METHOD CODE
52. METHOD ASSIGNED: [X] 1 FIELD [ ] 3 SUMMARY
UNIT NO.: 610
53. STATUS: [X] 0 PROGRESS [ ] 1 SUSPENDED [ ] 2 UNFOUNDED
STATUS CONT'D.: [ ] 3 CLRD. CLOSED [ ] 4 CLRD. OPEN [ ] 5 EXC. CLRD. CLOSED [ ] 6 EXC. CLRD. OPEN [ ] 7 CLSD. NON-CRIM.
54. IF CASE CLEARED, HOW CLEARED: [ ] 1 ARREST & PROSEC. [ ] 2 DIRECTED TO JUV. CRT. [ ] 3 COMPL. RFUSD. TO PROSECUTE [ ] 4 COMMUNITY ADJUSTMENT [ ] 5 OTHER EXCEPT. — [X] ADULT [ ] JUV.

55. [ ] FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 2 1035 93

80. NARRATIVE

Line Up Supplemental Report...

(610)

Additional Victim: JOHNSON, BILLY L. M-1-18yrs.

TEXT BEGINS ON PAGE 2....

35. R.D. NO. Y-327478 X-227658

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT)
91. DATE THIS REPORT SUBMITTED – DAY MO. YR.: 16 Aug 94 — TIME: 0200
92. SUPERVISOR APPROVING (PRINT NAME): Laborac — STAR NO.: 1139
SIGNATURE: [signature]
93. REPORTING OFFICER (PRINT NAME): Det. G. Carroll — STAR NO.: 20346
SIGNATURE: G Carroll
94. REPORTING OFFICER (PRINT NAME): Det. J. O'Brien — STAR NO.: 20466
SIGNATURE: J. O'Brien
95. DATE APPROVED (DAY–MO.–YR.): 16 Aug 94 — TIME: 0200

CPD-11.411-B (Rev. 8/85) — *MUST BE COMPLETED IN ALL CASES

(20)

19 AUG 94 07 59

| | |
|---|---|
| Date/Time/Location of Line Up: | 15 Aug. 94 @ 2330hrs. Area 1 Detective Div. 51st & Wentworth |
| Photos Taken By: | Det. J. O'Brien #20466 |
| Persons Conducting Line Up: | Det. J. O'Brien #20466<br>Det. G. Carroll #20346 |
| Person Viewing Line Up; | Pratt, Alexander Butler Jr. |
| Persons Participating in Line Up: | 1. Lamb, Michael #9807-548 M-1-24yrs.<br>2. Foggs, Vance #9807-552 M-1-17yrs.<br>3. Jackson, Quentin #9807-541 M-1-22yrs.<br>4. Evans, David No C.B. M-1-18yrs.<br>5. Fallen, Donald #9807-545 M-1-26yrs. |
| Person (s) Identified in Line Up: | **#4 David EVANS** |

History & Investigation:

In continuance of this investigation, a line up was held with witness PRATT viewing. Mr. Pratt, without hesitation, positively identified **EVANS (#4)** as the person he observed enter the sub shop and shoot the two victims, and then flee the scene...

All participants in this line up were not required to speak / say certain words or phrases nor were required to don certain clothing.

The participants were seated, each standing individually in front of a one way mirror, showing front and side profiles. Evans was allowed to select his position/seat in the line up.

Report of:

Det. G. Carroll #20346
Det. J. O'Brien #20466
Det. J. Halloran #20453
Det. K. Boudreau #20435

PERMANENT RETENTION FILE

20

18 AUG 94 07 59

**CRIME SCENE PROCESSING REPORT**
**CHICAGO POLICE DEPARTMENT**

Y-227678
Y-227658

Homicide / Murder 0110

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| 5101 S. Wentworth | Cochran, Myron | M-B- | 1-007-732 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| Line-up Photo's | R/D | 15Aug94-2315 | 5121 |

**PHOTOGRAPHY**

| | | |
|---|---|---|
| A Line-up Front | D Line-up Profile | G I.D. Profile |
| B Line-up Front | E I.D. Front | H Gang Tattoo |
| C " " Profile | F " Profile | I Gang Tattoo |

| FINGERPRINTS | ELIM. PRINTS ☐YES ☐NO | IN CUSTODY ☐YES ☐NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B. NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

PERMANENT RETENTION FILE

POSSIBLE SUSPECT INFORMATION ☐MALE ☐FEMALE ☐ADULT ☐JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL

☐PALMS ☐IMPRESSIONS ☐FINGERPRINTS | SUITABLE FOR COMPUTER ☐YES ☐NO | PRINTS SUITABLE FOR COMPARISON ☐YES ☐NO | INITIALS OF EXAMINER | DATE

VEH. YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N.

**PHYSICAL EVIDENCE**

| PROP. INVENT. NO. - UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| | ① Lamb, Michael 9807-548 M/B/24 | |
| | ② Foggs, Vance 9807-552 M/B/17 | |
| | ③ Jackson, Quentin 9807-541 M/B/22 | |
| | ④ Evans, David* No C.B M/B/18 | |
| | ⑤ Fallen, Donald 9807-545 M/B/26 | |

DETAILS OF CASE Line-up Photo's Double Murder

* Identified; Evans, David AKA Day-Day

Y-227658

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Det. J. O'Brien | 20466 | 610 | | | |

REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO. - UNIT: Det. J. O'Brien #20466-610

DATE ARRIVED | TIME | TIME COMPLETED

APPROVING SUPERVISOR (PRINT NAME) - STAR NO.

TECHNICIAN'S SIGNATURE: Det. J. O'Brien | DATE: 15Aug94

SUPERVISOR'S SIGNATURE

CPD-21.949 (REV. 10/92)

RD Y-227658

18 AUG 94 13 28

Date/Time/Location of Line Up: 15 Aug. 94 @ 2000hrs / Area 1 Detectives
51st & Wentworth

Photos Taken By: P.O. A. Zawila # 4212 Unit 610

Persons Conducting Line Up:
Det. James O'Brien #20466
Det. K. Boudreau #20435
Det. J. Halloran #20453
Det. G. Carroll #20346

Persons Viewing Line Up: Sanders, Stanley

Persons Participating in Line Up:
1. Fallen, Donald M-1-26yrs
2. Lamb, MIchael M-1-24yrs
3. Cotton, Kenneth M-1-22yrs
4. Lumpkin, Frizell M-1-30yrs
5. Evans, David M-1-18yrs

Person (s) Identified in Line Up; **#5 David EVANS...**

History & Investigation:

In continuance of this investigation, a line up was held with witness SANDERS viewing. Mr. Sanders, without hesitation, positively identified #5 David EVANS as the individual he observed running from the Sandwich Shop as the facts are recorded under this RD # - previously reported.

All participants were seated, SANDERS immediately upon viewing the seated participants identified EVANS. No participant was required to stand, show profiles, speak certain words/phrases or don certain clothing.
Evans was allowed to select his position in the line up.

Report of:
Det. G. Carroll #20346
Det. J. O'Brien #20466
Det. K. Boudreau #20435
Det. J. Halloran #20453

PERMANENT RETENTION FILE

02

18 AUG 94 08 00

Identify and describe all property ... Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). ... nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: 26 MAY 1994 0025 hrs.

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: HOMICIDE/1st Degree Murder
I-UCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT/OFFENSE: 7403 S. Halsted
3. BEAT OF OCCUR.: 732
5. VICTIM'S NAME AS SHOWN ON CASE REPORT: COCHRAN, Myron
CORRECT ☐1 YES ☐2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED ☐1 YES ☒NO
7. BEAT ASSIGNED: 5055
8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Restaurant (Sub)
LOCATION CODE: 293
9. NO. OF VICTIMS: 1
10. NO. OF OFFENDERS: DNA

CIRCUMSTANCES: 11. ☒ VERIFIED ☐ UPDATE TO; 12. OBJECT/WEAPON; 13. FIREARM FEATURES; 14. POINT/ENTRY; 15. POINT/EXIT; 16. BURGLAR ALARM; 17. SAFE BURGLARY METHOD; 18. IF RESIDENCE WHERE WERE OCCUP.

19. PROPERTY: ☐ VERIFIED DNA ☐ UPDATE TO
DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED
FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.
1 MONEY; 2 JEWELRY; 3 FURS; 4 CLOTHING; 7 OFFICE EQUIPMENT; 8 TV, RADIO, STEREO; 9 HOUSEHOLD GOODS; 0 CONSUM. GOODS; (-) FIREARMS; & NARC./DANGEROUS DRUGS; 5 OTHER; 6 NONE

| VICTIMS UPDATE ONLY | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

PERMANENT RETENTION FILE

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

31. C.B. NO. — I.R. NO., Y.D. NO. OR J.D.A. NO. — OFFENDER REL. CODE — C.B. NO. — I.R. NO., Y.D. NO. OR J.D.A. NO. — OFFENDER REL. CODE — 32. NO. ARRESTED — ARREST. UNIT NO.
OFF 1 / OFF. 2

33. OFF'S. VEHICLE ☐USED ☐STOLEN — YEAR — MAKE — BODY STYLE — COLOR — V.I.N. — STATE LICENSE NO. — STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA): DNA
REV. CODE:
51. METHOD CODE: 400
52. METHOD ASSIGNED: ☒ FIELD ☐3 SUMMARY
UNIT NO.: 610
53. STATUS: ☒ PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED
STATUS CONT'D.: ☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.
54. IF CASE CLEARED, HOW CLEARED: ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ADULT ☐JUV.
55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035 28

80. NARRATIVE

THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINER'S CASE NUMBER: 435 MAY 1994

JUN 0 2 1994

DATE OF AUTOPSY: 26 MAY 1994

PATHOLOGIST: Dr. Lifschultz

CAUSE AND MANNER OF DEATH: Gunshot wound of the head/HOMICIDE..

INVESTIGATION: Upon completion of the autopsy the Pathologist listed the cause and manner of death as indicated above. The victim sustained one gunshot wound to the rear of the head, just to the right of the center, lodged. Dr. Lifschultz recovered one large caliber copper jacketted bullet.

35. R.D. NO. Y-227 678

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT): D.N.A.
91. DATE THIS REPORT SUBMITTED: 26 MAY 1994 TIME 1435 hrs.
92. SUPERVISOR APPROVING (PRINT NAME): SGT Tudee 1628 STAR NO.
93. REPORTING OFFICER (PRINT NAME) STAR NO.: Det. James Cornelison 20157
94. REPORTING OFFICER (PRINT NAME) STAR NO.:
SIGNATURE: [signature] SIGNATURE: SIGNATURE: [signature]
95. DATE APPROVED (DAY–MO.–YR.): 30 MAY 94 TIME 1130

CPD-11.411-B (Rev. 8/85) *MUST BE COMPLETED IN ALL CASES

-6 JUN 94 13 42

**CRIME SCENE PROCESSING REPORT**
**CHICAGO POLICE DEPARTMENT**

| | | | |
|---|---|---|---|
| Homicide | 0110 | | Y227-678 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| 5101 S. Wentworth | Cochran, Myron | M 1 18 | 001 007 732 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| on view | Det. J. O'Brien | 15Aug942045 | 5102A |

**PHOTOGRAPHY**

| | | |
|---|---|---|
| A 1-front group | D 2-fronts XX #5 | G |
| B 1-left side group | E 1-left side #% | H |
| C 1-right side group | F 1-right arm #5 | I |

| FINGERPRINTS | ELIM. PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

PERMANENT RETENTION FILE

| POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|

| ☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|---|

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|

**PHYSICAL EVIDENCE**

| PROP. INVENT. NO. - UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DETAILS OF CASE**

| POsition | Names | |
|---|---|---|
| 1 | FAllen, Donald | M/1/ |
| 2 | LaMb, Michael | M/1 |
| 3 | Cotton, Kenneth | M/1 |
| 4 | Lumpkin, Frizell | M/1 |
| 5 | Evans, David | M/1 (IDENTIFIED) |

| INVESTIGATING OFFICER'S NAME - | STAR NO. | UNIT | BEAT OFFICER'S NAME - | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Det. J. O'Brien | 20466 | 610 | | | |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO. - UNIT | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|
| Zawila, Anthony J. 4212 610 | 15Aug94 | 2045 | 2100 |

| TECHNICIAN'S SIGNATURE | DATE | APPROVING SUPERVISOR (PRINT NAME) - STAR NO. |
|---|---|---|
| Anthony J Zawila 4212 | 15Aug94 | Sgt. S. Zaborac 1136 |
| | | SUPERVISOR'S SIGNATURE: Sgt. S. Zaborac |

CPD-21.949 (REV. 10/82)

RD Y-227678

18 AUG 94 13 28

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate number and owner's name... nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME: 26 May 1994 | 0025

| Field | Value |
|---|---|
| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | HOMICIDE/ 1st Degree Murder |
| I-UCR OFF. CODE | 0110 |
| 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | 7403 S. Halsted |
| 3. BEAT OF OCCUR. | 732 |
| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | JOHNSON, Billy |
| 6. FIRE RELATED | 2 NO (X) |
| 7. BEAT ASSIGNED | 5055 |
| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | Restaurant |
| LOCATION CODE | 293 |
| 9. NO. OF VICTIMS | 1 |
| 10. NO. OF OFFENDERS | D.N.A. |
| 11. VERIFIED | X |
| 19. PROPERTY – VERIFIED | DNA |

PERMANENT RETENTION FILE

| Field | Value |
|---|---|
| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | D.N.A. |
| 51. METHOD CODE | 400 |
| 52. METHOD ASSIGNED | SUMMARY (X) |
| UNIT NO. | 610 |

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. 21035 / 85

80. NARRATIVE

JUN 0 2 1994

THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINER'S CASE NUMBER: 452 of May 1994

DATE OF AUTOPSY: 27 May 1994

PATHOLOGIST: Dr. Lifschultz

CAUSE AND MANNER OF DEATH: Multiple gunshot wounds/HOMICIDE...

INVESTIGATION: Upon completion of the autopsy the Pathologist listed the cause and manner of death as indicated above. The victim sustained one gunshot wound to the rear of the head lodged and an associated gunshot wound to the right back, right arm pit, through and through. Dr. Lifschultz recovered one larged fully copper jacketted bullet.

35. R.D. NO. Y 227 678

| Field | Value |
|---|---|
| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | D.N.A. |
| 91. DATE THIS REPORT SUBMITTED | 27 May 1994 |
| TIME | 1445 |
| 92. SUPERVISOR APPROVING (PRINT NAME) / STAR NO. | SGT. Tucker 1638 |
| 93. REPORTING OFFICER (PRINT NAME) / STAR NO. | Det. James Cornelison 20157 |
| 95. DATE APPROVED (DAY–MO.–YR.) | 30 MAY 94 |
| TIME | 1130 |

SIGNATURE: [signature]

CPD-11.411-B (Rev. 8/85)

*MUST BE COMPLETED IN ALL CASES

-6 JUN 94 13 42