# Exhibit 14

RE: INVESTIGATION (FATAL SHOOTING OF MYRON COCHRAN AND BILLY JOHNSON)

S T A T E M E N T

of

CORDELL WILLIAMS,

taken in an interview room, 2nd floor, Area 1 Headquarters, 51st and Wentworth, Chicago, Cook County, Illinois, on Friday, May 27, 1994, at 2:30 a.m.

PRESENT: Gregory Vaci
Assistant State's Attorney.

Detective Jim O'Brien
Star No. 20466
Area 1 Violent Crimes.

Reported By: Timothy D. Bennett, C.S.R.
Illinois State License No. 84 2628

Book No. 9405-27

MR. VACI: Let the record reflect that we are in an interview room at Area 1 Violent Crimes. Today's date is May 27, 1994. The time is 2:30 a.m.

Present in the room with me, Assistant State's Attorney Gregory Vaci, V-a-c-i, are Detective Jim O'Brien, Star Number 20466, the court reporter, and

EXHIBIT
4-23-25 H.K.
h

ASA Gregory Vaci Cordell Williams Det. J

Cordell-Williams.

We are here to take the statement of Cordell Williams concerning the investigation of the fatal shooting of Myron Cochran, C-o-c-h-r-a-n, and Billy Johnson, which occurred on May 26, 1994 at approximately 12:20 a.m. at 7403 South Halsted, at the Honey Sub Restaurant.

**EXAMINATION**

BY MR. VACI:

Q. Cordell, I talked to you earlier and explained that I am an Assistant State's Attorney, a lawyer and prosecutor, and not your lawyer; is that correct?

A. Yes.

Q. And before we spoke, I advised you of your constitutional rights, is that correct?

A. Yes.

Q. I am going to read you your rights again.

Do you understand that you have a right to remain silent?

A. Yes.

Q. Do you understand that anything you say can be used against you in a court of law?

A. Yes.

Q. Do you understand you have the right to talk to a lawyer and have him present with you while you are

ASA Gregory Vaci Cordell William Det. [signature] 20466

being questioned?

A. Yes.

Q. Do you understand if you cannot afford to hire a lawyer, and you want one, a lawyer will be appointed by the Court to represent you before any questioning?

A. Yes.

Q. Understanding these rights, do you wish to talk to us now?

A. Yes.

Q. Calling your attention to May 26, 1994 at around 12:20 in the morning; who were you with at that time?

A. I was with Londell, Day-Day and Andre.

Q. Where were you?

A. We were coming from westbound on 83rd. And we took South Chicago over to 76th. 76th down and over to Halsted.

Q. And you were in a car?

A. Yes.

Q. And whose car were you in?

A. My mother's car.

Q. What type of car was it?

A. '94 Tempo.

Q. And you said you were with Day-Day?

A. Yes.

ASA Gregory Vaci Cordell Williams Det

Q.- Do you know him by any other name?

A. No.

Q. Showing you what will be marked as Exhibit A for the statement is a photograph. Do you recognize who is in the photograph?

A. Yes.

Q. Who is that?

A. Day-Day.

Q. That is the person who was in the car that night?

A. Yes.

Q. Where was Day-Day sitting in the car?

A. Behind the driver, which is me.

Q. Where was Londell sitting?

A. In the passenger's seat.

Q. Where was Andre sitting?

A. Behind the passenger.

Q. Is Day-Day a member of a gang?

A. Yes.

Q. What gang is he a member of?

A. Black Peacestone.

Q. While the four of you were in the car, was there a gun in the car?

A. Yes.

Q. Where was the gun?

ASA Gregory Vaci Cordell Williams Det. James O'Brien #20166

A.- In the trunk.

Q. What type of gun was it?

A. I believe a .45 Ruger.

Q. Who put the gun in the trunk?

A. Day-Day.

Q. Where were you when Day-Day put the gun in the trunk?

A. I was in the car. I had popped the trunk.

Q. Where did you go when the four of you were in the car?

A. We went -- we were traveling down Halsted. And as we traveled down Halsted, he had said, pull over, pull over, pull over.

Q. Who said that?

A. Day-Day.

Q. Why did he tell you to pull over?

A. He said he saw some Bricks, which was believed to be Disciples.

Q. Did you know at the time that Bricks were Disciples?

A. Yes. I know what they called them. That is the name they had called them by.

Q. Are the Blackstones and Disciples at war?

A. They are rivals, yes.

Q. Did you know that at that time?

ASA Gregory Vaci Cordell William Det. [signature] 20466

A.- Yes.

Q. What did you do next?

A. I pulled over across 74th Street, and popped the trunk. He asked me to pop the trunk, and I popped the trunk.

Q. Why did he ask you to pop the trunk?

A. He was trying to get to the gun.

Q. What did you think Day-Day was going to do?

A. I was led to believe that he was going to shoot somebody.

Q. How did you pop the trunk?

A. With my alarm.

Q. What did you see Day-Day do next?

A. He went to the trunk. And I believe I guess he got the gun. And he then proceeded to walk to the submarine shop.

Q. What did you see next?

A. I didn't see anything. I heard the shots. I heard about four or five shots.

Q. What happened after you heard the shots?

A. After hearing the shots, we all turned around in a frantic. And we seen Day-Day running out the shop.

Q. When you saw Day-Day running out of the shop, what did you do?

A. I cranked up my car, and trying to pull off as

ASA Gregory Vaci Cordell William Det. [signature] 20466

quick as possible.

Q. What did you see Day-Day do?

A. He was trying to run to catch up to the car. He snatched the door open.

Q. What happened next?

A. As he snatched the door open and tried to get in, I was already pulling off. So he slipped. And he got backup and ran. The door was still open, and he jumped in.

Q. What did you do after Day-Day got in?

A. I was in a paranoid. I was paranoid. I said, what the fuck had gone on, you know. And he just said, pull the fuck off; pull the fuck off; go, go, go. That is when I observed the off-duty officer behind us.

Q. What was the officer doing behind you?

A. He had flashed his lights.

Q. And what did you do?

A. I had proceeded to make a left on 73rd.

Q. How fast were you going?

A. About between 75 and 90 miles per hour.

Q. Why were you going that fast?

A. I was paranoid and scared.

Q. Where did you go?

A. I went down to Aberdeen. Made a left and went down to 75th and put Day-Day out.

ASA Gregory Vaci Cordell William Det. James O'Brien 20466

Q. What do you mean put him out?

A. Just put him out. Told him to get out.

Q. What happened next?

A. After that, I don't know where he ran to or what he did. But I left and took Londell home.

Q. What did you do after that?

A. I went home myself.

Q. Where do you live?

A. 7622 South Carpenter.

Q. While you have been here have you had anything to eat?

A. Yes.

Q. What did you have to eat?

A. A couple of sandwiches and a couple burgers from Checkers.

Q. Did you have anything to drink?

A. Yes.

Q. What did you have to drink?

A. Pop and water.

Q. Cordell, are you able to read and write English well?

A. Yes.

Q. Were you able to use the bathroom while you have been here?

A. Yes.

ASA Gregory Vaci Cordell Williams Det. [signature]

Q. Have the police treated you well while you have been here?

A. Yes.

Q. Have I, the Assistant State's Attorney, treated you well?

A. Yes.

Q. Have any promises or threats been made to you in return for your statement here today?

A. No.

Q. Are you under the influence of any drugs or alcohol while you have been given the statement?

A. No.

Q. Have you been able to see and speak to your father while you have been here?

A. Yes.

Q. The court reporter will now type up your statement. We will then read over the entire statement together. You will be allowed to make any additions or corrections you wish. Do you understand that?

A. Yes.

ASA Gregory Vi... Cordell William Det. ... 20466

MR. VACI: This will conclude the statement of Cordell Williams. The time is now 2:37 a.m.

------------------

x Cordell Williams

WITNESSES TO SIGNATURE:

ASA Gregory Vaci

Det. James O'Brien #20466