# Exhibit 15

EXHIBIT
H.K. 4-23-25
4




