# Exhibit 17

66 (Court Branch) 27 May 94 (Court Date)

FELONY

CCMC1-216-100M-10/27/92(20438)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois
Plaintiff

v.

Cordell Williams
Defendant

COMPLAINT FOR PRELIMINARY EXAMINATION

NO 94-121973

01

Det. James O'Brien #20466 (Complainant's Name Printed or Typed) complainant, now appears before

The Circuit Court of Cook County and states that

Cordell Williams (defendant) has, on or about

26 May 94 (date) at 7403 S. Halsted, Chicago, Cook County, Il. (place of offense)

committed the offense of 1st Degree Murder in that he

knowingly, without lawful justification, shot Billy Johnson with a handgun, knowing that said act was likely to cause death or great bodily harm to Billy Johnson, which in fact did cause the death of Billy Johnson.

in violation of Chapter 38 Section 9-1a1

ILLINOIS REVISED STATUTES

COMPUTER CODE

FILED

MAY 27 1994

AURELIA PUCINSKI
CLERK OF CIRCUIT COURT

Det. James O'Brien #20466 (Complainant's Signature)

(Complainant's Address) (Telephone No.)

Det. James O'Brien #20466 (Complainant's Name Printed or Typed)

STATE OF ILLINOIS
COUNTY OF COOK } SS.

being first duly sworn, on oath, deposes and says that he has read the foregoing complaint by him subscribed and that the same is true.

Det. James O'Brien #20466 (Complainant's Signature)

Subscribed and sworn to before me 27 May, 19 94

A Pucinski (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons issued, or Warrant Issued, or Bail set at ............ Judge ............

Bail set at ............

Judge ............ Judge's No.

C 002

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

W 8

COURT FILE COPY

66 — (Court Branch)

27 May 94 — (Court Date)

FELONY

CCMC1-216-100M-10/27/92(20438)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois
Plaintiff

v.

Cordell Williams
Defendant

COMPLAINT FOR PRELIMINARY EXAMINATION

NO 94-121923

02

Det. James O'Brien #20466, Chicago Police Dept. (Complainant's Name Printed or Typed) complainant, now appears before

The Circuit Court of Cook County and states that Cordell Williams (defendant) has, on or about 26 May 94 (date) at 7403 S. Halsted, Chicago, Cook County, Il. (place of offense)

committed the offense of 1st Degree Murder in that he

knowingly, without lawful justification, shot Myron Cochran in the head with a handgun, knowing that said act was likely to cause death or great bodily harm to Myron Cochran, which in fact did cause the death of Myron Cochran.

in violation of Chapter 38 Section 9-1a1

ILLINOIS REVISED STATUTES

COMPUTER CODE

Det. James O'Brien #20466
(Complainant's Signature)

FILED
MAY 27 1994
AURELIA PUCINSKI
CLERK OF CIRCUIT COURT

STATE OF ILLINOIS }
COUNTY OF COOK } SS.

(Complainant's Address) (Telephone No.)

Det. James O'Brien #20466
(Complainant's Name Printed or Typed)

being first duly sworn, on oath, deposes and says that he has read the foregoing complaint by him subscribed and that the same is true.

Det. James O'Brien #20466
(Complainant's Signature)

Subscribed and sworn to before me 27 May, 19 94

[signature]
(Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons issued, or Warrant Issued, or Bail set at ............ Judge ............

Bail set at ............

Judge ............ Judge's No. 277

C 008

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

W 9

COURT FILE COPY