# Exhibit 19

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

FILED
OCT 25 1994
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
)
Plaintiff )
vs. ) No. 94 CR 15518
)
CORDELL WILLIAMS, )
)
)
Defendants )

MOTION TO SUPPRESS STATEMENTS

NOW COMES the Defendant, CORDELL WILLIAMS by and through his attorney, DAVID WIENER, and moves this Honorable Court to suppress as evidence herein any and all confessions, statements, admissions, whether inculpatory or exculpatory, made by the Defendant prior to the time of, or subsequent to his arrest in the above entitled cause. In support thereof, Defendant states as follows:

1. That the Defendant, CORDELL WILLIAMS, is a citizen of the United States and resident of the State of Illinois and as such is entitled to the constitutional safeguards thereof.

2. That the Defendant was arrested by certain officers of the Chicago Police Department on May 26, 1994, at 7622 South Carpenter, Chicago, Illinois and charged with the crime of First Degree Murder.

3. That at the time of his arrest, there was no warrant outstanding for his arrest, he was not committing any crime at said time and place, ~~nor was there any probable cause for his arrest~~, but notwithstanding same, he was taken into custody and thereafter transported by Chicago Police by vehicle to Area One Violent Crimes. VMG

4. That prior to the interrogation of CORDELL WILLIAMS, at about the time of his arrest, prior to his arrest and subsequent to his arrest, the Defendant was not informed by certain officers of the Chicago Police Department:

a. That he had a right to remain silent;

b. That anything he might say could or would be used against him;

c. That he had a right to have a lawyer present with him during interrogation;

d. That if he were indigent he would be provided with a lawyer by the State to be present during interrogation.

5. That when he arrived at the Chicago Police Department, Defendant immediately requested an attorney, but he was told by officers that an attorney would be furnished only after he gave a statement.

6. That the Defendant refused to make a statement and was held in custody for approximately 24 hours before a statement was given.

7. That during that 24 hour period, Defendant asked for a lawyer or to talk to his father at least ten times and was always refused.

8. That during that 24 hour period, Defendant was not allowed to use the bathroom, even though he pleaded with the officers.

9. That during that 24 hour period, one officer, whose name was unknown to the Defendant, hit the Defendant in his forehead several times with an open hand.
white male, around 40 yrs old, stocky & balding, this occurring approximately 10 to 12 hrs. after being held in custody. CW

10. That as a result of the physical and psychological abuse by the officers, the Defendant finally agreed to make a statement.

11. That any or all confessions or statements executed by the Defendant were in violation of his constitutional rights under the fifth, sixth, fourteenth, and fourth amendments to the Constitution of the United States and his rights under the Illinois Constitution.

12. That further, any and all statements and confessions were the direct result of either physical or mental coercion and were therefore rendered involuntarily and should be suppressed.

WHEREFORE, Defendant prays that his Motion be granted.

Attorney for Defendant

DAVID WIENER # 30526
Attorney for Defendant
343 South Dearborn
Suite #1609
Chicago, Illinois 60604
(312) 663-3233