# Exhibit 20

FILED

MAY 13 1996

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

STATE OF ILLINOIS)
) SS.
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. ) 94CR-15518
) 94CR-22253
CORDELL WILLIAMS )
DAVID EVANS )

IMPOUNDING ORDER

IT IS HEREBY ORDERED that the below listed property used as Exhibit(s) for identification and or evidence in the trial of the above captioned cause which resulted in a finding of guilty be impounded by the Clerk of the Circuit Court, Criminal Division pending further order of this Court.

DESCRIPTION OF ITEMS

1. Life photos
1A. Line-up
2. Morgue photo
3. Life photo
4. Morgue photo
5. Scene photo
6. Scene photo
7A. Scene photo
7B. Scene photo
8. Scene photo
9A. Scene photo
9B. Scene photo
10. Scene photo

FILED

MAY 13 1996

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

11. Line-up photo
12A. Line-up photo
12B. Car photo
13. Car photo
14. Mug photo
15. Line-up photo
16. Grand Jury Transcripts
17. Scene photo - victim
18A. Scene photo
18B. Scene photo
19A. Scene photo
19B. Scene photo
20. Scene photo
21A. Scene photo
21B. Scene photo
22. Fired Bullet
23. Five (5) shell casings
24. Fired bullet - morgue
25. Fired bullet - morgue
26. Morgue photo
27. Morgue photo
28. Morgue photo
29. Morgue photo
30. Morgue photo
31. Morgue photo
32. Morgue photo
33. Morgue photo

FILED
MAY 13 1996
AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

34A. Court reported statement of Cordell Williams

34B. Morgue photo

35. Morgue photo

36. Morgue photo

37. Morgue photo

38. Morgue photo

39. Diagram

ENTER: Vincent M Gaughan 1553

JUDGE OF THE CIRCUIT COURT

DATED: May 13, 1996

THE ABOVE LISTED ITEMS HAVE BEEN RECEIVED BY THE COUNTY CLERK'S OFFICE.

AURELIA PUCINSKI

MAY 13 1996

_______________ (STAMP)

CLERK OF THE COURT

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

JACK O'MALLEY., 10295
State's Attorney of Cook County

By:

Michael Smith
Assistant State's Attorney