# Exhibit 21

STATE OF ILLINOIS
COUNTY OF COOK

CASE NO. 94CR22253
HONORABLE VINCENT M. GAUGHN

# AFFIDAVIT

I DAVID EVANS, DO HEREBY DECLARE AND AFFIRM THAT THE FOLLOWING INFORMATION WITHIN THIS AFFIDAVIT IS TRUE AND CORRECT IN SUBSTANCE AND FACTS AND I WILL TESTIFY THERETO.

1.) ON OR ABOUT 12AM. MAY 26, 1994, AFTER A NIGHT OF PARTYING (SMOKING MARAJUANA STUFFED CIGARS, DRINKING MALT LIQUOR AND BRANDY), AT A MUTUAL FRIENDS HOUSE CORDELL WILLIAMS K53669 WAS PROVIDING A RIDE HOME FOR THOSE GOING HIS WAY.

2.) WHILE AT THE PARTY I BRANDISHED MY GUN SO PRIOR TO LETTING ME INTO HIS CAR CORDELL POPPED THE TRUNK AND TOLD ME I HAD TO PUT MY GUN IN THE TRUNK, AND I DID.

3.) AS WE WERE BLOCKS AWAY FROM MY HOUSE I THOUGHT I SAW RIVAL MEMBERS IN A RESTAURANT WHO HAD BEEN TRYING TO SHOOT ME.

4.) I DEMANDED CORDELL TO "PULL OVER"-"PULL OVER" AND HE DID.

5.) I TOLD CORDELL TO "POP THE TRUNK AND WAIT RIGHT HERE I WANNA SEE IF THAT'S THESE NIGGA'S".

6.) I IMMEDIATELY JUMPED OUT, GRABBED MY GUN FROM THE TRUNK AND PROCEEDED WALKING TOWARDS THOSE INDIVIDUALS THAT I SAW.

7.) IN A AWFUL CASE OF MISTAKEN IDENTITY I SHOT AND KILLED TWO INDIVIDUALS, MYRON COCHRAN & BILLY JOHNSON AT THAT RESTAURANT, AND RAN BACK TO CORDELLS CAR, WITH A UNMARKED POLICE CAR BEHIND ME GIVING CHASE.



EXHIBIT # 1 id
WIT: Evans
DATE: 4-4-25
Cynthia C. Sobolewski, CSR, RPR, RMR

W 453

8.) I Jumped into Cordells Car and I was in a Panic yelling "Drive Drive That's The Police"!

9.) The Look on Cordells face was shock and fear as he Drove Away. After about a mile we lost the police. I then leaped out the car with my Gun and ran away.

10.) I had never killed anyone before. I also had never partnered in any type of shooting with Cordell before. We did not plan to do this shooting.

11.) I believe Cordell pulled over, let me get my gun, and waited on me because I had never done this before, and I believe he thought I WOULD'NT go as far as I did.

In addition, my uncle was a high ranking member in our gang, and I was of some rank also, Cordell was not. I believe Cordell was reluctant to resist me because I was well known to get members violated for showing cowardice against our rivals.

12.) I did not come forward to express this previously as I maintained my right to plead not guilty, and preserve my right to appeal. But in light of Miller v. Alabama I have been advised by my lawyer upon resentencing to just be honest about everything at this point, so I have.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief.

Signed on this 13 day of August, 2017

David Evans

DAVID EVANS B75957

W 454