# Exhibit 27

# FILED UNDER SEAL