# Exhibit 28

# FILED UNDER SEAL