# Exhibit 29

# FILED UNDER SEAL