# Exhibit 31

# FILED UNDER SEAL