# Exhibit 32

# FILED UNDER SEAL