# Exhibit 33

# FILED UNDER SEAL