# Exhibit 34

# FILED UNDER SEAL