# Exhibit 35

# FILED UNDER SEAL