# Exhibit 38

**IN THE CIRCUIT COURT OF COOK COUNTY**
**COUNTY DEPARTMENT-CRIMINAL DIVISION**

| | | |
|---|---|---|
| **PEOPLE OF THE STATE OF ILLINOIS,** | ) | |
| **Respondent** | ) | |
| | ) | **CASE NO. CR 94CR1551801** |
| **VS** | ) | **HONORABLE** |
| | ) | **VINCENT M. GAUGHAN,** |
| **CORDELL WILLIAMS,** | ) | **Judge Presiding** |
| **Petitioner** | ) | |

**ORDER**

This matter coming on the Court's call pursuant to a successive petition for post-conviction relief (725 ILCS 5/122-1 *et seq.*), all parties being present and represented by counsel, the Court being apprised of all relevant matters herein, it is hereby ordered:

1. The petition for post-conviction relief pending before the Court is granted.

2. The jury verdicts of guilty of First Degree Murder (Counts I through IV), entered on June 29, 1995, are **VACATED**. The natural life sentences imposed on August 10, 1995, for Counts I and III (Counts II and IV having been merged) of the indictment are **VACATED.** Counts I, II, III and IV are reinstated and re-docketed.

3. The People's motion of *nolle prosequi* as to Counts I, II, III and IV is granted. Release this case only.

ENTERED: Vincent M. Gaughan
VINCENT M. GAUGHAN
Judge of the Circuit Court

I hereby certify that the document to which this certification is affixed is a true copy.
Date 3-9-23
IRIS Y. MARTINEZ
Clerk of the Circuit Court
of Cook County, IL

ENTERED
Judge Vincent M. Gaughan-1553
OCT 17 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL