# Exhibit 39

STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT - CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS, Plaintiff,

vs.

CORDELL WILLIAMS, Defendant.

Case No. 94 CR 15518-01

REPORT OF PROCEEDINGS had in the above-entitled cause, before the HONORABLE VINCENT M. GAUGHAN, Judge of said Court, on the 17th day of October, 2022.

APPEARANCES:

HON. KIMBERLY M. FOXX,
State's Attorney of Cook County,
BY: MS. CAROL ROGALA,
MS. CATHERINE MALLOY,
Assistant State's Attorneys,
appeared on behalf of the People;

MR. STEVEN BECKER,
appeared on behalf of Cordell Williams.

Sharon E. Thompson, CSR 084-004429
Official Court Reporter
2650 S. California, Room 4-C02
Chicago, Illinois 60608

THE CLERK: Cordell Williams.

THE COURT: Good morning.

MR. BECKER: Good morning, Your Honor. For the record, Steven Becker, B-E-C-K-E-R, on behalf of Mr. Williams.

MS. ROGALA: Good morning, Judge. Assistant State's Attorney Carol Rogala. I'm also here with Catherine Malloy on behalf of the People for Cordell Williams.

THE COURT: Okay. Where are we at?

MS. ROGALA: Judge, this was a case that we had an issues conference with the Court regarding a disposition of this case, and we are prepared to proceed with that disposition today.

THE COURT: Okay. It will be a short recess. Come on back.

(Case passed and recalled.)

THE CLERK: Cordell Williams.

THE COURT: Can I have the attorneys approach again, please? All right. Ms. Rogala, will you state what -- This is another issues conference. State your position at this time.

MS. ROGALA: Yes, Judge. In this matter we have reviewed this case to determine whether there is

merit to the allegations raised by Mr. Williams in his amended successive post conviction petition related to police misconduct and physical abuse of Mr. Williams which led to a statement that was used against him at trial. We believe that there is merit. We are withdrawing our opposition to the post conviction petition. If the Court were to grant the petition as -- on the pleadings as stated --

THE COURT: All right. I am going to grant the petition. And now what?

MS. ROGALA: Now, Judge, we would ask that specifically you vacate the jury verdicts of guilty on Counts 1 through 4. At sentencing on August 10th of 1995, the Court merged Counts 2 and 4 into Counts 1 and 3 and sentenced Mr. Williams to natural life in prison.

We would ask that those -- the jury verdicts as well as the Court's order at sentencing be vacated and the charges reinstated at this time.

THE COURT: The jury verdicts and what was the other thing you said?

MS. ROGALA: The sentence.

THE COURT: And the sentencing are both vacated at this time.

MS. ROGALA: And Judge, at this time with the reinstatement of the charges, the People's motion is nolle prose as to all charges against Mr. Williams.

THE COURT: Thank you. Counsel, that was one of the best Defense/Petitioner arguments I have ever heard. All right. So I am going to sign that order. And then Carol, could you talk to Toni about the duplicate original.

MS. ROGALA: I am sorry I didn't hear what you said.

THE COURT: Can you talk to Toni about the duplicate original?

MS. ROGALA: Yes, Judge. Mr. Williams is currently housed --

THE COURT: Can you talk to her and be nice so that we can get this done?

MS. ROGALA: Ms. TonI, I have asked the judge to sign two orders, an original and a duplicate original. One that you will keep for the Court record. The other --

THE COURT: And where are you going to get that one at?

MS. ROGALA: I am sorry?

THE COURT: Where are you going to get a copy of

that order from?

MS. ROGALA: That you're going to put into Oddyssey, and the parties will get their copy of the order from Oddyssey. I have also asked the judge to sign a duplicate original that we can send to the Stateville Correctional Center so Mr. Williams can be released hopefully by tomorrow.

THE CLERK: Okay.

MS. ROGALA: Thank you for your help. I appreciate it.

MR. BECKER: Judge, for the record, Defense will just demand trial.

THE COURT: Demand of trial on a nolle is a great market. It has no legal effect whatsoever. If they SOL'd the case, you can accelerate and ask for a speedy trial.

MR. BECKER: Thank you, Judge.

THE COURT: I want to compliment the State. These allegations were proven after review and justice was done on this case.

And Counsel, you did an outstanding job, too.

MR. BECKER: Thank you so much.

MS. ROGALA: Thank you, Judge.

THE COURT: You too, Katie.

MS. MALLOY: Thank you, Judge.

(WHICH WERE ALL THE PROCEEDINGS HAD IN THE ABOVE-ENTITLED CAUSE.)

STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CRIMINAL DIVISION

I, SHARON E. THOMPSON, Official Court Reporter of the Circuit Court of Cook County, Criminal Division, do hereby certify that I reported in shorthand the proceedings had on the hearing in the aforementioned cause; that I thereafter caused the foregoing to be transcribed into typewriting, which I hereby certify to be a true and accurate transcript of the Report of Proceedings had before the HONORABLE VINCENT M. GAUGHAN, Judge of said court.

Sharon Thompson
______________________________
Official Court Reporter
CSR No. 084-004429

Dated this 30th day of January, 2024.