# Exhibit 40

Gmail **Steven Becker <swbeckerlaw@gmail.com>**

---

## Cordell Williams

5 messages

---

**Hawilo, Maria** <mhawilo@luc.edu> Mon, Oct 17, 2022 at 4:14 PM
To: Steven Becker <swbeckerlaw@gmail.com>
Cc: "Southerland, Vincent" <vincent.southerland@nyu.edu>, "Kadish, Marc R." <MKadish@mayerbrown.com>

Dear Steve, I hope you're well. Do you have any update on Mr. Williams' court hearing? Thanks, Maria

Sent from Mail for Windows

---

**Steven Becker** <swbeckerlaw@gmail.com> Mon, Oct 17, 2022 at 4:52 PM
To: "Hawilo, Maria" <mhawilo@luc.edu>
Cc: "Southerland, Vincent" <vincent.southerland@nyu.edu>, "Kadish, Marc R." <MKadish@mayerbrown.com>

Hi Maria,

Yes, I am very happy to report that today the judge granted the successive post-conviction petition, vacated the convictions and sentences, reinstated and re-docketed the charges, and the State *nolle prossed* all charges. *See* Attached Order.

We expect Mr. Williams to be released from Stateville in the next several days, once the paperwork is processed, He suffers from severe Crohn's Disease, so we are hoping that he can now get outside medical care to grant him some permanent relief.

Thanks again to all of you for your time and thorough investigation into Mr. Williams' case.

All my best,

Steve

Steven W. Becker
Law Office of Steven W. Becker LLC
205 N. Michigan Avenue, Suite 810
Chicago, IL 60601

(312) 396-4116

swbeckerlaw@gmail.com

CONFIDENTIALITY NOTICE: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email in error, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

[Quoted text hidden]

**Order 10.17.22.pdf**
443K

---

**Kadish, Marc R.** <MKadish@mayerbrown.com> Mon, Oct 17, 2022 at 4:57 PM
To: Steven Becker <swbeckerlaw@gmail.com>
Cc: "Hawilo, Maria" <mhawilo@luc.edu>, "Southerland, Vincent" <vincent.southerland@nyu.edu>

Wonderful news Steve

Sent from my iPhone

On Oct 17, 2022, at 4:52 PM, Steven Becker <swbeckerlaw@gmail.com> wrote:

**CAUTION: External Email -** Only click on contents you know are safe.

[Quoted text hidden]

---

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.

---

**Order 10.17.22.pdf**
443K

---

**Southerland, Vincent** <vincent.southerland@nyu.edu> Mon, Oct 17, 2022 at 5:17 PM
To: "Kadish, Marc R." <MKadish@mayerbrown.com>, Steven Becker <swbeckerlaw@gmail.com>
Cc: "Hawilo, Maria" <mhawilo@luc.edu>

Many thanks, Steve. That is great to hear!

Vincent M. Southerland
Assistant Professor of Clinical Law
Director, Criminal Defense and Reentry Clinic
Co-Faculty Director, Center on Race, Inequality, and the Law
New York University School of Law
245 Sullivan Street, 629
New York, NY 10012
Telephone: (o) (212) 998-6882 (c) (267) 608-7300
vincent.southerland@nyu.edu

---

**From:** Kadish, Marc R. <MKadish@mayerbrown.com>

**Sent:** Monday, October 17, 2022 5:57:57 PM
**To:** Steven Becker
**Cc:** Hawilo, Maria; Southerland, Vincent
**Subject:** Re: Cordell Williams

[Quoted text hidden]

---

**Hawilo, Maria** <mhawilo@luc.edu> Mon, Oct 17, 2022 at 5:35 PM
To: "Southerland, Vincent" <vincent.southerland@nyu.edu>, "Kadish, Marc R." <MKadish@mayerbrown.com>, Steven Becker <swbeckerlaw@gmail.com>

Many thanks, Steve, and congratulations to Mr. Williams and to you.

My best, Maria

Sent from Mail for Windows

---

**From:** Southerland, Vincent
**Sent:** Monday, October 17, 2022 5:17 PM
**To:** Kadish, Marc R.; Steven Becker
**Cc:** Hawilo, Maria
**Subject:** Re: Cordell Williams

Many thanks, Steve. That is great to hear!

Vincent M. Southerland
Assistant Professor of Clinical Law

Director, Criminal Defense and Reentry Clinic

Co-Faculty Director, Center on Race, Inequality, and the Law
New York University School of Law
245 Sullivan Street, 629
New York, NY 10012
Telephone:  (o) (212) 998-6882 (c) (267) 608-7300
vincent.southerland@nyu.edu

---

[Quoted text hidden]

W 573