# Exhibit 42

| Sheet # | CRIMINAL DISPOSITION SHEET | Branch/Room/Location | Court Intrerpreter |
|---|---|---|---|
| 8 | Defendant Sheet #1 | Criminal Division, Courtroom 101<br>2650 South California Avenue, Chicago, IL, 60608 | |

| Case Number | Defendant Name | Attorney Name | Session Date | Session Time |
|---|---|---|---|---|
| 94CR1551801 | WILLIAMS, CORDELL | STEVEN W BECKER LLC, 006274542 | 10/10/2023 | 09:30 AM - |

| CB/DCN# | IR # | EM | Case Flag | Bond # | Bond Type | Bond Amt |
|---|---|---|---|---|---|---|
| | 1004716 | | | | | |

| CHARGES | ** IN CUSTODY 7/1/1994 ** COURT ORDER ENTERED | CODES |
|---|---|---|
| **C001 720-5/9-1(A)(1)**<br>MURDER/INTENT TO KILL/INJ<br>10/17/2022 DEFT. SENTENCED TO Vacate Sentence | Atty Becker - IP<br>ASA Bunder - Zoom<br>Status on State's position on the COI<br><br>State will not be intervening in this matter<br><br>BA 12/14/23<br>Court's Ruling | |
| **C002 720-5/9-1(A)(2)**<br>MURDER/STRONG PROB KILL/I<br>10/17/2022 Nolle Prosequi | | |
| **C003 720-5/9-1(A)(1)**<br>MURDER/INTENT TO KILL/INJ<br>10/17/2022 DEFT. SENTENCED TO Vacate Sentence | | |
| **C004 720-5/9-1(A)(2)**<br>MURDER/STRONG PROB KILL/I<br>10/17/2022 Nolle Prosequi | | |

| JUDGE: Reddick, Erica L | JUDGE'S NO: 2038 2351 | RESPONSIBLE FOR CODING AND COMPLETION BY DEPUTY CLERK: | VERIFIED BY: |
|---|---|---|---|