# Exhibit 44

# FILED UNDER SEAL